1   Robert J. Cassity
    Nevada Bar No. 9779
2   Erica C. Medley
    Nevada Bar No. 13959
3   **HOLLAND & HART LLP**
    9555 Hillwood Drive, 2nd Floor
4   Las Vegas, NV 89134
    Phone: 702.669.4600
5   Fax: 702.669.4650
    bcassity@hollandhart.com
6   ecmedley@hollandhart.com

7   Matthew J. Mertens (*Pro Hac Vice forthcoming*)
    **PERKINS COIE LLP**
8   1120 N.W. Couch Street Tenth Floor
    Portland, OR 97209-4128
9   Phone: 503.727.2199
    Fax 503.346.2199
10  MMertens@perkinscoie.com

11  David A. Perez (*Pro Hac Vice forthcoming*)
    **PERKINS COIE LLP**
12  1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
13  Phone: 206.359.6767
    Fax: 206.359.7767
14  DPerez@perkinscoie.com

15  *Attorneys for Defendants*
    *Jeff Moss and DEF CON Communications, Inc.*

16              **UNITED STATES DISTRICT COURT**

17                  **DISTRICT OF NEVADA**

18

19  CHRISTOPHER J. HADNAGY, an individual;        Case No.:
    and SOCIAL-ENGINEER, LLC, a                   District Court No.: A-23-875618-C
20  Pennsylvania limited liability company,

21                Plaintiffs,                      **DEFENDANTS JEFF MOSS AND DEF
                                                   CON COMMUNICATIONS, INC.'S**
22  v.                                             **NOTICE OF REMOVAL**

23  JEFF MOSS, an individual; DEF CON
    COMMUNICATIONS, INC., a Washington
24  corporation; and DOES 1-10; and ROE
    ENTITIES 1-10, inclusive,

25                Defendants.

26         Defendants Jeff Moss and Def Con Communications, Inc. ("Defendants"), by and

27  through their counsel of record, file this Notice of Removal pursuant to and 28 U.S.C. §§ 1332,

28  1441, and 1446 to effect the removal of the above-captioned action, which was commenced in

the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, and states that the removal is proper for the reasons stated below.

## BACKGROUND

1.      On August 9, 2023, Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC ("Plaintiffs") filed a Complaint in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark, Case No. A-23-875618-C, titled "*Christopher J. Hadnagy et al. v. Jeff Moss et al.*" (the "Action").  The allegations of the Complaint in the Action are incorporated by reference in this Notice of Removal without necessarily admitting any of them. A true and correct copy of the Complaint is attached as **Exhibit A**.

2.      The Complaint asserts seven causes of action: (1) Defamation, (2) Business Disparagement, (3) Intentional Interference with Contractual Relations, (4) Intentional Interference with Prospective Economic Advantage, (5) Unjust Enrichment, and (6) Quantum Meruit, (7) Injunctive Relief.

3.      As explained below, the United States District Court for the District of Nevada has jurisdiction over this action under 28 U.S.C. § 1332(a) because there is diversity of citizenship between Plaintiffs and each of the Defendants, and the amount in controversy exceeds $75,000.

## DIVERSITY OF CITIZENSHIP

4.      Plaintiffs' Citizenship. Per the allegations of the Complaint, Plaintiff Christopher Hadnagy is a citizen of the State of Florida, and Plaintiff Social-Engineer, LLC is a Pennsylvania limited liability company, having its principal place of business in the State of Pennsylvania. Compl. ¶¶ 13–14.  A limited liability company is deemed a citizen of every state of which its members are citizens. *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Information regarding the citizenship of Plaintiff Social-Engineer, LLC's member(s) is not publicly available. Defendants accordingly state that on information and belief, none of Plaintiff Social-Engineer, LLC's member(s) is a citizen of Washington. *See Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014) (appropriate to simply allege on

information and belief that an LLC's members are "diverse to" a defendant when the LLC's membership is not publicly available).

5.     <u>Defendants' Citizenship.</u> Defendant Jeff Moss is a citizen of the State of Washington.  Compl. ¶ 16; *see also Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001).  Defendant Def Con Communications, Inc. is a corporation[1] organized under the laws of the State of Washington, having its principal place of business in the State of Washington.  A corporation's citizenship includes the state of its principal place of business and the state of incorporation.  *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010).  Accordingly, Defendants are citizens of Washington.  As such, no Defendant is a citizen of any state or territory in which Plaintiffs are a citizen.

6.     <u>Doe and Roe Defendants' Citizenship.</u> The citizenship of fictitious defendants is disregarded for purposes of establishing removal jurisdiction under 28 U.S.C. § 1332.  *See* 28 U.S.C. § 1441(a); *see also Bryant v. Ford Motor Co.,* 886 F.2d 1526 (9th Cir. 1989), *cert. denied*, 493 U.S. 1076 (1990).

<u>**AMOUNT IN CONTROVERSY**</u>

7.     In considering the amount in controversy, what matters is the amount put in controversy by a plaintiff's complaint, not what amount the defendant will actually owe (if anything).  "[T]he amount in controversy is simply an estimate of the total amount in dispute, not a prospective assessment of defendant's liability." *Lewis v. Verizon Commc'ns, Inc.*, 627 F.3d 395, 400 (9th Cir. 2010).

8.     On the face of the Complaint, Plaintiffs seek damages in excess of $75,000. Plaintiffs here seek to recover "actual, consequential, and incidental damages against Defendants in excess of $15,000 for each of the above-mentioned causes of action."  Compl., at p.28 (Prayer for Relief).  This amount is exclusive of the punitive damages, interest, attorney's fees, and costs that are also sought by Plaintiffs.  *Id.*  Because Plaintiffs assert a total of seven causes of action and seek "in excess of $15,000 for each," the Complaint's *minimum* damages demand totals

---

[1] Plaintiffs' Complaint incorrectly alleges that Def Con Communications, Inc. is a limited liability company.  Compl. ¶ 17.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1  $105,000.  The amount in controversy plainly exceeds the $75,000 threshold established by 28

2  U.S.C. § 1332(a).

3  **VENUE**

4  9.      Venue lies in the District of Nevada pursuant to 28 U.S.C. §§ 1441(a) and

5  1446(a). This action was originally brought in Eighth Judicial District Court of the State of

6  Nevada in and for the County of Clark, which is embraced by the United States District Court

7  for Nevada.

8  **NOTICE OF REMOVAL**

9  10.     Defendants were served with the Summons and Complaint in the Action on

10 August 10, 2023.  This Notice of Removal is "filed within 30 days after receipt by the defendant,

11 through service or otherwise, of a copy of [a] . . . paper from which it may first be ascertained

12 that the case is one which is or has become removable," thus the Notice of Removal is timely

13 pursuant to 28 U.S.C. § 1446(b)(3).

14 11.     All Defendants consent to this Notice of Removal.

15 12.     This Notice of Removal will be served promptly on Plaintiffs and filed with the

16 Clerk of the Eighth Judicial District Court of the State of Nevada in and for the County of Clark.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4

1    WHEREFORE, Defendant prays that this civil action be removed from the Eighth

2  Judicial District Court of the State of Nevada in and for the County of Clark to the United States

3  District Court for the District of Nevada.

4    DATED this 29th day of August 2023.

5                                   HOLLAND & HART LLP

6

7                                   /s/ Robert J. Cassity
                                    Robert J. Cassity
8                                   Nevada Bar No. 9779
                                    Erica C. Medley
9                                   Nevada Bar No. 13959
                                    9555 Hillwood Drive, 2nd Floor
10                                  Las Vegas, NV 89134

11                                  Matthew J. Mertens (*Pro Hac Vice forthcoming*)
                                    **PERKINS COIE LLP**
12                                  1120 N.W. Couch Street Tenth Floor
                                    Portland, OR 97209-4128
13
                                    David A. Perez (*Pro Hac Vice forthcoming*)
14                                  **PERKINS COIE LLP**
                                    1201 Third Avenue, Suite 4900
15                                  Seattle, WA  98101-3099

16                                  *Attorneys for Defendants*
                                    *Jeff Moss and DEF CON Communications, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

5

## INDEX OF EXHIBITS

| Exhibit | Description | Page Numbers |
|---------|-------------|--------------|
| A | Summons and Complaint | 001 - 029 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

## CERTIFICATE OF SERVICE

2   I hereby certify that on the 29th day of August, 2023, a true and correct copy of the

3 foregoing **CAPTION** was served by the following method(s):

4 ☒  <u>Electronic</u>:  by submitting electronically for filing and/or service with the United States
     District Court, District of Nevada's e-filing system and served on counsel electronically
5     in accordance with the E-service list to the following email addresses:

6    Kristofer Z. Riklis, Esq.
     **RIKLIS LAW, PLLC**
7    871 Coronado Center Dr., Suite 200
     Henderson, NV 89052
8    Email: Kristofer@riklislaw.com

9    *Attorneys for Plaintiff*
     *Christopher J. Hadnagy*
10    *and Social-Engineer, LLC*

11            */s/ Kristina R. Cole*
               An Employee of Holland & Hart LLP
12

13 30407527_v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOLLAND & HART LLP**
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134