1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8

CHRISTOPHER J. HADNAGY, an

9

individual; and SOCIAL-ENGINEER LLC,
a Pennsylvania limited liability company,

10

Plaintiff(s),

11

vs.

12

JEFF MOSS, an individual, and DEF CON
COMMUNICATIONS, INC., a Washington

13

corporation, et al.

Defendant(s).

14

Case # 2:23-cv-01345

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

15

16

_____ Matthew Mertens _____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17

18

    1.     That Petitioner is an attorney at law and a member of the law firm of

19

_____ Perkins Coie LLP _____
(firm name)

20

with offices at _____ 1120 NW Couch Street, Fl 10 _____,
(street address)

21

22

_____ Portland _____, _____ Oregon _____, _____ 97217 _____,
(city)                 (state)           (zip code)

23

_____ (503) 727-2199 _____, _____ MMertens@perkinscoie.com _____.
(area code + telephone number)     (Email address)

24

25

    2.     That Petitioner has been retained personally or as a member of the law firm by

26

Jeff Moss and Def Con Communications, Inc.  to provide legal representation in connection with
[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.      That since _____December 23, 2014_____, Petitioner has been and presently is a
                            (date)

member in good standing of the bar of the highest Court of the State of _____Oregon_____
                                                    (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Oregon Supreme Court | 12/23/2014 | 146288 |
| U.S. District Court District of Oregon | 04/11/2016 | |
| U.S. Bankruptcy Court District of Oregon | 04/11/2016 | |
| Georgia Supreme Court | 07/21/2014 | 870320 |
| U.S. District Court Middle District of Georgia | 06/08/2022 | |
| U.S. District Court Northern District of Georgia | 07/19/2022 | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

Oregon State Bar #146288
Georgia State Bar #870320

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                            Petitioner's signature

     STATE OF _____Oregon_____ )
5                                                   )
     COUNTY OF ____Multnomah_____ )
6

7    _____Matt Mertens_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                            Petitioner's signature

10   Subscribed and sworn to before me this

11   23ʳᵈ day of Au gust, 2023.

12                                                           OFFICIAL STAMP
                                                             SHANNON MARIE KIMMEL
13   _____                        NOTARY PUBLIC - OREGON
           Notary Public or Clerk of Court                  COMMISSION NO. 1023899
                                                             MY COMMISSION EXPIRES APRIL 21, 2026
14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate _____Robert Cassity_____,
19                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action. The address and email address of
21
     said designated Nevada counsel is:
22

23   _____9555 Hillwood Drive 2nd Floor_____,
                                      (street address)
24
     _____Las Vegas_____, _____Nevada_____, ____89134____,
25              (city)                    (state)              (zip code)

26   _____(702) 669-4400_____, ____bcassity@hollandhart.com____.
         (area code + telephone number)           (Email address)
27

28                                            4                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Robert Cassity _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Jeff Moss_
(party's signature)

Jeff Moss
(type or print party name, title)

_/s/ Jeff Moss_
(party's signature)

Jeff Moss o/b/o Def Con Communications
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Robert J. Cassity_
Designated Resident Nevada Counsel's signature

9779                          bcassity@hollandhart.com
Bar number                   Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Certificate of Good Standing

State of Oregon            )
                           )  ss.
County of Washington       )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**MATTHEW MERTENS, BAR NO. 146288**

was admitted to practice law in the State of Oregon by Examination and became an active member of the Oregon State Bar on December 23, 2014.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Mertens is an Active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 18th day of August, 2023.

Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222    *toll-free in Oregon* (800) 452-8260    *fax* (503) 684-1366                ww.osbar.org



**State Bar of Georgia**

*Lawyers Serving the Public and the Justice System*

**Mr. Matthew Joseph Mertens**
**Perkins Coie LLP**
**10th Floor**
**1120 NW Couch Street**
**Portland, OR  97209**
**UNITED STATES**

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | **07/31/2014** |
| **BAR NUMBER:** | **870320** |
| **TODAY'S DATE:** | **08/18/2023** |

The prerequisites for practicing law in the State of Georgia are as follows:

- **Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
- **Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.**
- **Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.**

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

**Official Representative of the State Bar of Georgia**

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-9910 | P.O. Box 1390 |
| 404-527-8700 · 800-334-6865 | 912-239-9910 · 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 · 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |