Robert J. Cassity
Nevada Bar No. 9779
Erica C. Medley
Nevada Bar No. 13959
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

Matthew J. Mertens
(admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
mmertens@perkinscoie.com

David A. Perez
(admitted *Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.6767
Fax: 206.359.7767
dperez@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345-CDS-BNW<br><br>**CERTIFICATE OF SERVICE OF MINUTES OF THE COURT [ECF NO. 5]** |

1  I hereby certify that on the 15th day of September, 2023, a true and correct copy of the
2  foregoing **MINUTES OF THE COURT [ECF No. 5]** was served by the following method(s):

3  ☒   Electronic:  by submitting electronically for filing and/or service with the United States
    District Court, District of Nevada's e-filing system and served on counsel electronically in
4   accordance with the E-service list to the following email addresses:

5  Kristofer Z. Riklis, Esq.
   **RIKLIS LAW, PLLC**
6  871 Coronado Center Dr., Suite 200
   Henderson, NV 89052
7  Email: Kristofer@riklislaw.com

8  *Attorneys for Plaintiffs*
   *Christopher J. Hadnagy*
9  *and Social-Engineer, LLC*

10                                  /s/ Kristina R. Cole
                                    An Employee of Holland & Hart LLP
11

12  30516001_v1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHRISTOPHER J. HADNAGY, et al.,

    Plaintiff(s),

vs.

JEFF MOSS, et al.,

    Defendant(s).

2:23−cv−01345−CDS−BNW

MINUTES OF THE COURT

August 31, 2023

PRESENT:

The Honorable  Cristina D. Silva , U.S. District Judge

Deputy Clerk:  Alexandria M Miller     Recorder/Reporter:  None Appearing

Counsel for Plaintiff(s):  None Appearing     Counsel for Defendant(s):  None Appearing

**MINUTE ORDER IN CHAMBERS:**

    The removing defendant must, no later than 15 days from the date of this order, file and serve a signed statement regarding removal in this case that sets forth the following information:

1. The date on which you were served with a copy of the complaint.

2. The date on which you were served with a copy of the summons.

3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of defendant's evidence of the amount in controversy.

4. If your notice of removal was filed more than 30 days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.

5. In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons

Minute Order Concerning Removal – 1

this action should not summarily be remanded to the state court.

6. The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and the reasons they did not.

All defendants who joined in the notice of removal may file the statement jointly.

Within 30 days from the date of this order, the parties must file a joint status report that sets forth the status of this action, including a statement of action required to be taken by this court.

**All pending motions and other requests directed to the state court are automatically denied without prejudice upon removal, but may be refiled in this court. Motions refiled in this court must include citation to all relevant federal law and must be revised as necessary to comply with this court's rules.** See LR 81–1.

The removing defendant must serve a copy of this order on all other parties to the action within 15 days from the date of this order. A party who learns that the statement regarding removal filed under this order contains incorrect information must promptly file a written notice with the court.

**IT IS SO ORDERED.**