1   Robert J. Cassity
    Nevada Bar No. 9779
2   Erica C. Medley
    Nevada Bar No. 13959
3   **HOLLAND & HART LLP**
    9555 Hillwood Drive, 2nd Floor
4   Las Vegas, NV 89134
    Phone: 702.669.4600
5   Fax: 702.669.4650
    bcassity@hollandhart.com
6   ecmedley@hollandhart.com

7   Matthew J. Mertens (*Pro Hac Vice*)
    **PERKINS COIE LLP**
8   1120 N.W. Couch Street Tenth Floor
    Portland, OR 97209-4128
9   Phone: 503.727.2199
    Fax 503.346.2199
10  MMertens@perkinscoie.com

11  David A. Perez (*Pro Hac Vice*)
    **PERKINS COIE LLP**
12  1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
13  Phone: 206.359.6767
    Fax: 206.359.7767
14  DPerez@perkinscoie.com

15  *Attorneys for Defendants*
    *Jeff Moss and DEF CON Communications, Inc.*
16

16                      **UNITED STATES DISTRICT COURT**

17                          **DISTRICT OF NEVADA**

18

19  CHRISTOPHER J. HADNAGY, an individual;        Case No.: 2:23-cv-01345-CDS-BNW
    and SOCIAL-ENGINEER, LLC, a
20  Pennsylvania limited liability company,

                                                  **DEFENDANTS' STATEMENT**
21              Plaintiffs,                        **REGARDING REMOVAL**

22  v.

23  JEFF MOSS, an individual; DEF CON
    COMMUNICATIONS, INC., a Washington
    corporation; and DOES 1-10; and ROE
24  ENTITIES 1-10, inclusive,

25              Defendants.

26          Defendants Jeff Moss and DEF CON Communications, Inc. ("DEF CON") (collectively,

27  "Defendants"), by and through their counsel of record, Holland & Hart LLP and Perkins Coie

28  LLP, file this statement regarding removal pursuant to the Court's August 31, 2023 Minute Order.

                                        1

*See* ECF No. 5. Defendants also refer this Court to the Notice of Removal and the exhibits attached thereto. *See* ECF No. 1.

**1.  THE DATE ON WHICH YOU WERE SERVED WITH A COPY OF THE COMPLAINT.**

Plaintiff served Defendants with a copy of the Complaint on August 10, 2023. *See* **Exhibit A** (Affidavits of Service for Mr. Moss and DEF CON); *see also* ECF No. 1, at 4, ¶ 10.

**2.  THE DATE ON WHICH YOU WERE SERVED WITH A COPY OF THE SUMMONS.**

Plaintiff served Defendants with a copy of the Summons on August 10, 2023. *See* Exhibit A; *see also* ECF No. 1, at 4, ¶ 10.

**3.  IN REMOVALS BASED ON DIVERSITY JURISDICTION, THE NAMES OF ANY SERVED DEFENDANTS WHO ARE CITIZENS OF NEVADA, THE CITIZENSHIP OF THE OTHER PARTIES, AND A SUMMARY OF DEFENDANT'S EVIDENCE OF THE AMOUNT IN CONTROVERSY.**

Diversity jurisdiction is met under 28 U.S.C. § 1332. Plaintiff Christopher Hadnagy is a citizen of the State of Florida. *See* ECF No. 1-1, at 4 (Complaint, ¶ 14). Plaintiff Social-Engineer, LLC is a Pennsylvania limited liability company, having its principal place of business in the State of Pennsylvania. *See id.* (Complaint, ¶ 15). A limited liability company is deemed a citizen of every state of which its members are citizens. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Information regarding the citizenship of Plaintiff Social-Engineer, LLC's member(s) is not publicly available. Defendants accordingly state that on information and belief, none of Plaintiff Social-Engineer, LLC's member(s) is a citizen of Washington. *See Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1087 (9th Cir. 2014) (concluding it was appropriate to simply allege "on the basis of information and belief" that an LLC's members are "diverse to" a defendant when the LLC's membership is not publicly available).

Defendant Jeff Moss is a citizen of the State of Washington. *See* ECF No. 1-1, at 4 (Complaint, ¶ 16). Defendant DEF CON Communications, Inc. is a corporation organized under the laws of the State of Washington, having its principal place of business in the State of

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Case 2:23-cv-01932-BAT   Document 11   Filed 09/15/23   Page 3 of 6

Washington.[1] A corporation's citizenship includes the state of its principal place of business and the state of incorporation. *See Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010). Moreover, the citizenship of fictitious defendants is disregarded for purposes of establishing removal jurisdiction under 28 U.S.C. § 1332. *See* 28 U.S.C. § 1441(b)(1). Accordingly, Defendants are citizens of Washington.

The amount in controversy exceeds the jurisdictional threshold of $75,000.00 based on the allegations in the Complaint. Plaintiffs here seek to recover "actual, consequential, and incidental damages against Defendants in excess of $15,000 for each of the above-mentioned causes of action." *See* ECF No. 1-1, at 29 (Complaint, Prayer for Relief). This amount is exclusive of the punitive damages, interest, attorney's fees, and costs that are also sought by Plaintiffs. *See id.* Because Plaintiffs assert a total of seven causes of action and seek "in excess of $15,000 for each," the Complaint's minimum damages demand totals $105,000. *See id.* Thus, the amount in controversy exceeds the $75,000 threshold established by 28 U.S.C. § 1332(a).

**4.  IF YOUR NOTICE OF REMOVAL WAS FILED MORE THAN 30 DAYS AFTER YOU FIRST RECEIVED A COPY OF THE SUMMONS AND COMPLAINT, THE REASON REMOVAL HAS TAKEN PLACE AT THIS TIME AND THE DATE YOU FIRST RECEIVED A PAPER IDENTIFYING THE BASIS FOR REMOVAL.**

Not applicable. On August 10, 2023, Plaintiffs served Defendants with their Summons and Complaint. *See* ECF No. 1, at 4; *see also* Exhibit A. On August 29, 2023, Defendants filed the Notice of Removal, which is within thirty (30) days of service of the Summons and Complaint. *See* ECF No. 1.

///

///

---

[1] While Plaintiff's Complaint correctly recognizes that DEF CON is organized under the laws of the State of Washington, Plaintiff incorrectly states that DEF CON is a limited liability company, even though the caption of Plaintiff's Complaint lists DEF CON as a "Washington corporation." *Compare* ECF No. 1-1, at 2, *with* ECF No. 1-1, at 4, ¶ 17. DEF CON is a corporation organized under the laws of the State of Washington. *See* **Exhibit B** (Washington Secretary of State Business Information for DEF CON Communications, Inc.).

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3

1    **5.    IN ACTIONS REMOVED ON THE BASIS OF THE COURT'S JURISDICTION IN WHICH THE**

2    **STATE COURT ACTION WAS COMMENCED MORE THAN ONE YEAR BEFORE THE**

3    **DATE OF REMOVAL, THE REASONS THIS ACTION SHOULD NOT SUMMARILY BE**

4    **REMANDED TO THE STATE COURT.**

5    Not applicable. On August 9, 2023, Plaintiffs filed their Complaint in state court. *See* ECF

6    No 1-1, at 2. On August 10, 2023, Plaintiffs served Defendants with the Summons and Complaint.

7    *See* ECF No. 1, at 4; *see also* Exhibit A. On August 29, 2023, Defendants filed their Notice of

8    Removal. *See* ECF No. 1. Thus, less than one year passed before the date of removal.

9    **6.    THE NAME OF ANY DEFENDANT KNOWN TO HAVE BEEN SERVED BEFORE YOU FILED**

10    **THE NOTICE OF REMOVAL WHO DID NOT FORMALLY JOIN IN THE NOTICE OF**

11    **REMOVAL AND THE REASONS THEY DID NOT.**

12    Defendants are not aware of any defendant who has been served before their filing of their

13    Notice of Removal on August 29, 2023.

14    DATED this 15th day of September 2023.

15                                    **HOLLAND & HART LLP**

16

17                                    */s/ Robert J. Cassity*
                                     Robert J. Cassity
                                     Nevada Bar No. 9779
18                                    Erica C. Medley
                                     Nevada Bar No. 13959
19                                    9555 Hillwood Drive, 2nd Floor
                                     Las Vegas, NV 89134
20

21                                    Matthew J. Mertens (*Pro Hac Vice*)
                                     **PERKINS COIE LLP**
22                                    1120 N.W. Couch Street Tenth Floor
                                     Portland, OR 97209-4128

23                                    David A. Perez (*Pro Hac Vice*)
                                     **PERKINS COIE LLP**
24                                    1201 Third Avenue, Suite 4900
                                     Seattle, WA 98101-3099
25

26                                    *Attorneys for Defendants*
                                     *Jeff Moss and DEF CON Communications, Inc.*

27

28

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**INDEX OF EXHIBITS**

| Exhibit | Description | Page Numbers |
|---------|-------------|--------------|
| A | Affidavits of Service for Mr. Moss and DEF CON | 001-003 |
| B | Washington Secretary of State Business Information for DEF CON | 004-005 |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

1

## CERTIFICATE OF SERVICE

2

I hereby certify that on the 15th day of September, 2023, a true and correct copy of the

3

foregoing **DEFENDANTS' STATEMENT REGARDING REMOVAL** was served by the

4

following method(s):

5

☒    Electronic:  by submitting electronically for filing and/or service with the United States

6

District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

7

Kristofer Z. Riklis, Esq.

8

**RIKLIS LAW, PLLC**
871 Coronado Center Dr., Suite 200

9

Henderson, NV 89052
Email: Kristofer@riklislaw.com

10

*Attorneys for Plaintiff*

11

*Christopher J. Hadnagy*
*and Social-Engineer, LLC*

12

*/s/ Kristina R. Cole*

13

An Employee of Holland & Hart LLP

14

30515783_v3

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134