Robert J. Cassity (9779)
Erica C. Medley (13959)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
ecmedley@hollandhart.com

David A. Perez (*Pro Hac Vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.6767
Fax: 206.359.7767
dperez@perkinscoie.com

Matthew J. Mertens (*Pro Hac Vice*)
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
mmertens@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345-CDS-BNW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's August 31, 2023 Minute Order (ECF No. 5), Defendants Jeff Moss and DEF CON Communications, Inc. (collectively, "Defendants"), and Plaintiffs Christopher Hadnagy and Social-Engineer, LLC (collectively, "Plaintiffs"), hereby submit this Joint Status Report:

1

### 1. **Status of the Action:**

On August 9, 2023, Plaintiffs filed their Complaint against Defendants with the Eighth Judicial District Court, Clark County, Nevada (Case No. A-23-875618-C). *See* ECF No. 1-1, at 2. On August 10, 2023, Defendants were served with the Complaint and Summons. *See* ECF No. 11-1, at 2-3.

On August 29, 2023, Defendants filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, alleging that there is complete diversity between the parties, and that the amount in controversy exceeds $75,000.00. *See* ECF No. 1. That same day, Defendants filed their Certificate of Interested Parties. *See* ECF No. 2. Defendants also filed two verified petitions for permission to practice *pro hac vice* for Defendants' counsel, which this Court granted. *See* ECF Nos. 3-4, 7-8.

Pursuant to the parties' September 1, 2023, stipulation and order, Plaintiffs granted Defendants a 30-day extension to respond to the Complaint. Accordingly, Defendants' deadline to file a response to the Complaint is October 2, 2023. *See* ECF No. 6. Defendants intend to file a Motion to Dismiss.  Accordingly, Plaintiffs' response would therefore be due on October 16, 2023, and Defendants' reply would therefore be due on October 23, 2023. LR 7-2.

Defendants also intend to file a Motion to Transfer Venue to the Western District of Washington pursuant to 28 U.S.C. § 1404 approximately one week after filing their Motion to Dismiss.  Defendants asked Plaintiff to stipulate to consolidate the briefing on both the Motion to Dismiss and Motion to Transfer, which included a request for an additional extension to file a response to the Complaint, as well as an extended briefing schedule. Plaintiff refused said request to avoid further delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**2. Action to be Taken by the Court:**

The parties submit that until briefing is complete on the Motion to Dismiss and the Motion to Transfer, no further action is required of this Court.

DATED this 29th day of September 2023.           DATED this 29th day of September 2023.

**RIKLIS LAW, PLLC**                                             **HOLLAND & HART LLP**

*/s/ Kristofer Z. Riklis*                                                */s/ Robert J. Cassity*
Kristofer Z. Riklis                                                          Robert J. Cassity
871 Coronado Center Dr., Ste 200                           Erica C. Medley
Henderson, NV 89052                                              9555 Hillwood Drive, 2nd Floor
                                                                                    Las Vegas, NV 89134
*Attorneys for Plaintiffs*

David A. Perez
Matthew J. Mertens
**PERKINS COIE LLP**

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2023, a true and correct copy of the foregoing **JOINT STATUS REPORT** was served by the following method(s):

☒     <u>Electronic</u>: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

Kristofer Z. Riklis, Esq.
**RIKLIS LAW, PLLC**
871 Coronado Center Dr., Suite 200
Henderson, NV 89052
Email: Kristofer@riklislaw.com

*Attorneys for Plaintiffs
Christopher J. Hadnagy
and Social-Engineer, LLC*

                                 */s/ Kristina R. Cole*
                                 An Employee of Holland & Hart LLP

30617859_v1