**RIKLIS LAW, PLLC**
KRISTOFER RIKLIS
Nevada Bar No. 14754
871 Coronado Center Dr., Suite 200
Henderson, NV 89052
Telephone: (702) 720-6471
Kristofer@riklislaw.com

Attorney for CHRISTOPHER J. HADNAGY and
SOCIAL-ENGINEER, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345-CDS-BNW<br><br>**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION [ECF NO. 13]** |

1

**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION [ECF NO. 13]**

I, Kristofer Riklis, Esq., declare as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada and am the Owner of Riklis Law, PLLC, counsel of record to Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC in the above-referenced matter.

2. This Declaration is made in support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction only.

3. True and correct printouts of screenshots of the "FAQ" Section of Defendants' Website at https://defcon.org/html/links/dc-faq/dc-faq.html (accessed October 15, 2023) are attached hereto as "Exhibit 1."

4. True and correct printouts of screenshots of the "Forums" Section of Defendants' Website at https://forum.defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 2." Clicking on the "Def Con Forums" link on Def Con's "Home" page located on Page 12 leads to Page 13, which shows all the forums for Def Con Planning. Clicking on the "Def Con 31 Planning" link leads to a page with all of the Sub-Forums dedicated to all of Def Con's activities.

5. True and correct printouts of screenshots of the "Book a Room" section of Defendants' Website at https://defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 3." Clicking on the "Book a Room!" link on the "Home" page located on Page 23 leads to Pages 24-25, which shows all the hospitality room blocks reserved for Def Con 2024. Clicking on the date range shows the "Event Dates" as seen on Page 25. Clicking on "Search" brings up the various hotel options seen on pages 26-30.

6. True and correct printouts of screenshots of the link to the "Open Calls" and Style Guide Section of Defendants' Website at https://defcon.org (accessed October 15,

2

1  2023) are attached hereto as "Exhibit 4." Clicking on the "Open Calls" link on the "Home"
2  page located on Page 33 leads to Page 34, which shows all the different "Calls" applicable
3  to the Event. For example, Clicking on the "Call for Exhibitors" provides real-time
4  information as to the acceptance period of the calls and provides in-depth information on
5  how to contribute in various methods at the Event on Pages 35-38.

6        7. True and correct printouts of screenshots of the link to the "Recent News"
7  Section of Defendants' Website at https://defcon.org/html/links/dc-news.html (accessed
8  October 15, 2023) are attached hereto as "Exhibit 5."

9        8. True and correct printouts of screenshots of the link to the "Get Involved"
10 Section of Defendants' Website at https://defcon.org/html/links/get-involved.html
11 (accessed October 15, 2023) are attached hereto as "Exhibit 6."

12       9. Each page of Defendants' website at www.defcon.org bear a copyright notation
13 of either "© 1992-2023 Def Con Communications, Inc. All Rights Reserved" or "(r) DEF
14 CON Communications, Inc. and each screenshot exhibits the related URL. These are
15 included on the last page of the exhibits.

16
17
18 DATED: June 23, 2023
19
20                                            /s/ Kristofer Riklis
21                                            Kristofer Riklis
22
23
24
25
26
27
28

# INDEX OF EXHIBITS

| Exhibit | Title | Page Numbers |
|---|---|---|
| 1 | Def Con Website: FAQ Section | 01-10 |
| 2 | Def Con Website: Forums Section | 11-20 |
| 3 | Def Con Website: Hotel Room Block | 21-31 |
| 4 | Def Con Website: Open Calls and Guide | 32-39 |
| 5 | Def Con Website: Def Con Cancelled | 40-42 |
| 6 | Def Con Website: Get Involved | 43-45 |

# CERTIFICATE OF SERVICE

I, Kristofer Riklis, hereby certify that the foregoing:

**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION [ECF NO. 13].**

was submitted electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system on the 16th day of October, 2023. Electronic service of the foregoing document was be made in accordance with the E-Service List as follows:

| | |
|---|---|
| Robert J. Cassity<br>Erica C. Medley<br>**Holland & Hart LLP**<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>bcassity@hollandhart.com<br>ecmedley@hollandhart.com<br>*Attorneys for Defendants* | David A. Perez<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>dperez@perkinscoie.com<br>*Attorneys for Defendants* |

Matthew J. Mertens
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
 mmertens@perkinscoie.com

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to: N/A

                                                                    */s/* Kristofer Riklis
                                                                    KRISTOFER RIKLIS, Esq.