# Exhibit 1

# Def Con Website: FAQ Section

 

https://defcon.org/html/links/dc-faq/dc-faq.html

## How much is admission DEF CON, and do you take credit cards?

The price for DEF CON 31 is $440 USD Cash at the Door. We do this for a number of reasons. Paying in cash protects your privacy and we can't be forced to hand over records we don't collect.



https://defcon.org/html/links/dc-faq/dc-faq.html

## How many people typically attend DEF CON?

There have been roughly 25-28k attendees in the last few (pre-COVID) years of DEF CON. DEF CON 27 had a record showing with approximately 30,000.

 https://defcon.org/html/links/dc-faq/dc-faq.html

# I need a letter of invite for my visa application, how do I get that?

In most cases, DEF CON can send a signed letter of invite, usually within a few short business days once we have all the info. If you also require verification of housing, we can put you in touch with someone to help you get your hotel stay organized, let us know if you need that.

Along with your request, please email us the following to info(at)defcon(.)org

Name as is on passport:
Passport number:
Country of issue:
Date of issue:
Date of expiration:
Country of origin:

  https://defcon.org/html/links/dc-faq/dc-faq.html

Show the next page

## How did DEF CON start?

Originally started in 1993, it was a meant to be a party for member of "Platinum Net", a Fido protocol based hacking network out of Canada. As the main U.S. hub I was helping the Platinum Net organizer (I forget his name) plan a closing party for all the member BBS systems and their users. He was going to shut down the network when his dad took a new job and had to move away. We talking about where we might hold it, when all of a sudden he left early and disappeared. I was just planning a party for a network that was shut down, except for my U.S. nodes. I decided what the hell, I'll invite the members of all the other networks my BBS (A Dark Tangent System) system was a part of including Cyber Crime International (CCI), Hit Net, Tired of Protection (ToP), and like 8 others I can't remember. Why not invite everyone on #hack? Good idea!

## Where did the name come from?

The short answer is a combination of places. There as a SummerCon in the summer, a HoHoCon in the winter, a PumpCon during Halloween, etc. I didn't want any association with a time of year. If you are a Phreak, or just use your phone a lot you'll notes "DEF" is #3 on the phone. If you are into military lingo DEF CON is short for "Defense Condition." Now being a fan of the movie War Games I took note that the main character, David Lightman, lived in Seattle, as I do, and chose to nuke Las Vegas with W.O.P.R. when given the chance. Well I knew I was doing a con in Vegas, so it all just sort of worked out.



## I want to sell stuff, how do I do this?

If you want a space in our vendor area, you need to apply. Because of limited space and our attempt to have a diversity of vendors, you may not be able to get a booth. It is wise to think of staffing issues - if you are one person do you want to spend your entire time behind a vendors booth?

 https://defcon.org/html/links/dc-faq/dc-faq.html

## What are Goons?

They are the staff at DEF CON. They have many roles including safety, speaker coordination, vendor room coordination, network operations, et cetera... Please try to be helpful to them if they make requests of you. If any goon tells you to move, please do so immediately as there may be safety issues they are attempting to address.

## How can I help out or become a Goon?

The staff at DEF CON has grown organically. All positions have some degree of trust associated with them, so typically new goons are 'inducted' by friends of existing goons. There are many random points when goons need help and may ask people for help, generally for helping move stuff or other tasks that don't require high amounts of trust or unsupervised work. Just because you help out doesn't make you a goon. If you really want to be a goon, talk with one and see how much work they actually do (Hint: you may want to enjoy being at DEF CON, not working full-time at it). One year the network group got a new Goon when a networking engineer was needed, and he came to the rescue. The intent behind the goons is not to be elitist, but to have a network of trusted people who can help run the conference - please do not feel upset if you are not chosen to be a goon.

## How can I help or participate?

DEF CON is not a spectator sport! Before the con, during, and after there are chances for you to get involved. Before the con you can read about the contests and maybe sign up for one like Capture the Flag. There are artwork contests for shirts and posters. You can practice your lock pick skills, or just get your laptop all locked down and ready to do battle. Organize your .mp3s. Check out the DEF CON Forums to see what other people are up to. If you want to create your own event, you can do that as well - you will not get official space or sanctions, but virtually every official event at DEF CON started out as an unofficial event.



## Is it hot in Vegas?

Yes. Bring sunscreen (high SPF), do not fall asleep near the pool (lest you wake up to sunburn), and do not walk far in the sun unless you are experienced in dealing with extreme heat. The sun is dangerous in Las Vegas. Sleeping in lawn chairs is a sure way to wake up to severe burns in the morning when that bright yellow thing scorches your skin. Drink plenty of water and liquids - remember that alcohol will dehydrate you.

URL: https://defcon.org/html/links/dc-faq/dc-faq.html



© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information