# Exhibit 4

# Def Con Website: Open Calls and Guide







# DEF CON 31 Call for Exhibitors

Theme & Style Guide

COVID-19 Policy

Call Index⤓

## Call for Exhibitors is Now Closed

**We're trying something new for DEF CON 31 and adding a dedicated space for exhibitors.** Some companies and organizations don't have a physical thing to sell and don't fit in our Vendor room but still have something to offer our attendees.

Being an exhibitor means you want to connect with, and give back to, our community. We want to see exhibitors at DEF CON that DEF CON attendees

want to see. Looking to get feedback from existing customers, recruit new talent or demo a new product relevant to our community? This is your opportunity.

If this sounds like something you or your company are interested in, please email **exhibitors[at]defcon.org** with any questions you may have.

# F.A.Q.

### What are Exhibitors?
Exhibitors are businesses within the Information Security space who wish to engage with the DEF CON community. In previous years, our Exhibitors would have been located within the Vendor space, but we feel it would benefit our vendors, exhibitors, and attendees to provide Exhibitors their own space to attract the right audience.

### How are Exhibitors different than Vendors?
Vendors mostly come from the community and sell wares. Attendees walk into the Vendor space, they give cash to a vendor and walk away with something shiny. Exhibitors are businesses from all parts of the information security space who are more interested in attracting talent for their teams, connecting with existing customer bases, or making their offerings known to the community.

### What does the DEF CON community get from Exhibitors?
DEF CON gets fantastic community-focused businesses who bring opportunities to our attendees. The more important question is what else does the community get from Exhibitors?

- A portion of the proceeds from each exhibitor booth will be donated to a pre-approved, non-profit organizations, of the exhibitors choice. Each exhibitor will

- display where their donations are going.
- With top tier Exhibitor packages, a portion of the proceeds will go towards sponsoring a DEF CON party in the name of the exhibitor. Think in years past when there was an annual DEF CON / IOActive Party.

### What do Exhibitors get from DEF CON?

Exhibitors will be able to engage with our attendees in a more traditional format of tables and booths. Exhibitors will also have premium opportunities for community engagement through parties and other events that require evening event space.

In addition to a ready-to-go setup, they'll receive personalized guidance and advice from the DEF CON exhibitors team on how to best engage with the DEF CON community. DEF CON is a unique community that is not always simple to engage with, we are the hacking community at its most grass roots. We strive to represent the individual hacker, researcher, and academic in their most pure, unadulterated form. Our Exhibitor staff is comprised of veteran DEF CON attendees and long-time members of the community who can provide your company with practical advice for engagement with the community, and help your team understand what to expect from our community.

### What don't Exhibitors get from DEF CON?

DEF CON does not share any attendee contact information with Vendors or give them access to any private or confidential information. Attendees decide what to reveal about themselves when talking with an exhibitor.

Top of Page

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information