**RIKLIS LAW, PLLC**
KRISTOFER RIKLIS
Nevada Bar No. 14754
871 Coronado Center Dr., Suite 200
Henderson, NV 89052
Telephone: (702) 720-6471
Kristofer@riklislaw.com

Attorney for CHRISTOPHER J. HADNAGY and
SOCIAL-ENGINEER, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01345-CDS-BNW<br><br>**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE [ECF NO. 15]** |

1

**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE [ECF NO. 15]**

I, Kristofer Riklis, Esq., declare as follows:

1. I am an attorney duly licensed to practice law in the State of Nevada and am the Owner of Riklis Law, PLLC counsel of record to Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC in the above-referenced matter. I have personal knowledge of the matters stated herein and would be competent to testify to them if called to do so.

2. This Declaration is made in support of Plaintiffs' Response in Opposition to Defendants' Motion to Transfer.

3. True and correct printouts of screenshots of the "FAQ" Section of Defendants' Website at https://defcon.org/html/links/dc-faq/dc-faq.html (accessed October 15, 2023) are attached hereto as "Exhibit 1."

4. True and correct printouts of screenshots of the "Forums" Section of Defendants' Website at https://forum.defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 2." Clicking on the "Def Con Forums" link on Def Con's "Home" page located on Page 12 leads to Page 13, which shows all the forums for Def Con Planning. Clicking on the "Def Con 31 Planning" link leads to a page with all of the Sub-Forums dedicated to all of Def Con's activities.

5. True and correct printouts of screenshots of the "Book a Room" section of Defendants' Website at https://defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 3." Clicking on the "Book a Room!" link on the "Home" page located on Page 23 leads to Pages 24-25, which shows all the hospitality room blocks reserved for Def Con 2024. Clicking on the date range shows the "Event Dates" as seen on Page 25. Clicking on "Search" brings up the various hotel options seen on pages 26-30.

6. True and correct printouts of screenshots of the link to the "Open Calls" and Style Guide Section of Defendants' Website at https://defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 4." Clicking on the "Open Calls" link on the "Home" page located on Page 33 leads to Page 34, which shows all the different "Calls" applicable to the Event. For example,

2

Clicking on the "Call for Exhibitors" provides real-time information as to the acceptance period of the calls and provides in-depth information on how to contribute in various methods at the Event on Pages 35-38.

7. True and correct printouts of screenshots of the link to the "Press Archives" Section of Defendants' Website at https://defcon.org/html/links/dc-press/dc_press.html (accessed October 9, 2023) are attached hereto as "Exhibit 5." Reviewing the extensive archives located at that url address, Page 51 shows a link to an article by Politico entitled: "For U.S. officials, the world's largest hacking conference isn't all fun and games." Clicking on that link leads to the attached article on Pages 41-49.

8. True and correct printouts of screenshots of the "Def Con Shoot" Forum on Defendants' website at https://forum.defcon.org/node/244825 (accessed on October 29, 2023) and links to Defendants' web page at https://deviating.net/firearms/defcon_shoot/ (accessed on October 29, 2023) are attached hereto as "Exhibit 6". Clicking on "THE UNOFFICIAL DEF CON SHOOT" link on the "Forums" page located on Page 16 leads to Pages 54-55, which shows all the various Forums for the Def Con Shoot on the Website. Clicking on "THE UNOFFICIAL DEF CON SHOOT" link on Page 54 leads to the Forum shown on Pages 56-57. Clicking on the "deviating.net" link on Page 56 leads to the additional published guides on Pages 58-61.

9. True and correct printouts of screenshots of the home page of Defendants' Website at https://defcon.org/ (accessed October 28, 2023) are attached hereto as "Exhibit 7."

10. True and correct printouts of screenshots of the X (formerly Twitter) accounts of Defendants (accessed October 29, 2023) are attached hereto as "Exhibit 8." Mr. Moss' X account is "@thedarktangent" and Def Con Communications, Inc.'s X account is "@defcon". On October 29, 2023, I visited each of the enumerated URL addresses on the attached posts which are hosted on twitter.com; I captured the screenshots enumerated as Pages 65-83 at that time.

11. True and correct printouts of screenshots of the link to the "Archives By Show" Section of Defendants' Website at https://defcon.org (accessed October 17, 2023) are attached hereto as "Exhibit 9." Clicking on the "Archives By Show" link on the "Home" page located on Page 85 leads to Pages 86-95.

1     12. True and correct printouts of screenshots of the link to the "Goons" Section of Defendants' Website at https://defcon.org (accessed October 17, 2023) are attached hereto as "Exhibit 10." Clicking on the "Goons" link on the "Home" page located on Page 97 leads to Pages 98-132, which shows various of the Goons.

    13. True and correct printouts of screenshots of the Washington Secretary of State's Corporations and Charities Filing System at https://ccfs.sos.wa.gov (accessed on October 28, 2023) and http://JeffMcnamaralaw.com/contact/ (accessed on October 28, 2023) are attached hereto as "Exhibit 11".

    14. True and correct printouts of screenshots of the link to the "Contact" Section of Defendants' Website at https://defcon.org (accessed October 17, 2023) are attached hereto as "Exhibit 12." Clicking on the "Contact" link on the "Home" page located on Page 140 leads to Page 141.

    15. A true and correct printouts of screenshots of the commercial website https://sessionize.com/maxie-reynolds (accessed October 29, 2023) and Linkedin.com (accessed October 29, 2023) are attached hereto as "Exhibit 13." On October 29, 2023, I visited the enumerated URL addresses on the attached websites; I captured the screenshots enumerated as Pages 143-146.

    16. Each page of Defendants' website at www.defcon.org bear a copyright notation of either "© 1992-2023 Def Con Communications, Inc. All Rights Reserved" or "(r) DEF CON Communications, Inc. and each screenshot exhibits the related URL. These are included on the last page of the exhibits.

    17. After further investigation into the matter, Plaintiffs are informed and believe that there are several individuals and entities with discoverable facts that Plaintiffs wish to identify as witnesses. They are as follows:

        a. Marc Rogers, who is believed to have discoverable knowledge related to security measures taken at the annual Def Con event in Las Vegas, Nevada. Plaintiffs are informed and believe that he is located in California.

        b. Billy Boatright, who is believed to have discoverable knowledge related to Mr.

1  Hadnagy's character, and is believed to have attended the annual Def Con event
2  every year that Mr. Hadnagy did. Plaintiffs are informed and believe that he is
3  located in Clark County, Nevada.
4    c.  Black Hat USA, which is an entity believed to have discoverable knowledge
5  related to Defendants' communications with them pertaining to the underlying
6  defamatory statements of fact. Pursuant to Black Hat USA's online presence,
7  Plaintiffs are informed and believe that they are located in California and Nevada.
8  I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 30, 2023

                     /s/ Kristofer Riklis
                   Kristofer Riklis

# INDEX OF EXHIBITS

| Exhibit | Title | Page Numbers |
|---|---|---|
| 1 | Def Con Website: FAQ Section | 01-10 |
| 2 | Def Con Website: Forums Section | 11-20 |
| 3 | Def Con Website: Hotel Room Block | 21-31 |
| 4 | Def Con Website: Open Calls and Guide | 32-39 |
| 5 | Def Con Website: Relevant Press Archives | 40-52 |
| 6 | Def Con Website: Forums – Def Con Shoot | 53-61 |
| 7 | Def Con Website: Social Media Links | 62-63 |
| 8 | Def Con Social Media: Relevant X Account (Formerly Twitter) Marketing | 64-83 |
| 9 | Def Con Website: 30 Years of Event Archives | 84-95 |
| 10 | Def Con Website: List of Some Active Goons | 96-132 |
| 11 | Defendants' Principal Place of Business | 133-138 |
| 12 | Def Con Website: Contact Section | 139-141 |
| 13 | Online Resources for Witness' Locations | 142-146 |

## CERTIFICATE OF SERVICE

I, Kristofer Riklis, hereby certify that the foregoing:

**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE [ECF NO. 15]**

was submitted electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system on the 30th day of October, 2023. Electronic service of the foregoing document was be made in accordance with the E-Service List as follows:

Robert J. Cassity
Erica C. Medley
**Holland & Hart LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
bcassity@hollandhart.com
ecmedley@hollandhart.com
*Attorneys for Defendants*

David A. Perez
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
dperez@perkinscoie.com
*Attorneys for Defendants*

Matthew J. Mertens
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
mmertens@perkinscoie.com

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to: N/A

                                             */s/* Kristofer Riklis
                                             KRISTOFER RIKLIS, Esq.