Exhibit 7

Def Con Website: Social Media Links

https://defcon.org

Home   Recent News   Archives »   About »   Community »   Resources »   SUBMIT! »

# DEFCON

**DEF CON 32**
Aug. 8-11, 2024 at Caesars Forum
+ Flamingo, Harrah's and Linq in Las Vegas!

**START HERE.**
New to DEF CON?
Find out what it's all about!

**GET EDUCATED.**
A treasure trove of hacking knowledge
awaits in our past media!

**GET INVOLVED.**
Want to participate?
There are a myriad of ways!

Code of Conduct

## .onion Links

defcon.org
media.defcon.org
defcongroups.org

## Future Dates

**DEF CON 32**
Aug. 8-11, 2024
Book a Room!

**DEF CON 33**
Aug. 7-10, 2025

## Speaker's Corner

DEF CON CFP: Thinking Back
and Moving Forward
by Nikita

Bridging the Gap: Dispersing
Knowledge through Research

## Black Badge Hall of Fame updated!

Posted 10.10.23

We've overhauled the Black Badge
Hall of Fame page! For anyone
unfamiliar, the BBHOF is our online
record of everyone who's won DEF
CON's ultimate prize- a limited
edition badge that comes with
lifetime free entry and eternal glory.
If you're not on the list, maybe it's
time to get a plan together.

And while we're talking about
contests, you can check the
contest results for DC31 here.
Congratulations to the winners and
respect to everyone who gets in the arena.

## DEF CON 31 Live Performances are Posted!

Posted 9.21.23

Expect your productivity to take
another major hit courtesy of DEF
CON 31. The music from Thursday
and Friday is live on the Media
Server! Help yourself to selections
from the amazing musicians we
hosted. But that's not all - we've
got video for those shows, too!
Download now and you'll also get

UBER

# DEFCON

DEF CON 31 was August 10-13, 2023 at Caesars Forum
+ Flamingo, Harrah's and Linq in Las Vegas!

$440 USD Cash at the door

Website | Get Receipt | Theme & Style Guide

## Coming Up

**28 OCT**  Movie Night 10-28 8pm PDT: The Lost Boys
10.28.23
20:00 → 22:00

Access the Con Calendar

## DEF CON Sites

Forums   Groups   Media Server   InfoCon.org

## The Goods