# Exhibit 8

# Def Social Media: Relevant X Account (formerly Twitter) Marketing

 https://twitter.com/thedarktangent/status/988246866566434816

← Post

 **Whitney Merrill** @wbm312 · Apr 22, 2018
WOW. WOW. Because @CryptoVillage sells badges to offset the cost of working for free with absolutely no support from @defcon, we are being charged at minimum $1,000 vendor fee by DEF CON. defcon.org/html/defcon-26… We have to PAY DEFCON to work for free.

💬 17     ↻ 57     ♡ 87

 **Jeff Moss**
@thedarktangent

Now that you have everyone stirred up..

If you sell anything at all the State of Nevada demands their sales tax. The State makes DEF CON liable for it, unlike most all other states. That means we need to be sure all "vendors" pay. If not they have a wide range of punishments.

7:43 PM · Apr 22, 2018





https://twitter.com/thedarktangent/status/1081329344302071808

**Post**

**Jeff Moss** @thedarktangent

Off to Las Vegas for a #defcon pre-con site visit. By adding Planet Hollywood we will have some cool new spaces to explore.

3:19 PM · Jan 4, 2019

💬 11    🔁 14    ♡ 189

Post your reply — Reply

**MarcoFigueroa** @MarcoFigueroa · Jan 4, 2019
It's time for a convention center, having the con split into multiple hotels has become impossible to attend.The lines alone r ridiculous & does not scale well! I'm a super fan of #defcon & I'm a lifetime supporter but it has become a con of multiple small conferences! #myOpinion

💬 1    🔁    ♡ 6

**Jeff Moss** @thedarktangent · Jan 4, 2019
The problem with convention centers is we have to build every room and sound insulation is almost impossible.

Planet Hollywood is super close to Paris, not like last year when you had to cross a major street.

That said we have been looking at all possible options.

💬 4    🔁    ♡ 13

 https://twitter.com/thedarktangent/status/1082390454786711552

← Post



**Jeff Moss**
@thedarktangent

I'm still in Vegas for #Defcon planning and CES is starting. Guys at table next to me are talking to possible business partners and just realizing that possible partners will harvest and resell all their customer email addresses.

1:36 PM · Jan 7, 2019

 https://twitter.com/thedarktangent/status/1556313695789072384

← Post

 Jeff Moss
@thedarktangent

On the road to Las Vegas for @BlackHatEvents, @defcon better not be cancelled.

9:17 AM · Aug 7, 2022

 https://twitter.com/defcon/status/1346065595142340608



 https://twitter.com/defcon/status/1559631664778584065

 Post

 **DEF CON**
@defcon

Vegas resort properties have a strict no firearms policy and they don't mess around. We must follow their rules.

1:02 PM · Aug 16, 2022



🌐 https://twitter.com/thedarktangent

# Jeff Moss
16K posts



**Jeff Moss**
@thedarktangent

defcon.social/@thedarktangent
Founder Black Hat & DEF CON. CISA Cyber Security Advisory Council, UK Gov Cyber Advisory Board (He/Him)

📍 Seattle   🔗 forum.defcon.org/blog.php?u=6   📅 Joined May 2008

**804** Following   **110.8K** Followers

 https://twitter.com/defcon/status/758073440381247488

← Post

**DEF CON**
@defcon

Vegas is kind of part of what makes #defcon DEF CON, don't you think?

>  **Chernobyl Megatron** @chernobylmega · Jul 26, 2016
> Replying to @defcon
> Have you guys ever considered holding the conference somewhere other than Vegas?duo.com/blog/welcome-t...

3:56 PM · Jul 26, 2016



https://twitter.com/defcon/status/264255669878796288

← **Post**

 **DEF CON**
@defcon

@Viskovatoff Deny. #DEFCON will always be in Las Vegas.

11:40 PM · Nov 1, 2012

 https://twitter.com/defcon/status/587471486220402688

← Post


**DEF CON**
@defcon

@graydiplomats #defcon is always in Las Vegas, but we hope you'll be able to join us someday. Check our YouTube channel, maybe?

9:24 PM · Apr 12, 2015


https://twitter.com/defcon/status/1459247671395323909

← **Post**

**DEF CON**
@defcon

The #Defcon30 Theme is... Hacker Homecoming!

It's been a crazy couple of years, but we're looking forward to reuniting in Vegas with more of our hacker family next summer. We hope you're excited about it, too. Full theme announcement is here:

forum.defcon.org/node/240151



11:52 AM · Nov 12, 2021

https://twitter.com/defcon/status/1127065472375988226



https://twitter.com/defcon/status/1558155711414095872

← **Post**

**DEF CON**
@defcon

Make sure to stay hydrated, friends. Vegas is basically Arrakis and it steals away your moisture when you're not looking.



11:17 AM · Aug 12, 2022


https://twitter.com/defcon/status/497066085641117696

← Post

 **DEF CON**
@defcon

Confidential to hackers in the Las Vegas area: It's on.

10:06 AM · Aug 6, 2014

Home
Explore
1 Notifications
Messages
Lists
Bookmarks
Communities
Premium
Profile
More
Post

[redacted] ...

**Post**

**DEF CON** @defcon · Jan 13
Chris Hadnagy vs. DEF CON lawsuit DISMISSED

Update:
- Judge Beetlestone in PA dismissed the suit w/o pre-trial discovery, ruling that it lacked personal jurisdiction.
- Case dismissed without prejudice, so Mr. Hadnagy is free to refile and attempt to litigate in another venue.

4 63 233 69K

**DEF CON** @defcon · Jan 13
Additional context:
- During our investigation we spoke directly with Mr. Hadnagy about claims of his violations of our Code of Conduct. He confirmed his behavior, and agreed to stop. Unfortunately, the behavior did not stop.

1 9 55 11K

**DEF CON**
@defcon

- Before DEF CON finalized our response, Mr. Hadnagy informed us that his Social Engineering Village would not be returning to DEF CON.

9:13 AM · Jan 13, 2023 · **8,377** Views

1 4 49

[redacted] Post your reply Reply

**DEF CON** @defcon · Jan 13
- Our investigation also revealed that DEF CON is not the only security conference to receive complaints about Mr. Hadnagy's behavior. For example, Black Hat received complaints, conducted their own investigation and removed Mr. Hadnagy from their Review Board.

1 12 68 12K

**DEF CON** @defcon · Jan 13
We thank the DEF CON community for supporting our efforts to uphold our Code of Conduct.

All the court documents are available here:
lnkd.in/gsugqMyV

And as always, our code of conduct and transparency rep
defcon.org/html/links/dc-...
defcon.org/html/links/dc...

Search

**Relevant people**

**DEF CON**
@defcon
Hacking Conference
defcon.social/@defcon

**What's happening**

NFL · LIVE
**Chiefs at Broncos**

Sports · Trending
**Russell Wilson**
1,289 posts

Politics · Trending
**WWIII**
10.2K posts

Sports · Trending
**Patrick Mahomes**
Trending with Irv Smith, Bengals

Sports · Trending
**Romo**
7,518 posts

Show more

Terms of Service Privacy Policy Cool
Accessibility Ads info More ... © 2

**Messages**



(1) DEF CON on X: "- Before DEF CON finalized our response, Mr. Hadn... Social Engineering Village would not be returning to DEF CON-..." / X    10/29/23, 3:07 PM

Case 2:23-cv-01932-BAT    Document 17-9    Filed 10/30/23    Page 19 of 19

