Exhibit 9

Def Con Website: 30 Years of Event Archives



DEF CON® Hacking Conference - Show Archives                                                    10/17/23, 4:52 PM





**DEFCON CHINA PARTY**

DEF CON China Party was held 20 March, 2021 on the DEF CONstruct (VR)

»Website
»Show Content

**DEFCON NEW YEAR'S EVE**

DEF CON New Year's Eve was held December 31, 2020 - January 1, 2021 on Discord

»Website
»Show Content

**VIRUS ALERT**

DEF CON 28 SAFE MODE was held August 6-9, 2020 on Discord and Twitch

»Website
»Show Content

**DEFCON**

DEF CON 27 was held August 8-11, 2019 at Paris, Bally's, Flamingo, & Planet Hollywood Hotels in Las Vegas

»Website
»Show Content

**DEFCON 神州 CHINA 1.0**

DEF CON China 1.0 was held May 11-13, 2019 at 751 D Park Art District in Beijing, China

»Website
»Show Content

**DEFCON 26**

DEF CON 26 was held August 9-12, 2018 at Caesars Palace, Flamingo, & Linq in Las Vegas

»Website
»Show Content

DEF CON® Hacking Conference - Show Archives                                              10/17/23, 4:52 PM



DEF CON China [BETA] was
held May 11-13, 2018 at
Kuntai Hotel in Beijing, China

»Website
»Show Content

DEF CON 25 was held July 27-
30, 2017 at Caesars Palace in
Las Vegas

»Website
»Show Content

DEF CON 24 was held August
4-7, 2016 at Bally's and Paris
in Las Vegas

»Website
»Show Content

DEF CON 23 was held August
6-9, 2015 at Bally's and Paris
in Las Vegas

»Website
»Show Content

DEF CON 22 was held August
4-7, 2014 at the Rio Hotel &
Casino

»Website
»Show Content

DEF CON® Hacking Conference - Show Archives

10/17/23, 4:52 PM



DEF CON® Hacking Conference - Show Archives                                                10/17/23, 4:52 PM



DEF CON 15 was held August 3-5, 2007 at the Riviera Hotel & Casino

»Website
»Show Content

DEF CON 14 was held August 4-6, 2006 at the Riviera Hotel & Casino

»Website
»Show Content

DEF CON 13 was held July 29-31, 2005 at the Alexis Park Hotel & Resort

»Website
»Show Content

DEF CON 12 was held July 30 - August 1, 2004 at the Alexis Park Hotel & Resort

»Website
»Show Content

DEF CON 11 was held August 1-3, 2003 at the Alexis Park Hotel & Resort

»Website
»Show Content

DEF CON 10 was held August 2-4, 2002 at the Alexis Park Hotel & Resort

»Website
»Show Content



DEF CON® Hacking Conference - Show Archives                                      10/17/23, 4:52 PM



DEF CON 3 was held August
4-6, 1995 at the Tropicana &
Casino (Still there!)

»Website
»Show Content

DEF CON 2 was held July 22-
24, 1994 at the Sahara Hotel &
Casino (Since Blown-up)

»Website
»Show Content

DEF CON 1 was held June 9-
11, 1993 at the Sands Hotel &
Casino (Since Blown-up)

»Website
»Show Content

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information



# Highlights

## DEF CON 31 Badge Files

All the files relating to the DEF CON 31 Badge

## DEF CON 31 Music

DEF CON 31 Original Soundtrack (flac) (opus)

## DEF CON 31 Program

Conference Printed Program from DEF CON 31

## DEF CON 31 Photos and Video

Tons of Photos from our Photo Corps and several other sources:
DEF CON 31 Photos (RAR)
Videos by DEF CON Video team (RAR)
Huge hi-res stich of the entire DEF CON 31 Sticker wall Scavenger Hunt
Highlight reel

## DEF CON 31 CTF

All Files, including Packet dumps and binaries from the Capture the Flag
competiton at DEF CON 31:
DEF CON 31 CTF

## DEF CON 31 Receipt

Need to expense that trip to DEF CON 31? Here is a handy receipt for just
such endeavors!
DEF CON 31 Receipt - Cash

## Contest & Events Results

May be found on the DEF CON 31 Contest & Events Results page

Short Story Contest Entries

Phish Stories Contest Entries

## DEF CON 31 Website

DEF CON 31 Site

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information