Exhibit 10

Def Con Website: List of Some Active Goons





DEF CON is made up of many people, all who know kung-fu and networking. Once per year, much like the quickening, they gather in Las Vegas to practice the arcane arts of drinking, socializing, debugging and crowd control. Without these core Goons™, DEF CON would not happen. It is due to their hard work and innate ability to survive on caffeine that allows the attendees to enjoy the con in a state of bliss.

## The Dark Tangent

*"When you can snatch this pebble from my hand."*

**Superpowers:** Multi-tasking, ability to exist with no food or sleep.

**Best con moment:** Having three network connections actually work.

**Favorite con event:** Not having the hotel blown up, TCP/IP drinking game.

**Involved since:** DEF CON 1

**Web Page:** You are here.

**PGP Key:** is here.

### DEF CON Sites

Forums   Groups   Media Server   InfoCon.org

### The Goods

Official Swag   Conference Recordings

### Past Media

Torrents Page   DEF CON Media Server   InfoCon.org



## A

*The guy who keeps the Hardware Hacking Village from burning down. Formerly involved with the DEF CON Movie Channel and the Scavenger Hunt.*

**Superpowers:** Prehensile hands, internal thermoregulation, and one way time travel.

**Best con moment:** Having LosT take up every waking moment of a DEF CON with his mystery challenge.

**Worst con moment:** Witnessing things that I'll never be able to forget in the courtyard of the AP.

**Introduced by:** LostboY

**Involved since:** DEF CON 10

**PGP:** By Request



## ACRONYM

*Info Booth Goon*

**Introduced by:** pyr0? FAWCR?

**Involved since:** DEF CON 6

**Contact:** acronym [at] acronym [dot] com

**Web Page:** http://www.shapewerks.com/



## Agent X

*(The Infamous) Minister of Speakers*

**Superpowers:** Warps time, circuits & space, to assure the speakers and booze are delivered on time.

**Best con moment:** Speakers; on time, on stage, on track.

**Favorite con event:** Drink, drink, bang bang.

**Introduced by:** Artimage (it's all his fault)

**Involved since:** DEF CON 6

**PGP:** By Request

DEF CON® Hacking Conference - Goons                                    10/17/23, 4:47 PM



## Algorythm

*Disinfo Goon*

**Superpowers:** Able to raise vast sums for EFF by recommending people that want new programs donate.

**Best con moment:** bouncing press out of the SkyTalks anon panel

**Worst con moment:** having the anon panel decide SkyTalks wasn't good enough because there wasn't enough publicity.

**Involved since:** DEF CON 16

**PGP:** CFDF61DC

**Contact:** algorythm@gmail.com

**Web Page:** http://cruft.blogspot.com



## AlxRogan

*Vendor Goon Extraordinaire*

**Superpowers:** Limitless charm, zero tolerance for asshattery

**Best con moment:** Participating in the Wardriving Competitions

**Worst con moment:** Blowing our team's insurmountable lead at HJ

**Introduced by:** Roamer

**Involved since:** DEF CON 10

**PGP:** Look it Up

**Contact:** [handle] at gmail



## Amazon

*Swag Goon Goddess*

**Superpowers:** Being bigger than everyone else.

**Best con moment:** I remember the vodka. :)

**Worst con moment:** I remember the vodka... :(

**Introduced by:** Fox & Q

**Involved since:** DEF CON 18, Goon since DEF CON 19

**Contact:** Invalid Query



## br00zer

*Tall, bearded, tattooed and awesome.*

**Superpowers:** Withstanding Zant's trolling.

**Best con moment:** Being educated about the Bronie phenomena in HighWiz's room.

**Favorite con event:** Hangovers.

**Introduced by:** Zant

**Involved since:** DEF CON 25 (Human since DEF CON 7)



## Cjunky

*Thirsty hacker & Chief Red Shirt Goon.*

**Superpowers:** Zero-day exploits while chugging beer. uber-skipper. Ability to consume all alcohol in a 50 meter radius without moving his lips. Ability sense trouble through 8 feet of concrete. PoolCon co-founder. old school.

**Best con moment:** DEF CON Weights and Measures

**Worst con moment:** Being the Lone goon controling 50 males and one naked girl.

**Introduced by:** Zac

**Involved since:** DEF CON 6



## Code24

*Speaker Ops "troubleshooter"*

**Superpowers:** Bottomless well of anger.

**Best con moment:** DC 8 or 9 Hacker Jeopardy, hearing several hundred hackers chant "Mousepad! Mousepad!" when the contestant was given the choice between an NSA mouspad, or removing a piece of Vinyl Vanna's clothing.

**Worst con moment:** Seeing nothing but the inside of the Speaker Green Room for 6 or so years.

**Introduced by:** Agent X

**Involved since:** DEF CON 7, Goon since DEF CON 9

DEF CON® Hacking Conference - Goons                                        10/17/23, 4:47 PM



## coleslaw

*Contest Goon*

**Superpowers:** Alcohol-related time travelling

**Best Con Moment:** That one time I got alcohol poisoning

**Worst Con Moment:** That one time I got alcohol poisoning

**Introduced by:** Pyr0

**Involved since:** DEF CON 15

**Contact:** coleslaw [at] prisoncamp [dot] net



## Crash

*Speaker Reg and Harassment*

**Superpowers:** I hunt speakers through time and space. But mostly time.

**Best con moment:** Running my autonomous hacking robot off the stage during the Fail panelÖ because it failed. But me + robot + DEF CON = win.

**Worst con moment:** Catching the flu, probably infecting most of the speakers, then going to the airport and begging the agent to let me go home a day early.

**Favorite con event:** Con.

**Introduced by:** Proctor (or whatever your handle is now)

**Involved since:** DEF CON 14

**Contact:** rmogull



## cyber

**Superpowers:** Super Leopard Hair

**Best con moment:** VIP Extraction

**Involved since:** DEF CON 4

DEF CON® Hacking Conference - Goons

10/17/23, 4:47 PM



## Dead Addict

*Helped DT with setting up and running DEF CON I. His contact juggling skills are most supreme.*

**Superpowers:** Can break anything, anytime.

**Best con moment:** Typing on an Enigma borrowed from the NSA museum

**Favorite con event:** Speaking, Listening

**Introduced by:** The Dark Tangent

**Involved since:** DEF CON 1



## Doolittle

*Production Maestro*

**Superpowers:** Can Cloud the Minds of Men, Knows where people are, and what is actually going on.

**Best con moment:** Briefly knowing where everyone is, and actually what is going on.

**Worst con moment:** Being chased by hotel security and the FBI

**Favorite con event:** It happens in the hallways, and we laugh because of it.

**Introduced by:** Riverside

**Involved since:** DEF CON 10

**Web Page:** www.wyrdcon.com



## effffn

*Chief Networking Goon and Beer Drinking Tzar @ NOC*

**Superpowers:** Technopathy, Energy Sourcing, 2.4 Ghz interference ESP

**Best con moment:** Flipping the switch to have all of those APs to light-up the venue at once and start watching those malicious packets flowing through the network.

**Worst con moment:** Bad wiring for 1Q-trunks and crappy QoS at the bars.

**Introduced by:** Lockheed

**Involved since:** DEF CON 13

**PGP:** Upon Request

**Contact:** effffn [at] dcnoc [dot] org

**Web Page:** https://noc.defcon.org



## Fox

*Red Shirt Goon*

**Superpowers:** Magic Touch,Telepathy, Making Vodka Vanish

**Best con moment:** Being yoinked out of the eternal reg line to pull shift on my second DEF CON.

**Worst con moment:** That one time, in that place, with the recorder...

**Introduced by:** Q

**Involved since:** DEF CON 15

**Contact:** AeroZaine@gmail.com



## g-zigg

*Swag Booth Ziggy Goon*

**Superpowers:** Gamma ray skillz and space doodoo pistol

**Introduced by:** Beckie Mossman



## Gadsden

*Red Shirt Goon*

**Superpowers:** Superb rifle skills, able to cook over fire in 115F heat for hours, able to yell and people-herd for days at a time to make sure a good time is had by all.

**Best con moment:** All the Toxic BBQs, the AP days, the homebrew tastings.. the rest are classified.

**Worst con moment:** Pool 2 Girl, "The Asshole Incident", having ToxicBBQ cancelled.

**Introduced by:** Noid? Can't remember how I got roped into this...

**Involved since:** DEF CON 11

**PGP:** x90x90x90x90

DEF CON® Hacking Conference - Goons                                      10/17/23, 4:47 PM



## Gattaca

*Speaker Goon. Nasty, brutish and short.*

**Superpowers:** Delivers bricks of enlightenment via high speed cranial infusion. Devouring the souls of project managers. Flexible morals.

**Introduced by:** Rich Mogull

**Involved since:** DEF CON 8

**Web Page:** http://www.liquidmatrix.org/blog/



## Ghostwood

*Red Shirt Goon*

**Superpowers:** Hide bullshit through multiple "random" TSA searches; be two places at once

**Best con moment:** First goon shift

**Involved since:** DEF CON 14

**Contact:** [find it]



## gLoBuS

*Swag Booth Goon*

**Superpowers:** The ability to mostly remember where we keep stuff in the stock area.

**Best con moment:** I'm still under an NDA for that one...

**Worst con moment:** "Sorry, we're all out of that shirt in that size."

**Introduced by:** Sunsh1ne

**Involved since:** DEF CON19

**Contact:** karl@fosaaen.com



## Goekesmi

*Speaker Ops Dispatch*

**Superpowers:** Making problems go away through the power of communication and coffee.

**Best con moment:** Watching people recognize me for the first time out of Defcon's context.

**Worst con moment:** Walking into a presentation room with a visibly angry audience, a speaker provoking them, and knowing I was going to have

to clean it up.

**Introduced by:** AgentX

**Involved since:** DEF CON 12

**Contact:** goekesmi (at) gmail (dot) com

**Web Page:** http://www.goekesmi.com/



## Grifter

*CEV Lead. New whipping boy & lab munkey.*

**Superpowers:** The Ability to shuffle being a Goon, Vendor, Numerous Event Organizer, and sometimes Speaker on almost absolutely no sleep without ending up "Smelling like a Goon".

**Best con moment:** speaking at the con

**Worst con moment:** Watching people start to leave Sunday night.

**Favorite con event:** The Scavenger Hunt

**Introduced by:** Russ

**Involved since:** DEF CON 9

**Contact:** grifter at defcon dot org

**Web Page:** www.rootcompromise.org



## idontdrivecars

*Pirate Sandwich*

**Superpowers:** Pirate Sandwiches

**Best Con Moment:** Drinking warm PBR with minor out of a backpack.

**Favorite Con Event:** BT

**Introduced by:** Agent X

**Involved since:** DEF CON 20

**Contact:** nah

**Web Page:** What's a web page?



## Jenn

*Info Booth*

**Superpowers:** financial panther, drinking, carpet angels

**Best con moment:** Oooh, Sealab 2021! (and the rest of DEF CON 12)

**Introduced by:** Chris, Russ

**Involved since:** DEF CON 10



## Jerel

*Info Goon*

**Superpowers:** Clean socks

**Best con moment:** Closing Ceremonies - 2009 'ish Storming stage with 'I <3 Nikita ' boxers and tees. Phat32 was on stage receiving award and actuated the storming by stripping down to his 'I <3 Nikita' boxers and tees.

**Worst con moment:** Having two new shirts swiped while I was drinking

**Introduced by:** Lizzie / Nickerson

**Involved since:** DEF CON 17

**Contact:** 0.jerel.0 (at) gmail (dot) com



## jjarmoc

*Swag Booth Goon*

**Superpowers:** Transmutation of beer into urine.

**Best con moment:** Being both a Speaker and Goon at DEF CON 19.

**Worst con moment:** Saying good bye on Sunday.

**Introduced by:** Sunsh1ne

**Involved since:** Attendee since DEF CON 15, Goon since DEF CON 18

**Contact:** jjarmoc@offenseindepth.com

**Web Page:** www.offenseindepth.com



## JohnD

*JD, never late for dinner, hey you, etc etc...*

**Superpowers:** The same as The Spleen if you know what I mean...

**Favorite con event:** Gooning

**Best con moment:** DC 12 Pool 2 security guard waking up on the lawn of the AP missing his uniform.

**Worst con moment:** DC 11, not letting people into speeches due to fire code.

**Introduced by:** Cal, Noid, and Uncle Ira (the usual 206 suspects...)

**Involved since:** DC11



## JustaBill

*"Can Do Anything"*

**Superpowers:** Mystical troubleshooting ability, electronics expert, Bay Area DEF CON Caravan organizer, founder and leader of Tri-Valley Security Group, knows where to find all the good parties.

**Best con moment:** Chillin' with other goons

**Worst con moment:** Gatorade (ask Cat about that)

**Favorite con event:** Saturday :)

**Introduced by:** Priest

**Involved since:** DEF CON 7
Web pages: www.billzhouse.com or www.TVSG.org



## kampF

*kampf-of-all-trades*

**Superpowers:** Ability to blend in and be seen at the same time.

**Best con moment:** Gooning my way into a Caezar's Challenge party and playing music for hours on synthesizers with the winner of the first Badge Hacking contest.s

**Worst con moment:** The goggles, they do NOTHING!

**Introduced by:** Shatter, Grifter.

**Involved since:** Scavenger Hunt at DCX, Goon since DCXI

**Contact:** google it

**Web Page:** http://zzq.org



## KevinE

*Red Shirt Goon and alcoholic*

**Superpowers:** driving dangerously.

**Best con moment:** Watching AlexRogan make fun of a lady because she was waving her hands...and then watch him find out she was deaf.

**Favorite con event:** do the parties count as events?

**PGP Key:** On Key Servers

**Introduced by:** Chris

**Involved since:** DC 10 I think...



## Krisz Klink

*Entertainment Goon*

**Superpowers:** Alcohol Poison Immunity, Cyber
Communication, Knowledge Replication,
Holographic Projection, Sound and Darkness
Manipulation.

**Best con moment:** DJs/Bands performing on
time.

**Worst con moment:** Waking up outside in the
hallway at Alexis Park.

**Introduced by:** Good question!

**Involved since:** Many Cons ago.



## Leila T

*Info Booth Goon*

**Superpowers:** The ability to melt your face with a
smile

**Best con moment:** The beard contest and
mohawk con!

**Worst con moment:** Rope barriers! (to block the
tv)

**Introduced by:** FAWCR

**Involved since:** DEF CON 19



## Lisal33

*Lead Vendor Goon*

**Superpowers:** Knockout Smile

## Londo



**Red Shirt Goon**

**Superpowers:** Able to be in any place at the con at any given time while maintaining adequate levels of booze as well as being the BBQ mistress running the Toxic BBQ.

**Best con moment:** There all good but winning a black badge was awesome!

**Worst con moment:** Value

**Introduced by:** Noid & Bink

**Involved since:** DEF CON 4, Goon since DEF CON 10

**PGP:** On Keyservers

**Contact:** Londo {at} Threeville {dot} Com

**Web Page:** http://www.blacklodgeresearch.com

## lunaslide



**Red Shirt Goon**

**Superpowers:** Instantaneous, focused and unexpected rage.  Winning smile.

**Best con moment:** Involves a golf cart, unfathomable amounts of booze and blatant disregard for vampire unlife.

**Worst con moment:** Monday morning hangovers and the rush to the plane.

**Introduced by:** Noid

**Involved since:** DEF CON 6, Goon since DEF CON 13

**Favorite con event:** TCP/IP Drinking Game

## Madstringer



**Info Goon**

**Superpowers:** 3x the patience of mere mortals, inability to desire offspring, love of any alcohol that starts with the letter "W".

**Best con moment:** Being glad that I'll never remember the worst con moment.

**Worst con moment:** Pissed that I'll never remember my best con moment.

**Introduced by:** Self

**Involved since:** DEF CON 16

**PGP:** F09D7AF0

DEF CON® Hacking Conference - Goons                                          10/17/23, 4:47 PM



## Major Malfunction

*Quartermaster*

**Superpowers:** Leap tall routers in a single hop, crimp RJ45s with eyebrows, freshen tan with IrDA.

**Best con moment:** Priest exorcising Schneier.

**Favorite con event:** Keeping Bad Kitty's photo album up-to-date.

**PGP Key:** on key servers.

**Introduced by:** Zac, DT

**Involved since:** DEF CON 5

**Contact:** majormal at pirate-radio dot org

**Web Page:** www.alcrypto.co.uk



## mattrix

*Red Shirt Goon*

**Superpowers:** Leader of ROM

**Best con moment:** Too many to recall, also ejected from that big party, you know the one.

**Worst con moment:** That Monday morning after the con is over.

**Introduced by:** Flea/Noid

**Involved since:** DEF CON 13



## Mauvehed

*Red Shirt Goon*

**Superpowers:** Able to scale walls like a spider monkey.

**Best con moment:** DJing LOLBitcoin at DC 21.

**Worst con moment:** Being puked on before my shift even started.

**Involved since:** DEF CON 22

**Contact:**@mauvehed



## Medic

*Purveyor of high-quality information to the uninformed.*

**Superpowers:** with cat, sed, awk and grep, i

DEF CON® Hacking Conference - Goons                                    10/17/23, 4:47 PM

could take over the world.

**Best con moment:** DEF CON 10 - Hacker Jeopardy. Losing it all on a daily double and drinking to make up the points. Or winning the Mystery Box challenge.

**Worst con moment:** The tent on the roof of the Alexis Park.

**Introduced by:** roamer

**Involved since:** DEF CON 10

**PGP:** 0xE1D416E1



## MelloMan

*Infobooth Lead*

**Superpowers:** knowledge of bathroom locations

**Introduced by:** Sl33py, FAWCR

**Involved since:** DEF CON 13

**PGP:** 0xE1D416E1

**Contact:** mello at defcon dot org

**Web Page:** www.melloman.net



## Mojostico

*Info Goon*

**Superpowers:** The ability to change metabolizing alcohol into tasty pastry treats.

**Best con moment:** MC Frontalot!

**Worst con moment:** Having a friend take my car keys back to a different state.

**Introduced by:** Mar

**Involved since:** DEF CON 20



## Neil

*Keeper of the Site & Designer of all things DEF CON.*

**Superpowers:** Content wrangling, drawing hot chicks and bending CSS to his will. Ability to produce designs out of thin air.

**Best Con Moment:** Seeing it all come together.

**Worst Con Moment:** Designing temp badges while everyone else is partying (or sleeping).

**Favorite Con event:** Traversing the parties,

sharing some Jameson with friends, & chillin with all of you brilliant folks.

**Introduced by:** Nikita

**Involved since:** DEF CON 14

**Contact:** Neil [at] defcon ]dot[ org.



## Nikita

***Conference Planner, Director of Call For Papers, Administrator, Tribe, etc.***

**Superpowers:** Can do a lot of stuff, and things. I don't like to brag about how awesome I am.

**Best Con Moment:** The Niki7a boxer shorts rebellion? The baby shower? Drunk Hacker History? DEF CON 101? Too many to list.

**Worst Con Moment:** When it's over, when the hallways and seats are empty. When I have to go home.

**Favorite Con event:** The family reunion part.

**Introduced by:** The Dark Tangent

**Involved since:** DEF CON 11.

**Contact:** Nikita [at] defcon ]dot[ org, @Niki7a

**PGP Key Here:** Nikita's Key



## NOBODY

***is NOT a Goon***

**Superpowers:** None.

**Best con moment:** None.

**Favorite con event:** None.

**Worst con moment:** None.

**Introduced by:** None.

**Involved since:** None.

**PGP:** Servers.



## Nº2

***Speaker Operations***

**Superpowers:** Ability to drink people much younger than me under the table. Ability to make speakers do whatever I want.

**Best con moment:** Getting into Caesar's challenge at DC9.

**Introduced by:** Agent X

**Involved since:** DEF CON 7

**Contact:** buzzwordsurvivor@gmail.com

## Nynex

*Red Shirt Goon*

**Best con moment:** Administering the 40oz basket.

**Involved since:** DEF CON 17

**Contact:** victrolla@ghettocode.net

**Web Page:** http://phatlabs.org

## Panadero

*Contest Goon*

**Superpowers:** Alcohol drinker. Ran Guitar Hero contests at DC 15 and 16. Drinker of alcohol.

**Best con moment:** Watching the end of the Guitar Hero III Expert contest. Head to head, winner won by only 1 or 2 notes. Epic.

**Introduced by:** Russ

**Involved since:** DEF CON 14

**PGP:** 458513CF

**Contact:** panadero@gmail.com

## pancho

*Practitioner of Verbs*

**Superpowers:** Form of Honeybadger

**Best con moment:** Man, it's all good

**Worst con moment:** Pending

**Introduced by:** The Internet

**Involved since:** Forever

**Contact:** In person

DEF CON® Hacking Conference - Goons                                    10/17/23, 4:47 PM



## Pardus

*Speaker Goon*

**Superpowers:** Tracking and peering into your soul.

**Best con moment:** OMG that's Agent X and DT!

**Favorite con event:** Black and White party.

**Introduced by:** Agent X

**Involved since:** DEF CON 13

**Contact:** Pardus at live dot ca

**PGP Key:** By request.



## Pasties

*Speaker Ops Goon aka A Speaker Whisperer*

**Superpowers:** No shame, a high pain tolerance and a penchant for ending up in strange places...

**Best con moment:** Ah now that... yeah... good times hahah

**Worst con moment:** It involves the night after I was given my handle...

**Introduced by:** AgentX

**Involved since:** DEF CON 19

**PGP:** 47153C17

**Web Page:** http://stelfox.net/



## Pappy Ozendorph

*Goon Supremacist*

**Superpowers:** Cause Moderate Wounds (touch), Detect Law Enforcement (15' Radius), Auxiliary liver where my soul should be.

**Best con event:** Breaking up a rather nasty situation.

**Worst con moment:** I don't remember, and that is by design.

**Introduced by:** Noid

**Involved since:** DEF CON 2



## P33v3

*A midsized, mean, angry, Red Shirt Goon Cultist and Goon Spiritual Advisor*

DEF CON® Hacking Conference - Goons                                                     10/17/23, 4:47 PM

**Superpowers:** Able to out the un-outable, find the un-findable, fix any cluster f**k, and herd any number of rabid cats.

**Best con moment:** Seeing Dave Marcus meet Dave Marcus.

**Worst con moment:** Seeing some one foul themselves after passing out while fouling themselves having previously fouled themsevles just before they started to pass out.That's a trifecta of foulness.

**Introduced by:** Noid

**Involved since:** Attendee since DEF CON 1, Goon since DEF CON 15

**PGP:** @pgp.mit.edu



# Pete

### *Red Shirt Goon*

**Superpowers:** Being awesome

**Best con moment:** Goon Swim

**Involved since:** DEF CON 19



# Polish Dave

### *Red Shirt Goon*

**Superpowers:** true

**Introduced by:** CJ

**Involved since:** DEF CON 14



# Priest

### *A big, mean, ugly, white guy.*

**Superpowers:** Classified.

**Best con moment:** Its all good.

**Favorite con event:** See above.

**Introduced by:** Noid

**Involved since:** DEF CON 4

**Contact:** priest@23.org

## Project Chatter

*Info Goon*

**Superpowers:** Remaining calm in the face of asshattery.

**Introduced by:** Acr0nym

## The Public

*John Q. Public, Hall Monitor, Finder of Things*

**Superpowers:** Doing what I do very well.

**Best con moment:** Something about a pool.

**Worst con moment:** I don't understand the question.

**Introduced by:** Pyr0

**Involved since:** DEF CON 4

**Contact:** tpublic at tno dot org

## pwcrack

*Head Speaker Goon*

**Superpowers:** Crypto

**Best con moment:** Welcoming speakers to Defcon.

**Worst con moment:** It was agreed that we shall never again speak of that matter.

**Introduced by:** Dark Tangent

**Involved since:** DEF CON 16

**PGP:** http://www.pwcrack.com/pgpkey.shtml

**Contact:** pwcrack@pwcrack.com

**Web Page:** http://www.pwcrack.com

DEF CON® Hacking Conference - Goons                                                          10/17/23, 4:47 PM



## Pyr0

***Parties Goon, Retired Senior Contest Goon
/Retired Red Shirt Goon***

**Superpowers:** Making things go BOOM, the
ability to control large groups of unfriendly people
with a single glance, and stealing all your infoz!
(I'm in your corporation, bypassin' all your
controls!)

**Best con moment:** I can't legally answer that.

**Worst con moment:** Realizing that some of the
best people I have ever known will never be
attending con again. (R.I.P. - PacBell/ P4ntz /
Shadow / Ghent)

**Favorite con event:** Gooning / Drop kicking
misbehaving children / 303 Party

**PGP Key:** on my servers :)

**Introduced by:** self

**Involved since:** DEF CON 6

**Contact:** pyr0 at pyr0 dot net |

**Web Page:** www.pyr0.net



## Quadling

***Infosec Therapist***

**Superpowers:** Megaphone like voice, ability to
get anyone's life story in moments! (Even if I don't
want to hear it).

**Best con moment:** Getting Priest to wince from
the volume of my voice, making an
announcement.

**Favorite con event:** Hackers For Charity Silent
Auction.

**Introduced by:** PWCrack

**Involved since:** attending? DEF CON 14.
Gooning? DEF CON 21

**Contact:** joshua.marpet@guardedrisk.com

**Website:** guardedrisk.com



## quiet

***Red Shirt Goon***

**Superpowers:** shh

**Introduced by:** Riverside

**Involved since:** DEF CON 12

DEF CON® Hacking Conference - Goons                                        10/17/23, 4:47 PM



## Redbeard

***Vendor Goon***

**Superpowers:** Superior keratin, ability to sit
through 8 hour tattoo sessions

**Best con moment:** Sacking up and gooning

**Introduced by:** Roamer, GodMInusOne

**Contact:** redbeard [at] brianredbeard [dot] com

**Web Page:** http://www.brianredbeard.com



## Rich

***Speaker Ops, Team HTA, forensics.***

**Superpowers:** Have soldering gun, will travel.

**Best con moment:** Cult of the Dead Cow talk at
DEF CON 7

**Worst con moment:** Doing shots Sunday early
morning in front of a crowd. -- I swear, I though he
said, "come up and shout with me".

**Involved since:** DC10, Goon since 7.

**PGP:** on key servers

**Web Page:** http://murphey.org



## Rich

***Contest Goon***

**Superpowers:** Drum-fu

**Best con moment:** 303 party

**Worst con moment:** Not attending more DC's
earlier on

**Introduced by:** Pyr0

**Involved since:** DEF CON 15, Goon since DEF
CON 19

**Contact:** revbias at gmail dot com



## Sanchez

### *Info Booth Goon*

**Superpowers:** Ability to make tacos and burritos disappear in the blink of an eye.

**Introduced by:** AlxRogan, Jen and Medic

## Scout

### *Queen of All I See*

**Superpowers:** Uncanny ability to be in the right place at the right time.

**Favorite con event:** Hacker Jeopardy

**Involved since:** DEF CON 15

**Introduced By:** SunSh1ne

**PGP:** Upon request.

**Contact:** mcelligot@gmail.com

## Shadow

### *GOOOOOOON*

**Superpowers:** Classified

**Best con moment:** Getting there.

**Introduced by:** Agent X

**Involved since:** DEF CON 11

## Sparky

### *NOC Goon, and resident NOC Bartender*

**Superpowers:** Cat herding, working without sleep, and the ability to turn a hangover into a stung disposition ☺

**Best Con Moment:** First time I bring my wife and 9 months later we have a wonderful baby boy !

**Worst Con Moment:** Tearing down every year :(

**Introduced by:** Squeek and Luiz

**Involved since:** DEF CON 11

**Contact:** I'll contact you.

DEF CON® Hacking Conference - Goons                                           10/17/23, 4:47 PM



## Sqweak

***Minister of Data Transport & Newcastle Consumption***

**Superpowers:** Able to quash large bottles of alcohol in a single swig, especially while crimping cables and testing jacks. Monkey Feet...OF DOOOOOOOM.

**Best con moment:** When 303 pushed Shipley in the pool at DC9.

**Worst con moment:** Everytime I show up with one less friend. (R.I.P. Ghent, Kam & Josh)

**Introduced by:** Self @ DC6

**Involved since:** DEF CON 7



## Stealth

**Superpowers:** Ninja art of invisibility

**Best con moment:** Really can't talk about it except to say that we won't be allowed back in that hotel again EVER.

**Worst con moment:** Had something to do with Pool 3.

**Favorite con event:** Hacker Jeopardy

**Introduced by:** self

**Involved since:** DEF CON 1



## SunSh1ne

***QM Goon, Retired Senior Swag Goon***

**Superpowers:** light, heat, energy

**Best con moment:** Once I saw the end of the swag line, it was amazing!

**Worst con moment:** "You have another pallet on the dock"

**Introduced by:** Heather

**Involved since:** DEF CON 14

**Contact:** sunsh1ne (at) sunsh1ne (dot) com

**Web Page:** sunsh1ne.com

DEF CON® Hacking Conference - Goons                              10/17/23, 4:47 PM



## Synn

*Red Shirt Goon*

**Best con moment:** Making DT Drink with myself and Vyrus

**Involved since:** DEF CON 17, Goon since DEF CON 19



## Tacitus

*Red Shirt Goon*

**Superpowers:** [redacted]

**Best con moment:** [redacted]

**Involved since:** DEF CON 10, Goon since DEF CON 17



## TC aka Telecon

*Contest Goon/303 godfather sorta*

**Superpowers:** Cat herding

**Best con moment:** Spending all night drinking in the Monte Carlo with El Jefe and Major and then deciding to drive home before sleeping.

**Worst con moment:** See also: Best con moment.

**Introduced by:** Self, more or less

**Involved since:** DEF CON 4

**Contact:** telecon@gmail.com



## Vaedron

*Lord*

**Superpowers:** Electrokinesis

**Best con moment:** MacGyverin'

**Favorite con event:** Saturday Night Concert.

**Introduced by:** Agent X

**Involved since:** DEF CON 20

**Website:** http://laboratoryb.org



## VideoMan

**DCTV Goon, Former Networking Goon**

**Superpowers:** Hacking, building, breaking, making.

**Best con moment:** Reverse engineering the Alexis Park's on-demand entertainment.

**Worst con moment:** When we made an eight foot tall cardboard cutout of Derek. He got to visit all of the best talks and room parties. Oh, and that time we got dry ice...

**Favorite con event:** CTF

**Introduced by:** Gonzo@DC6

**Involved since:** DEF CON 6

**PGP Key:** 7E41C888

**Contact:** videoman at defcon dot org

**Web Page:** http://dc612.org/



## Vidiot

**Red Shirt Goon**

**Superpowers:** Ability to download solid objects via P2P.

**Best con moment:** Speaking @ DC 14 and exposing the secret of the Mein Fraulein number stations.

**Worst con moment:** THAT hangover,…you know the one.

**Favorite con event:** DEF CON shoot

**Introduced by:** Self @ DC11

**PGP Key:** On keyservers.

**Contact:** infidel at loljazeera dot net

**Web Pages:** http://dc213.org | http://projectevil.org



## Wad

**Vendor Goon**

**Superpowers:** Master of the Peppermill

**Best con moment:** Everything at the AP, The Hamm Sammich, Roamer @Eastern Motors, Oooof

**Worst con moment:** Habanero rum in the bushes near the Alexis Park

**Introduced by:** Roamer, AlxRogan

**Involved since:** DEF CON 12 CTF, Goon since DEF CON 13

## Waz

**Special Projects, DCG Coordinator, DC Movie Night Programmer, QM**

**Superpowers:** We get superpowers?

**Best con moment:** Too many to choose just one.

**Worst con moment:** Forgot already.

**Introduced by:** DT

**Involved since:** DC6

**Contact:** Waz )at( defcon (dot) org, theonlywaz )at( gmail (dot) com,

**Web Page:** www.xhourfilmcontest.com

## wham

**Red Shirt Goon**

**Superpowers:** *wham*

**Introduced by:** Noid

**Involved since:** DEF CON 19

## WhiteB0rd

**Grumpy Red Shirt Goon, Old Fux0r**

**Superpowers:** Age, wisdom, a patient spouse, and a liver which has not yet failed.   Plus, I float, can grow an award winning beard / mustache in less than a year.

**Fav Con Moment:** Dc0de, clearing a hallway at the Riv, and causing bodily injury by dropping the most vicious fart ever known to man. Dawgs worldwide are jealous....

**Worst Con Moments:** Clearing rooms, that damn tent on the roof of the AP, babysitting humans who overindulge, the stench of the Riv (even before Dc0de farted).

**Fav Con Event:** Gooning!  Oh, and Parties, Bitches!

DEF CON® Hacking Conference - Goons                                                    10/17/23, 4:47 PM

**Involved since:** DC8

**Introduced by:** Noid, I guess...

**Contact:** If you need it, you have it. PM me on the forums, or ask for a card.

**PGP:** On the servers if you know me.



## xinc

*Random Red Shirt goon*

**Superpowers:** Void warranties at thirty paces, sex-toy ninja

**Favorite con event:** DC-Shoot, carousing

**Introduced by:** Himself

**Involved since:** DC12, attending since DC7

**Website:** www.strangerthanfriction.org



## X-Istence [0x58]

*Head Parties Goon, Vice-president Pyr0 fan club (i.e. Pyr0's bitch)*

**Superpowers:** Absence of brain mouth filter.

**Best con moment:** Meeting all of the superstars Lostboy had been talking about for months!

**Worst con moment:** No idea ...

**Introduced by:** Lostboy

**Involved since:** DEF CON 16

**Contact:** xistence@gmail.com

**Web Page:** http://bertjwregeer.com/



## y3tI

*Artist - Hacker - Drawer of things on people and people on things.*

**Superpowers:** Master of Ink, Wine, Lime Juice, Soy Sauce, Sharpie, and other 'Art Supplies'

**Best con moment:** Drawing on scantily clad ladies.

**Worst con moment:** Too soon to talk about that.

**Favorite Con Event:** Hosting some of the greatest minds and coolest people on earth in my booth.

**Introduced by:** Russ

**Involved since:** DEF CON 15

**Contact:**
http://eddietheyeti.deviantart.com/gallery/



## Zac Franken

**Superpowers:** Alcohol Consumption, SuperTeraUltraMegaMultiTasking, Haggling with Ira, Chainsmoking Xtreme, Equipment Scrounging, DT Locating, Schmoozing Hotel Management.

**Best con moment:** Suggesting to Winn that maybe he should become a game show host full-time.

**Worst con moment:** Escorting DT in the middle of a quad of goons out of the Monte-Carlo to avoid the cops.

**Favorite con event:** Hacker Jeopardy & TCP/IP drinking game

**Introduced by:** Himself

**Involved since:** DEF CON 2



## zantdoit

*Head Villages Goon*

**Superpowers:** Controller of LOST time and master of Tequila

**Introduced by:** LOSTBOY

**Involved since:** DEF CON 13



## zendog

*Speaker Goon*

**Superpowers:** Ability to get speakers off the stage with a single stare.

**Best con moment:** Meeting a ton of great people.

**Worst con moment:** First year Kevin spoke at DEF CON I had to get him off the stage when his time was up. If screams and looks could kill.

**Introduced by:** Code24

**Involved since:** DEF CON 13

DEF CON® Hacking Conference - Goons                                    10/17/23, 4:47 PM



## Zziks

***Entertainment Technical Goon***

**Superpowers:** Able to make technical magic happen on stage.

**Best con moment:** Hearing DEF CON was canceled.

**Worst con moment:** Hearing DEF CON was canceled.

**Introduced by:** Bink (DC8)

**Involved since:** DEF CON 8

**PGP:** Classified

# In Memoriam



## Lockheed

***Chief Operating Officer (Retired)***

**1970-2019**

**Superpowers:** Master of the 72-Hour Buzz, Networking Blindfolded

**Best con moment:** Priest's Drinking Song.

**Worst con moment:** Flipping my car - twice!

**Favorite con event:** Spot The Fed

**PGP Key:** 0xBB794089

**Introduced by:** Dark Tangent (DC3)

**Involved since:** DEF CON IV

**Web Page:** http://www.defconnetworking.org// & http://www.random-ether.net/



## Poolboy

**1992-2011**
Poolboy, aka Robert Conner Ashby, 19, of Ventura, passed away on Monday, Nov. 21, 2011.



### Dr Nick2000

1977-2006

Dr Nick aka Nick Jeremicah lost the battle against cancer in the fall of 2006.

He is survived by his parents, siblings, wife and two children.

Dr Nick2000 was 30 years old.



### Ghent aka Branden Hancock

1977-2003

Ghent aka Branden Hancock died of injuries sustained in a motorcycle accident.

He is survived by his mother and younger sister.

Ghent was 26 years old.



### Josh

1978-2005

Ted Turner Wannabe (DEF CON TV Engineer), RBOC, Network Flunkie, Deputy Schmoozer.

**Superpowers:** Taking over cable networks without breaking a sweat, Cabling/crimping for 36 hrs straight, reading minds of lame telco installers.

**Best con moment:** We now interrupt the regularly scheduled programming to bring you Cindy Salsa

**Favorite con event:** Hacker Jeopardy

**Worst con moment:** Fearing my life would end at the hands of a Lou Gosset Junior wannabe guard

> *"Died at sea after safe landing".*
> *Survived by his parents, sister and daughter.*
>
> *Ned Cohen*
> *Father of Joshua Cohen*

# Past Goons



## Artimage

*Gourmet chef. He also helps out with DEF CON, securing speakers like Bellovin and selling t-shirts like a madman.*

**Superpowers:** This list is far to long to put here. But many would say his ability to find navel lint even in the dark was the one that proved most useful.

**Best con moment:** Besting the mighty Bruce Schneir in a physical battle of strength, aka Sumo wrestling.

**Favorite con event:** Drinking.

**PGP Key:** Available on request.

**Introduced by:** Himself

**Involved since:** DEF CON 2



## Bink

*Master of Auditory and Visual Realities.*

**Superpowers:** Ability to work for 3 days straight. Ability to transform simple hotel convention rooms to alternate plains of reality

**Best con moment:** Not sleeping at all

**Worst con moment:** Not sleeping at all

**Favorite con event:** The club (never had time to see anything else... other things happen?)

**Introduced by:** Noid

**Involved since:** DEF CON 6

**Web Page:** www.23.org



## Blakdayz

*A digital ninja/pirate hybrid.*

**Superpowers:** Eats Human badges for breakfast, can resurrect fallen goons, can manifest insanely hot females on command, and can code a better Stuxnet on a napkin.

**Best Con Moment:** Every moment. Every one.

**Worst Con Moment:** Attempting to walk back to my room on sunday after a 64 mile trek around the conference during the weekend. 2 feet. Stop. Repeat.

DEF CON® Hacking Conference - Goons

10/17/23, 4:47 PM

**Favorite Con event:** ScavHunt!

**Introduced by:** Noid

**Contact:** blakdayz [a.t.] g.m.a.i.l



## Cat

**Superpowers:** Continuity

**Introduced by:** self

**Involved since:** DEF CON 8? 9?



## DcOde

*Red Shirt Goon*

**Superpowers:** Volume +8, Can spot bullshit at 1000yds

**Best con moment:** being asked, "Hey, can you watch me for a few hours? I just took like 18 hits of acid..."

**Worst con moment:** err?

**Favorite con event:** Hacker Jeopardy, standing in as a Drunken Whore

**Introduced by:** Noid

**Involved since:** DEF CON 13

**Web Page:** www.dc0de.com

**PGP Key:** @ pgp.mit.edu



## FAWCR

*Information Booth - Dis-information Lead*

**Superpowers:**
- Strong liver
- function with minimal sleep
- lightning speed jap slap
- knee capping

**Best con moment:** Hard to pick just one, but probably harassing the reporter @ DEF CON 18

**Favorite con event:** DEF CON 9 and the seeing the Haxor girls with all the cellulite hanging out.

**Introduced by:** Russ

DEF CON® Hacking Conference - Goons

10/17/23, 4:47 PM

**Involved since:** DEF CON 8

**Contact:** fawcr at defcon dot org

**Web Page:** www.securitytribe.com



## flea

*Red Shirt Goon*

**Superpowers:** I know when to say when, girlfriend

**Best con moment:** each successive moment has built upon the one before

**Worst con moment:** the time that guy in the black shirt did that thing

**Introduced by:** Pappy, kinda

**Involved since:** DC4

**Website:** http:// 23b.org/gallery/flea



## Queeg

*Village Drunk*

**Superpowers:** Able to leap a keg in a single bound

**Best con moment:** umm... I don't remember

**Worst con moment:** I don't remember

**Introduced by:** I don't remember

**Involved since:** I don't remember but DEF CON 8 sounded like a nice prime number

**PGP:** D.D.S.C.

**Website:** um.. something with 1's and 0's

**Picture:** http://23b.org/gallery/album168



## "Uncle" Ira

*DEF CON load master, tech & moral support.*

**Superpowers:** Acquisition and Sales of Cool Techno-Trinkets. ÜberMemory™ In both Technical, and Obscure-Info Modes.

**Best con moment:** What? They won't let you on the plane with Gel-Cells? Send your suitcases home UPS!

**Favorite con event:** Hacker Jeopardy, DCshoot.

**Introduced by:** Dr. Nick 2000

**Involved since:** DEF CON 5

DEF CON® Hacking Conference - Goons                                                10/17/23, 4:47 PM



**Contact:** ira@meco.org

**Web Page:** www.meco.org

## Xylorg

**Introduced by:** DT, DA

**Involved since:** DEF CON 3

**Web Page:** www.goons.org

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information