Exhibit 12

Def Con Website: Contact Section



DEF CON® Hacking Conference - Contact                                                          10/17/23, 4:50 PM

