UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>NOTICE OF ASSOCIATION OF COUNSEL DANIEL A. WOMAC FOR PLAINTIFFS<br><br>(CLERK'S ACTION REQUIRED) |

TO:        Clerk of the Court;

AND TO:    All Counsel of Record:

NOTICE IS HEREBY GIVEN that Daniel A. Womac of Tanenbaum Keale, LLP is hereby associated with Kristofer Riklis of Riklis Law PLLC (*Pro Hac Vice forthcoming*) in representing Plaintiffs CHRISTOPHER J. HADNAGY and SOCIAL-ENGINEER, LLC in the above-entitled cause and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorneys at the address below stated.

///

///

///

NOTICE OF ASSOCIATION OF COUNSEL
DANIEL A. WOMAC FOR PLAINTIFFS - 1
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1  DATED this 27th day of December, 2023.    TANENBAUM KEALE, LLP

By: s/Daniel A. Womac
Daniel A. Womac, WSBA #36394
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:    dwomac@tktrial.com
              seattle.service@tktrial.com

Attorneys for CHRISTOPHER J. HADNAGY and SOCIAL-ENGINEER, LLC

NOTICE OF ASSOCIATION OF COUNSEL
DANIEL A. WOMAC FOR PLAINTIFFS - 2
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| **David A. Perez**<br>PERKINS COIE (SEA)<br>1201 3RD AVE STE 4900<br>SEATTLE, WA 98101-3099<br>206-359-6767<br>Email: dperez@perkinscoie.com<br>***Attorneys for Defendants*** | **Matthew J Mertens (admitted pro hac vice)**<br>PERKINS COIE (OR)<br>1120 NW COUCH ST<br>10TH FL<br>PORTLAND, OR 97209-4128<br>503-727-2199<br>Fax: 503-346-2199<br>Email: mmertens@perkinscoie.com<br>***Attorneys for Defendants*** |

Signed at Seattle, Washington this 27th day of December, 2023.

By: s/Maria Tiegen
Maria Tiegen
TANENBAUM KEALE, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:  mtiegen@tktrial.com

NOTICE OF ASSOCIATION OF COUNSEL
DANIEL A. WOMAC FOR PLAINTIFFS - 3
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150