THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,

Plaintiffs,

v.

JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,

Defendants.

No. 2:23-cv-01932-BAT

**JOINT STIPULATION FOR MOTION TO DISMISS BRIEFING SCHEDULE**

Plaintiffs Christopher Hadnagy and Social-Engineer LLC (collectively, "Plaintiff") by and through their counsel of record, Riklis Law, PLLC and Defendants Jeff Moss and Def Con Communications ("Defendants") by and through their counsel of record, Perkins Coie LLP, hereby stipulate as follows:

1.      Plaintiff filed its Complaint in the Eighth Judicial District Court in and for Clark County, Nevada, Case No. A-23-875618-C on August 9, 2023.

2.      Defendants were served with the Complaint on August 10, 2023.

3.      Defendants filed their Notice of Removal to the District of Nevada, Case No. 2:23-cv-01345-CDS-BNW on August 29, 2023.

JOINT STIPULATION FOR MOTION TO DISMISS
BRIEFING SCHEDULE – 1 (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

165074122.1

4.      Defendants filed their Motion to Dismiss on October 2, 2023, and their Motion to Transfer to the Western District of Washington on October 16, 2023.

5.      On December 12, 2023, the U.S. District Court for the District of Nevada granted Defendants' Motion to Transfer and transferred the case to the Western District of Washington. The Nevada Court declined to address Defendants' pending Motion to Dismiss because the Nevada Court granted the Motion to Transfer. *See* ECF 15 at 1.

6.      On December 15, 2023, the case was assigned to the Hon. Brian A. Tsuchida in the Western District of Washington, Case No. 2:23-cv-01932-BAT.

7.      Defendants need to update their pending Motion to Dismiss to provide Washington-specific authorities for certain arguments.

8.      The parties have conferred and agreed to the following briefing schedule for Defendants' updated Motion to Dismiss:

     a.      Defendants' Motion to Dismiss deadline: January 18, 2024

     b.      Plaintiffs' Opposition deadline: February 15, 2024

     c.      Defendants' Reply deadline: February 22, 2024

9.      The stipulated extension is necessary to provide adequate time for counsel to revise the previously pending Motion to Dismiss and to file in the Western District of Washington.

10.     This is the parties' first request for an extension pursuant to the transfer.  This stipulated briefing schedule is made in good faith and not for purposes of delay.

DATED this 12th day of January 2024.


**PERKINS COIE LLP**

By: */s/ David A. Perez*
David A. Perez, WSBA No. 43959
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.6767


**RIKLIS LAW, PLLC**

By: */s/ Kristofer Riklis*
Kristofer Z. Riklis, Esq.
Nevada Bar No. 14754
871 Coronado Center Dr., Suite 200
Henderson, NV 89052


JOINT STIPULATION FOR MOTION TO DISMISS
BRIEFING SCHEDULE – 2 (No. 2:23-cv-01932-BAT)

165074122.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

Fax: 206.359.7767
DPerez@perkinscoie.com

2

Email: Kristofer@riklislaw.com

*Attorneys for Plaintiffs Christopher J.
Hadnagy and Social-Engineer, LLC*

3

Matthew J. Mertens (*Admitted Pro Hac Vice*)
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2199
Fax 503.346.2199
MMertens@perkinscoie.com

4

5

6

7

Lauren A. Trambley (*Admitted Pro Hac Vice*)
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Phone: 415.344.7000
Fax: 415.344.7050
LTrambley@perkinscoie.com

8

9

10

11

*Attorneys for Defendants Jeff Moss and DEF
CON Communications, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION FOR MOTION TO DISMISS
BRIEFING SCHEDULE – 3 (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

165074122.1

1    IT IS SO ORDERED.

2        Dated this _____, _____.

3

4                                                    _____
                                                     The Honorable Brian A. Tsuchida
5                                                    Magistrate Judge of the U.S. District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION FOR MOTION TO DISMISS
BRIEFING SCHEDULE – 4 (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

165074122.1