THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Noted For Consideration: February 23, 2024. |

PROPOSED ORDER (No. 2:23-cv-01932-BAT) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  THIS MATTER comes before the undersigned Judge of the above-entitled Court on defendants Jeff Moss and Def Con Communications, Inc.'s ("Defendants") Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). The Court, having thoroughly considered the parties' briefing, the applicable law, and the relevant portions of the record, **GRANTS** the Motion for the reasons set forth therein. Plaintiffs' claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this \_\_\_\_ day of _____, 2024.

_____
The Honorable Brian A. Tsuchida
United States Magistrate Judge

Presented by:

*s/David A. Perez*
David A. Perez, WSBA No. 43959
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: DPerez@perkinscoie.com

Matthew J. Mertens (Admitted Pro Hac Vice)
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Email: MMertens@perkinscoie.com

Lauren A. Trambley (Admitted Pro Hac Vice)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Email: LTrambley@perkinscoie.com

*Attorneys for Defendants*
*Jeff Moss and DEF CON Communications, Inc.*

PROPOSED ORDER (2:23-cv-01932-BAT) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000