THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>NOTICE OF APPEARANCE |

TO: Jeff Moss and Def Con Communications, Inc., Defendants; and

TO: David A. Perez, Matthew J. Mertens, Lauren A. Trambley, and Perkins Coie LLP, Defendants' Attorneys; and

TO: THE CLERK OF THE COURT.

**PLEASE TAKE NOTICE** that Ted Buck and Mark Conrad of Frey Buck hereby appear as counsel for Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC. All further papers and pleadings herein, excepting original process, shall be served upon the undersigned attorney addressed as follows:

NOTICE OF APPEARANCE
Page 1 of 3

FREY BUCK
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

Ted Buck, WSBA #22029
Mark Conrad, WSBA #48135
Frey Buck
1200 Fifth Ave, Suite 1900
Seattle, WA 98101
Tel: (206) 486-8000
Fax: (206) 902-9660
Email: tbuck@freybuck.com
         mconrad@freybuck.com

DATED this 5th day of February, 2024.

       FREY BUCK

       By: /s/ *Ted Buck* _____
       Ted Buck, WSBA #22029
       Frey Buck
       1200 5th Avenue, Suite 1900
       Seattle, Washington 98101
       Telephone: (206) 486-8000
       Email: tbuck@freybuck.com

       Mark Conrad, WSBA #48135
       Frey Buck
       1200 5th Avenue, Suite 1900
       Seattle, Washington 98101
       Telephone: (206) 486-8000
       Email: mconrad@freybuck.com

       *Attorneys for Plaintiffs Christopher*
       *Hadnagy and Social-Engineer, LLC*

NOTICE OF APPEARANCE
Page 2 of 3

FREY BUCK
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **NOTICE OF APPEARANCE** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com

[ ]   Via USPS
[X]   Via Electronic Mail
[X]   Via Electronic Filing (CM/ECF)

DATED this 5th day of February, 2024 at Seattle, Washington.

*Amber S Holmes*
Amber Holmes, Legal Assistant

NOTICE OF APPEARANCE
Page 3 of 3

FREY BUCK
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660