THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,

Plaintiffs,

v.

JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,

Defendants.

Case No.:  2:23-cv-01932-BAT

**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 37]**

1

1
2

**DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

3

I, Kristofer Riklis, Esq., declare as follows:

4
5
6

1.  I am an attorney duly licensed to practice law in the States of California and Nevada and am the Owner of Riklis Law, PLLC, counsel of record to Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC in the above-referenced matter.

7
8

2.  This Declaration is made in support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction only.

9
10
11

3.  True and correct printouts of screenshots of the "FAQ" Section of Defendants' Website at https://defcon.org/html/links/dc-faq/dc-faq.html (accessed October 15, 2023) are attached hereto as "Exhibit 1."

12
13
14
15
16
17

4. True and correct printouts of screenshots of the "Forums" Section of Defendants' Website at https://forum.defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 2." Clicking on the "Def Con Forums" link on Def Con's "Home" page located on Page 12 leads to Page 13, which shows all the forums for Def Con Planning. Clicking on the "Def Con 31 Planning" link leads to a page with all of the Sub-Forums dedicated to all of Def Con's activities.

18
19
20
21
22
23

5. True and correct printouts of screenshots of the "Book a Room" section of Defendants' Website at https://defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 3." Clicking on the "Book a Room!" link on the "Home" page located on Page 23 leads to Pages 24-25, which shows all the hospitality room blocks reserved for Def Con 2024. Clicking on the date range shows the "Event Dates" as seen on Page 25. Clicking on "Search" brings up the various hotel options seen on pages 26-30.

24
25
26
27

6. True and correct printouts of screenshots of the link to the "Open Calls" and Style Guide Section of Defendants' Website at https://defcon.org (accessed October 15, 2023) are attached hereto as "Exhibit 4." Clicking on the "Open Calls" link on the "Home" page located on Page 33 leads to Page 34, which shows all the different "Calls" applicable

28

1   to the Event. For example, Clicking on the "Call for Exhibitors" provides real-time

2   information as to the acceptance period of the calls and provides in-depth information on

3   how to contribute in various methods at the Event on Pages 35-38.

4         7. True and correct printouts of screenshots of the link to the "Recent News"

5   Section of Defendants' Website at https://defcon.org/html/links/dc-news.html (accessed

6   October 15, 2023) are attached hereto as "Exhibit 5."

7         8. True and correct printouts of screenshots of the link to the "Get Involved"

8   Section of Defendants' Website at https://defcon.org/html/links/get-involved.html

9   (accessed October 15, 2023) are attached hereto as "Exhibit 6."

10        9. Each page of Defendants' website at www.defcon.org bear a copyright notation

11  of either "© 1992-2023 Def Con Communications, Inc. All Rights Reserved" or "(r) DEF

12  CON Communications, Inc. and each screenshot exhibits the related URL. These are

13  included on the last page of the exhibits.

14

15  DATED: February 12, 2024

16

17                                              /s/ Kristofer Riklis

18                                          Kristofer Riklis

19

20

21

22

23

24

25

26

27

28

3

1
2

**INDEX OF EXHIBITS**

| Exhibit | Title | Page Numbers |
|---|---|---|
| 1 | Def Con Website: FAQ Section | 01-10 |
| 2 | Def Con Website: Forums Section | 11-20 |
| 3 | Def Con Website: Hotel Room Block | 21-31 |
| 4 | Def Con Website: Open Calls and Guide | 32-39 |
| 5 | Def Con Website: Def Con Cancelled | 40-42 |
| 6 | Def Con Website: Get Involved | 43-45 |

1

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **DECLARATION OF KRISTOFER RIKLIS, ESQ. IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com

[  ] Via USPS
[X] Via Electronic Mail
[X] Via Electronic Filing (CM/ECF)

Robert J. Cassity
Erica C. Medley
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
bcassity@hollandhart.com
ecmedley@hollandhart.com

[  ] Via USPS
[X] Via Electronic Mail
[X] Via Electronic Filing (CM/ECF)

DATED this 15th day of February, 2024 at Seattle, Washington.

_____
Mark R. Conrad, Attorney

1

Exhibit 1

Def Con Website: FAQ Section

  https://defcon.org/html/links/dc-faq/dc-faq.html

## How much is admission DEF CON, and do you take credit cards?

The price for DEF CON 31 is $440 USD Cash at the Door. We do this for a number of reasons. Paying in cash protects your privacy and we can't be forced to hand over records we don't collect.

 https://defcon.org/html/links/dc-faq/dc-faq.html

## How many people typically attend DEF CON?

There have been roughly 25-28k attendees in the last few (pre-COVID) years of DEF CON. DEF CON 27 had a record showing with approximately 30,000.

 https://defcon.org/html/links/dc-faq/dc-faq.html

# I need a letter of invite for my visa application, how do I get that?

In most cases, DEF CON can send a signed letter of invite, usually within a few short business days once we have all the info. If you also require verification of housing, we can put you in touch with someone to help you get your hotel stay organized, let us know if you need that.

Along with your request, please email us the following to info(at)defcon(.)org

Name as is on passport:

Passport number:

Country of issue:

Date of issue:

Date of expiration:

Country of origin:

  https://defcon.org/html/links/dc-faq/dc-faq.html

## How did DEF CON start?

Originally started in 1993, it was a meant to be a party for member of "Platinum Net", a Fido protocol based hacking network out of Canada. As the main U.S. hub I was helping the Platinum Net organizer (I forget his name) plan a closing party for all the member BBS systems and their users. He was going to shut down the network when his dad took a new job and had to move away. We talking about where we might hold it, when all of a sudden he left early and disappeared. I was just planning a party for a network that was shut down, except for my U.S. nodes. I decided what the hell, I'll invite the members of all the other networks my BBS (A Dark Tangent System) system was a part of including Cyber Crime International (CCI), Hit Net, Tired of Protection (ToP), and like 8 others I can't remember. Why not invite everyone on #hack? Good idea!

## Where did the name come from?

The short answer is a combination of places. There as a SummerCon in the summer, a HoHoCon in the winter, a PumpCon during Halloween, etc. I didn't want any association with a time of year. If you are a Phreak, or just use your phone a lot you'll notes "DEF" is #3 on the phone. If you are into military lingo DEF CON is short for "Defense Condition." Now being a fan of the movie War Games I took note that the main character, David Lightman, lived in Seattle, as I do, and chose to nuke Las Vegas with W.O.P.R. when given the chance. Well I knew I was doing a con in Vegas, so it all just sort of worked out.



## I want to sell stuff, how do I do this?

If you want a space in our vendor area, you need to apply. Because of limited space and our attempt to have a diversity of vendors, you may not be able to get a booth. It is wise to think of staffing issues - if you are one person do you want to spend your entire time behind a vendors booth?

## What are Goons?

They are the staff at DEF CON. They have many roles including safety, speaker coordination, vendor room coordination, network operations, et cetera... Please try to be helpful to them if they make requests of you. If any goon tells you to move, please do so immediately as there may be safety issues they are attempting to address.

## How can I help out or become a Goon?

The staff at DEF CON has grown organically. All positions have some degree of trust associated with them, so typically new goons are 'inducted' by friends of existing goons. There are many random points when goons need help and may ask people for help, generally for helping move stuff or other tasks that don't require high amounts of trust or unsupervised work. Just because you help out doesn't make you a goon. If you really want to be a goon, talk with one and see how much work they actually do (Hint: you may want to enjoy being at DEF CON, not working full-time at it). One year the network group got a new Goon when a networking engineer was needed, and he came to the rescue. The intent behind the goons is not to be elitist, but to have a network of trusted people who can help run the conference - please do not feel upset if you are not chosen to be a goon.

## How can I help or participate?

DEF CON is not a spectator sport! Before the con, during, and after there are chances for you to get involved. Before the con you can read about the contests and maybe sign up for one like Capture the Flag. There are artwork contests for shirts and posters. You can practice your lock pick skills, or just get your laptop all locked down and ready to do battle. Organize your .mp3s. Check out the DEF CON Forums to see what other people are up to. If you want to create your own event, you can do that as well - you will not get official space or sanctions, but virtually every official event at DEF CON started out as an unofficial event.

 https://defcon.org/html/links/dc-faq/dc-faq.html

## Is it hot in Vegas?

Yes. Bring sunscreen (high SPF), do not fall asleep near the pool (lest you wake up to sunburn), and do not walk far in the sun unless you are experienced in dealing with extreme heat. The sun is dangerous in Las Vegas. Sleeping in lawn chairs is a sure way to wake up to severe burns in the morning when that bright yellow thing scorches your skin. Drink plenty of water and liquids - remember that alcohol will dehydrate you.

 https://defcon.org/html/links/dc-faq/dc-faq.html

## How much do rooms cost, and how do I reserve a room?

The DEF CON 30 group room registration is now live! We have room rates at several hotels, until they run out of rooms in our block.

Follow this link: https://book.passkey.com/go/SHDEF3

Do not worry if the form doesn't immediately show the discounted rate. To verify that you're getting our price you can mouse over the dates you've selected or begin the checkout process.

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information

# Exhibit 2

# Def Con Website: Forums Section





Login or Sign Up

**forums**   blogs   articles   albums   dcgroups   defcon.o   |Search                |   |     |

infocon.org   reddit   store

**Today's Posts**   **Last Week**   **Unread**   **Con Calendar**   **iOS**   **Android**   **Who's Online**   **Member List**

Forum   DEF CON Conference Planning   DEF CON 31 Planning

**Guests can browse, to post please join the forums**



| Sub-Forums | Topics | Posts | Last Post |
|---|---|---|---|
| **DC31: Contests** <br> Want to compete in a contest or run one? All contests and events will be listed here. (in person) only, (hybrid) in-person & virtual, (virt) Virtual only | 203 | 268 | Maps of the digital lands <br> by thetoolman <br> August 23, 2023, 05:40 |

Sub-Forums:

| | | |
|---|---|---|
| Car Hacking Village CTF (4/4) | DEF CON 31 Beard and Mustache Contest (1/1) | Blue Team Village CTF (3/5) |
| Blacks In Cyber Village CTF (3/3) | Creative Writing Short Story Contest (7/28) | AutoDriving CTF contest (2/2) |
| ? Cube (4/7) | Octopus Game (11/16) | Phish Stories (6/6) |
| Radio Frequency Capture the Flag (4/4) | CMD+CTRL Cyber Range (6/7) | Darknet-NG (4/4) |
| DC Kubernetes Capture the Flag (CTF) (3/3) | DC Sticker Design Contest (1/2) | Pub Quiz at DEF CON (2/6) |
| DEF CON Scavenger Hunt (4/4) | DC's Next Top Threat Model (DCNTTM) (7/7) | Ham Radio Fox Hunting Contest (4/4) |
| DEFCON MUD DUMB TERMINAL EDITION (5/11) | Dungeons@Defcon (4/5) | Battle of the Bots (4/4) |
| Capture the Packet Embedded CTF (4/4) | HardWired (4/0) | CrackMeIfYouCan (4/7) |
| Hacker Jeopardy (3/6) | Hac-Man (2/2) | Hack-A-Sat 4 (HAS4) (4/4) |
| | HackFortress (4/4) | Hardware Hacking Village CTF (3/3) |
| IoT Village CTF (4/4) | It's In That Place Where I Put That Thing That Time (2/2) | Maps of the digital lands (4/5) |
| OpenSOC Blue Team CTF CANCELED (1/1) | pTFS Presents: Mayhem Industries – Starphish (4/4) | Red Alert ICS CTF (4/4) |
| Red Team CTF (4/7) | Social Engineering Community (SEC) Vishing Competition (2/2) | Social Engineering Community (SEC) Youth Challenge (4/4) |
| TeleChallenge (6/8) | The Beverage Cooling Contraption Contest (2/6) | The Dark Tangent Look-Alike Contest (4/4) |
| The Gold Bug Challenge (4/4) | The Lonely Hard Drive (4/4) | Tinfoil Hat Contest (3/3) |

🎯 TOOOL Dozier Drill          (2/3)          🟩 venator aurum - A          (4/6)          🟫 Whose Slide Is It Anyway? (2/2)
   Lockpicking Challenge                            Treasure Hunt
🔑 Hack3r Runw@y (2/2)          🟦 IntelOps - Operation          (2/2)          🔵 5n4ck3y (4/4)
                                    Spacewatch
🐾 Adversary Wars CTF (4/4)          ☁ Cloud Village CTF (2/2)          ♟ DEF CON Chess Tournament (2/4)
🔵 Trace Labs OSINT Search Party CTF (3/10)

---

### DC31: Demo Labs                    42      66       Slides
Meet directly with the creator(s) of software                              by tomgag
tools or projects showing off their creations,                          August 17, 2023, 16:19
check out their tech and ask questions

**Sub-Forums:**

OWASP crAPI:          (1/1)          Vacuum Robot Hacking  (1/2)          FlowMate - Florian Haag,          (1/1)
Completely Ridiculous                      - Dennis Giese                              Nicolas Schickert
API - Jayesh Ahire and
Roshan Piyush
  Dracon - Spyros          (1/1)          Shufflecake, AKA          (4/4)          CNAPPGoat - Noam Dahan,          (1/2)
  Gasteratos                              Truecrypt on Steroids                      Igal Gofman
                                          for Linux - Tommaso
                                          Gagliardoni & Elia
                                          Anzuoni
Ek47 – Payload          (1/1)          Build Inspector - A          (1/1)          Strix Interceptor - Lexie Thach  (1/2)
Encryption with                        modern Javert on the
Environmental Keys -                   trail of CI/CD Anomalies
Kevin Clark, Skyler                    and Intruders - Jeremy
Knecht                                 Banker
T3SF (Technical          (1/1)          The Metasploit          (1/2)          Katalina - Gabi Cirlig (2/2)
TableTop Exercises                      Framework - Spencer
Simulation Framework) -                 McIntyre
Federico Pacheco,
Joaquin Lanfranconi
  SucoshScanny -          (1/1)          Vulnerable by Design:  (1/2)          Glyph - Corey Hartman (1/2)
  Mustafa Bilgici, Tibet                 Unguard, The Insecure
  Öğünç                                  Cloud-Native Twitter
                                         Clone - Simon Ammer,
                                         Christoph Wedenig
EvilnoVNC: Next-Gen          (1/1)          Attack Surface          (1/1)          OpenSSF Scorecard - Naveen          (1/1)
Spear Phishing Attacks                      Framework - Prajwal                      Srinivasan & Neil Naveen
- Joel Gámez Molina                         Panchmahalkar & Mike
                                            Henkelman
  Saturday - Joshua          (1/6)          Lambda Looter - Doug  (2/2)          The Wifydra: Multiheaded RF          (1/1)
  Herman                                    Kent & Rob Ditmer                       Panopticon - Lozaning
USBvalve - Expose          (1/3)          Veilid - TC Johnson &  (1/3)          Lupo: Malware IOC Extractor -  (1/2)
USB activity on the fly -                 Deth Veggie                              Vishal Thakur
Cesare Pizzi
Red Wizard: user-          (1/1)          Kraken, a modular multi-  (1/3)          Abusing Microsoft SQL Server          (1/1)
friendly Red Teaming                     language webshell for                     with SQLRecon - Sanjiv Kawa
infrastructure - Ben                     defense evasion - Raul
Brücker                                  Caro
BBOT (Bighuge BLS          (1/2)          Am I Exploitable? (MI-  (1/1)          Pcapinator: Rise of the PCAP          (1/1)
OSINT Tool) -                            X) - Ofri Ouzan & Yotam                   Machines - Mike Spicer &
TheTechromancer (Joel                    Perkal                                    Henry Hill
Moore) & Paul Mueller
  BLE CTF - Ryan          (1/1)          RuleProcessorY &          (1/3)          ThreatScraper: Automated          (1/2)
  Holeman & Alek Amrani                  Gramify - Rule                            Threat Intelligence Gathering
                                         Optimization &                            and Analysis for VirusTotal -
                                         Password Analysis tools                   Aaron Morath & Dr. Scott
                                         - Niels Loozekoot                         Graham

| | | |
|---|---|---|
| ProjectDiscovery Nuclei (2/4)<br>- Brendan O'Leary & Pj<br>Metz | HardHat Command & (1/1)<br>Control Framework -<br>Jonathan Owens | ICS Forensics tool - Maayan (1/1)<br>Shaul & Ori Perez |

---

### DC31: Paid Training
DEF CON Training: Unlike 4 hour workshops which happen during DEF CON, DEF CON Training are 2 days of training after con.
defcontrainings.myshopify.com

38   39   Anthony Rose, Kevin Cl
by Coin
June 22, 2023, 16:57

**Sub-Forums:**

DC31: Paid training that were canceled (archive) (20/20)

---

### DC31: Parties & Gatherings & Events
Looking to meet other people in a social gathering? Want to plan a get-together or party?

97   180   S.O.D.A Machine (Shell
by internetking
August 12, 2023, 18:19

**Sub-Forums:**

| | | |
|---|---|---|
| Betting on Your Digital (3/6)<br>Rights: 2nd Annual EFF<br>Benefit Poker<br>Tournament at DC31 | Panel: Ask the EFF (1/1) | Hacking Policy & Prompts - (1/1)<br>Happy Hour |
| Arts and Entertainment (4/6)<br>general discussion | Lonely Hackers Club (8/8) | Blue Team Village Pool Party (1/5) |
| Books, Books, Books (1/1)<br>will Prevail | Wisp Community Meet (1/1)<br>Up at BTV Pool Party | Village People Party (1/2) |
| WISP Peer-to-Peer (1/1)<br>Mentoring and<br>Networking | WISP Chill Out Space (2/2)<br>with Refreshments | S.O.D.A Machine (Shell On (5/25)<br>Demand Appliance) |
| THE UNOFFICIAL (6/21)<br>DEF CON SHOOT | Defcon.run (5/5) | CycleOverride DEF CON Bike (2/9)<br>Ride |
| The Book Exchange (1/1) | Toxic BBQ (4/6) | Arcade Party (1/4) |
| VETCON (1/1) | Queercon Party (1/1) | GOTHCON 2023 (1/1) |
| Friends of Bill (6/6) | Queercon Mixers (4/4) | EFF Tech Trivia (2/4) |
| Hacker Karaoke (3/6) | Ham Radio Exams (7/7) | CULT OF THE DEAD COW (2/11)<br>BREAKS THE INTERNET<br>(and you can too!) |
| BIC 301-303 – Blacks (1/1)<br>in Cyber Lituation Party | BlanketFort Con (1/1) | Hacker Flairgrounds (1/1) |
| CANCELED ~~'D' in~~ (3/3)<br>~~Hacker Stands for~~<br>~~Diversity~~ | DC 404/DC 678/ DC (1/1)<br>770/ DC 470 (Atlanta<br>Metro) | DEF CON Holland Group (1/1)<br>Presents: VrijMiBo |
| WISP DEF CON (1/1)<br>Scholars Meetup | University of Advancing (1/1)<br>Technology | Capitol Tech University (1/4) |
| Hack The Box (2/2) | DC Kids Meetup (2/9) | |

---

### DC31: Speakers & Presentations
Want to discuss and discover DEF CON 31 speakers and their presentations?

121   141      "Calling it a 0-Day - Hac
by TNR
August 12, 2023, 11:40

---

### DC31: Villages
Villages are the place to explore a topic in depth organized by communities of hackers.

146   164      Radio Frequency Village
by lost screw
August 12, 2023, 13:45

**Sub-Forums:**

A.I. Village (4/4)

DEFCON GROUPS VR (DCGVR) (5/5)

Biohacking Village (4/4)

Blacks In Cyber Village (3/3)

Data Duplication Village (5/5)

Hardware Hacking Village & Soldering Skills Village (4/4)

IoT Village (4/4)

Physical Security Village (4/4)

Policy@DEFCON (4/4)

Tamper Evident Village (4/4)

Recon Village (4/4)

Voting Village (4/4)

Misinformation Village (4/4)

Blue Team Village (4/6)

Crypto & Privacy Village (4/7)

Carhacking Village (4/2)

Embedded Systems Village (4/4)

ICS Village (4/4)

Packet Hacking Village (7/7)

Password Village (5/5)

Radio Frequency Village (4/5)

~~SkyTalks~~ CANCELED by organizer (1/1)

Red Team Village (4/11)

XRVillage (4/4)

Aerospace Village (5/5)

Appsec Village (4/4)

Cloud Village (4/4)

Ham Radio Village (4/4)

Lockpick Village (4/8)

Payment Village (4/4)

Quantum Village (4/4)

Telecom Village (6/6)

CANCELED: Rogues Village (4/4)

Social Engineering Community Village (8/9)

---

### DC31: Workshops
Workshops are 4 hour long mini-classes that require pre-registration - some classes have requirements for certain skills or equipment

33    166     Guillaume Ross, Austin
by gepeto
August 12, 2023, 17:56

---

### Workshop: Other threads, or canceled workshops
In order to have some transparency on workshops that may have been offered, but were canceled, I'll try to put canceled workshops here with "strikeout" and change to title to indicate cancellation. Also, any threads not -on-topic to specific workshops, but about workshops may be placed here.

1    9     Any word on workshops
by number6
June 30, 2023, 13:28

---

### DC31: Rides and Roomsharing
Want to share a ride or room during a pandemic?

7    9     Room Space Available
by Mr Frosty
August 9, 2023, 05:51

**Mark Channels Read**

---

| TOPICS | LATEST ACTIVITY | MY SUBSCRIPTIONS | PHOTOS |
|---|---|---|---|

Page [1] of 3    Filter

| Topics | Statistics | Last Post |
|---|---|---|
| Sticky:    **Helping you plan your DC31:** | 3 | by worldwise001 |

 **scheds in HTML, PDF, Google Calendar, ical, etc: view online or download**
Started by qumqats, July 25, 2023, 03:53

responses
481 views
0 likes

 August 8, 2023, 00:22

---

 Sticky: **DC31: Unofficial comments on lines to redeem pre-reg codes, or buy badges....**
Started by number6, July 13, 2023, 07:39

2 responses
515 views
0 likes

 by dmr
July 31, 2023, 16:43

---

 Sticky: **Extremely IMPORTANT notes regarding human registration:**
Started by Undertaker, July 28, 2023, 17:01

0 responses
379 views
1 like

 by Undertaker
July 28, 2023, 17:01

---

 **DC31 - Thanks**
Started by trill1990, August 25, 2023, 07:02

1 response
72 views
0 likes

 by drinkwater
August 25, 2023, 22:49

---

 **Thank you DEFCON 31**
Started by himple, August 14, 2023, 07:04

0 responses
85 views
0 likes

 by himple
August 14, 2023, 07:04

---

 **Issue with wifi reg on Android**
Started by chazchaz101, August 9, 2023, 12:43

5 responses
123 views
0 likes

 by popcorn
August 10, 2023, 11:57

---

 **Wifi Reg**
Started by Station, August 8, 2023, 06:32

2 responses
180 views
0 likes

 by Tangential
August 8, 2023, 10:36

---

 **DEF CON 31 badge lanyard style / attachment point**
Started by BrownieInMotion, July 25, 2023, 23:54

0 responses
211 views
0 likes

 by BrownieInMotion
July 25, 2023, 23:54

---

 **DC31 - Badge sharing/transfer**
Started by tghosth, July 25, 2023, 00:16

4 responses
212 views
0 likes

 by tghosth
July 25, 2023, 11:05

---

 **Newbie**
Started by Zzzzzz6er, July 11, 2023, 17:25

2 responses
200 views
0 likes

 by Zzzzzz6er
July 22, 2023, 06:37

---

 **Vendors area missing in forums**
Started by Michels, July 15, 2023, 04:04

0 responses
132 views
0 likes

 by Michels
July 15, 2023, 04:04

---



### DEF CON 31 Badge SAO Angle
Started by lilibyte, June 2, 2023, 10:16

2 responses
683 views
0 likes



by dmr
June 28, 2023, 11:24



### Problems with pre-registration
Started by v4jr4w4rr10r, June 11, 2023, 08:59

0 responses
154 views
0 likes



by v4jr4w4rr10r
June 11, 2023, 08:59

| 1 | 2 | 3 | Next |

Mark This Channel Read

Dark-Blue          English (US)

(r) DEF CON Communications, Inc. All times are GMT-8. This

HELP  |  CONTACT FORUM ACCOUNT SUPPORT  |  DMCA  |  DEF CON POLICIES  |  GO TO TOP

page was generated at 1 minute ago.

(r) DEF CON Communications, Inc.
All times are GMT-8. This page was generated at 1 minute ago.

# Exhibit 3


# Def Con Website: Hotel Room Block





 https://book.passkey.com/gt/219444119?gtid=966ea4b34d29e7eab1d08a0083626079




Start Over      Manage Existing Reservation      Contact Information

# DEF CON 32

August 3, 2024 - August 13, 2024

Caesars Forum
3911 Koval Lane
Las Vegas, NV 89109, US

| Check-in | Checkout | Rooms | Guests per room | |
|---|---|---|---|---|
| | | 1 | 1 | Search |

View all hotels

## Welcome!

We are now accepting hotel reservations for our upcoming event. Through this website you can book, modify or cancel your hotel reservations. We look forward to seeing you!

Please note that upon booking your reservation, your credit card will be charged a deposit equal to the first night's room and tax. To avoid forfeiture of deposit, please ensure all changes and cancellations are made at least 72 hours prior to scheduled arrival date.

Should you have any questions regarding hotel reservation policies, please contact the hotel directly. We are pleased that you will be joining us and look forward to seeing you in Las Vegas.

Read Less ⌄

Please note that upon booking your reservation, your credit card will be charged a deposit equal to the first night's room and tax. To avoid forfeiture of deposit, please ensure all changes and cancellations are made at least 72 hours prior to scheduled arrival date. You may be charged a nightly resort fee which will be added into your total on the final summary page.  Please be sure to read the hotel policies for more information specific to your event.

Read More ⌄



Harrah's Las Vegas: Restaurants

Show details

Flamingo Las Vegas: Restaurants

Show details

The LINQ Resort and Casino: Restaurants

Show details

Flamingo Las Vegas: Pools



Start Over     Manage Existing Reservation     Contact Information

# DEF CON 32

**August 3, 2024 - August 13, 2024**

Caesars Forum
3911 Koval Lane
Las Vegas, NV 89109, US

| Check-in | Checkout | Rooms | Guests per room | |
|---|---|---|---|---|
| | | 1 | 1 | Search |



### July

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### August

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Event Dates     Selected Dates

**Harrah's Las Vegas: Restaurants**

Show details

**Flamingo Las Vegas: Restaurants**

Show details

**The LINQ Resort and Casino: Restaurants**

Show details

**Flamingo Las Vegas: Pools**

Please note that upon booking your reservation, your credit card will be charged a deposit equal to the first night's room and tax. To avoid forfeiture of deposit, please ensure all changes and cancellations are made at least 72 hours prior to scheduled arrival date. You may be charged a nightly resort fee which will be added into your total on the final summary page. Please be sure to read the hotel policies for more information specific to your event.

Read More

Page 25

 CAESARS FORUM

Start Ove

## DEF CON 32

August 3, 2024 - August 13, 2024

Sort by

Name (A/Z)

☐ Show available only

View map

Show more filters

## We found 6 hotels matching your search



### Caesars Palace 📍
3570 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

As famous as Las Vegas itself, Caesars Palace is the best-known casino resort in the world—and with good reason. What began as a grand casino honoring the indulgent luxuries of ancient Rome has somehow evolved into something even more spectacular. From the moment you walk through the doors of Caesars Palace, you'll understand why this iconic Las Vegas hotel sets the standard for opulent details, impeccable service and lavish Las Vegas accommodations.

**USD 185.20 – 290.20**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Gift shop |

Show more

| Aug | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 |

>

Reservation Summa

Check-in

Sat, Aug 3, 2024

Checkout

Tue, Aug 13, 2024

Rooms

1

Guests per room

1

 Harra
Resta
Show details

 Flam
Resta
Show details

 The L
Casin
Show details

 Flam
Show details



## Flamingo Las Vegas

3555 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

For 70 years, Flamingo Las Vegas has set the trend for Las Vegas style. This is where the Strip began, and though much has changed since then, the Flamingo's vibrancy and allure remain the same. The Flamingo is classic Vegas with a contemporary sophistication that's as welcoming as it is hip. Stay center strip at the forever fabulous Flamingo Las Vegas Hotel and Casino.

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Gift shop |
| Golf nearby | Hair dryer |

Show more

**USD 134.00**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

| Aug | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 |

›

## Harrah's Las Vegas

3475 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

Come out and play and stay at Harrah's Las Vegas at the center of the famous Las Vegas Strip. It's not just a Las Vegas Strip hotel, it's right at the heart of the most fabulous city on earth!

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Car rental | Gift shop |
| Golf nearby | Hair dryer |
| In-room movies | Iron/ironing boards |

Show more

**USD 156.20 – 186.20**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

| Aug | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 |

›



The L...
Casin...

Show details



Harra...

Show details



The L...
Casin...

Show details



Flam...

Show details





## Paris Las Vegas 
3655 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

With its 530-foot-tall replica of the Eiffel Tower, its Arc de Triomphe, the sophisticated shopping along Le Boulevard, Paris Las Vegas is more than a magnificent homage to the City of Light; it's one of the most sophisticated destinations you could possibly choose. Give in to your every desire at Paris Las Vegas, whether you crave decadent dining, world class entertainment or thrilling nightlife.

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Gift shop |
| Golf nearby | Hair dryer |

Show more

**USD 139.80**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

Aug

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |
|---|---|---|---|---|---|---|---|---|---|

---

## Planet Hollywood Resort & Casino
3667 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

There's something about Planet Hollywood that makes a person feel famous. Everything from the stylish accommodations to the level of personal service is decidedly A-List. With an abundance of distinctive Hollywood-inspired venues, Planet Hollywood can transform any meeting into a hip, red carpet affair. At Planet Hollywood, the celebrity lifestyle is yours for the living and fame lies around every corner.

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Business center |
| Internet access | Cable TV |
| Concierge | Convention center |
| Gift shop | Golf nearby |

Show more

**USD 124.00 – 164.00**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

Aug

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |
|---|---|---|---|---|---|---|---|---|---|



### The LINQ Hotel + Experience

3535 Las Vegas Boulevard South, Las Vegas, NV 89109, UNITED STATES

Energetic and eclectic, The LINQ Hotel + Experience is designed to fuel connections. Rooms include cutting-edge technology, modern furnishings with access to the Casino, the LINQ outdoor dining and shopping district and The High Roller observation wheel. The LINQ Hotel + Experience is redefining the iconic Las Vegas skyline.

**USD 131.90**
Average nightly rate
+Taxes & Fees ⓘ

Select

View policies

### Key Amenities

| | |
|---|---|
| Room service | Restaurant |
| Fitness center/health club | Internet access |
| Cable TV | Concierge |
| Gift shop | Golf nearby |
| In-room movies | Iron/ironing boards |
| Meeting rooms | Public transportation nearby |

Show more

Aug

| Sat 3 | Sun 4 | Mon 5 | Tue 6 | Wed 7 | Thu 8 | Fri 9 | Sat 10 | Sun 11 | › |
|---|---|---|---|---|---|---|---|---|---|

All data protected by Passkey International, Inc. No unauthorized use or disclosure is permitted.
Copyright © 1997-2023 Passkey International, Inc. All Rights Reserved.  Privacy Policy.

UL

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information

Exhibit 4

Def Con Website: Open Calls and Guide







# DEF CON 31 Call for Exhibitors

## Theme & Style Guide

## COVID-19 Policy

## Call Index

# Call for Exhibitors is Now Closed

**We're trying something new for DEF CON 31 and adding a dedicated space for exhibitors.** Some companies and organizations don't have a physical thing to sell and don't fit in our Vendor room but still have something to offer our attendees.

Being an exhibitor means you want to connect with, and give back to, our community. We want to see exhibitors at DEF CON that DEF CON attendees

want to see. Looking to get feedback from existing customers, recruit new talent or demo a new product relevant to our community? This is your opportunity.

If this sounds like something you or your company are interested in, please email exhibitors[at]defcon.org with any questions you may have.

# F.A.Q.

**What are Exhibitors?**

Exhibitors are businesses within the Information Security space who wish to engage with the DEF CON community. In previous years, our Exhibitors would have been located within the Vendor space, but we feel it would benefit our vendors, exhibitors, and attendees to provide Exhibitors their own space to attract the right audience.

**How are Exhibitors different than Vendors?**

Vendors mostly come from the community and sell wares. Attendees walk into the Vendor space, they give cash to a vendor and walk away with something shiny. Exhibitors are businesses from all parts of the information security space who are more interested in attracting talent for their teams, connecting with existing customer bases, or making their offerings known to the community.

**What does the DEF CON community get from Exhibitors?**

DEF CON gets fantastic community-focused businesses who bring opportunities to our attendees. The more important question is what else does the community get from Exhibitors?

- A portion of the proceeds from each exhibitor booth will be donated to a pre-approved, non-profit organizations, of the exhibitors choice. Each exhibitor will

display where their donations are going.

- With top tier Exhibitor packages, a portion of the proceeds will go towards sponsoring a DEF CON party in the name of the exhibitor. Think in years past when there was an annual DEF CON / IOActive Party.

## What do Exhibitors get from DEF CON?

Exhibitors will be able to engage with our attendees in a more traditional format of tables and booths. Exhibitors will also have premium opportunities for community engagement through parties and other events that require evening event space.

In addition to a ready-to-go setup, they'll receive personalized guidance and advice from the DEF CON exhibitors team on how to best engage with the DEF CON community. DEF CON is a unique community that is not always simple to engage with, we are the hacking community at its most grass roots. We strive to represent the individual hacker, researcher, and academic in their most pure, unadulterated form. Our Exhibitor staff is comprised of veteran DEF CON attendees and long-time members of the community who can provide your company with practical advice for engagement with the community, and help your team understand what to expect from our community.

## What don't Exhibitors get from DEF CON?

DEF CON does not share any attendee contact information with Vendors or give them access to any private or confidential information. Attendees decide what to reveal about themselves when talking with an exhibitor.

Top of Page

10/15/23, 8:35 PM

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information

Exhibit 5

Def Con Website: Def Con Cancelled

 

https://defcon.org/html/links/dc-news.html



DEF CON 28 has entered Safe Mode.

The 'DEF CON is canceled' meme has crossed over into real life, courtesy of COVID-19. In early March we had hopes that things would be stable by August. That is no longer realistic. Currently there's no way to gather everyone together and keep them safe, so The Dark Tangent has decided to cancel the in-person event.

We will try an experiment this year - an online DEF CON. Please read The Dark Tangent's more detailed thoughts on the situation and then head over to the Forums to get involved. There is a DEF CON Safe Mode FAQ that should help to answer common questions.

We wish there was better news, but we hackers are a resilient bunch. Stay healthy, stay safe, and stay in touch so we can all be together virtually this August 6-9 and again for DEF CON 29 in person.

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information

# Exhibit 6

# Def Con Website: Get Involved



https://defcon.org/html/links/get-involved.html

Home          Recent News          Archives »          About »          Con

There is an old adage in the DEF CON Community, "DEF CON is what you make it", that holds very true to this day. If you yearn to stand out in the DEF CON crowd, or just want to help contribute to this crazy gathering we have every year, there are a number of ways you can get more involved with the con. Most calls for content open early in the year (Jan-Mar), so keep your eyes peeled!

## Start a Contest

Contests are a huge part of the DEF CON experience, and you may be surprised to know that most, if not all of them, started with a crazy idea someone proposed on the forums and brought to life. Submit a contest application through the Call for Contests and Events!

## Submit a Talk

Do you have an exciting piece of research the hacking community needs to know about? Consider submitting to the DEF CON Call for Papers (opening soon). If you need some pointers on the best way to submit, direct from the person who accepts them, have a gander at Nikita's post on the Speaker's Corner page, "How do I make my CFP stand out?". Check out the rest of the speaker's corner page too, it has some great advice from folks who have been through it! Check out the currrent year's CFP (usually opens in early February)!

## Answer the Call for Music

Are you musically gifted? We have a Call for Music every year, and if accepted, you might get to play one of our many events and parties.

## Throw a Party!

At DEF CON 21, the DEF CON Pub Crawl was born. Basically, we hand out a bunch of rooms in a central location of the conference area to groups who want throw a party. You'll need to send us an application, similar to a CFP, that tells us why we should pick your party. We'd recommend you go with a theme, or something cool that stands out. DEF CON will set up a few cash bars lining the hallways in pub row, so party goers can get their refreshments, it's up to you to provide the atmosphere. We'll post a Call for Parties, so apply and show us what you've got!

## Offer a Hand

There is plenty of work to be done behind the scenes at DEF CON, and many Goons were borne of a desire to pitch in. Ask around to find the right people and offer your help.

© 1992-2023 DEF CON Communications, Inc. All Rights Reserved | DEF CON Policies | DMCA Information