UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**NOTICE OF ASSUMPTION OF PRO HAC VICE DUTIES** |

TO:        CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the undersigned counsel (a "Second Local Counsel") for Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC ("Plaintiffs"), hereby assumes the responsibilities provided in Rule 8(b) of the Washington Admission to Practice Rules ("APR") pertaining to Plaintiffs' pro hac vice counsel in this action.

Pursuant to the Court's Order Granting Plaintiffs' Motions for Limited Admission Pursuant to APR 8(b) Pro Hac Vice entered on December 29, 2023, Daniel A. Womac of Tanenbaum Keale LLP ("First Local Counsel") currently sponsors the pro hac vice admission for Kristofer Riklis.

Effective immediately, Second Local Counsel assumes Mr. Womac's local counsel

NOTICE OF ASSUMPTION OF PRO HAC VICE DUTIES - 1
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1   responsibilities under APR 8(b) as to the PHV Counsel. This Notice includes Second Local
2   Counsel's certification as contemplated by APR 8(b)(ii). PHV Counsel's APR 8(b)(2) certification
3   provided in his respective Motion for Limited Admission Pursuant to APR 8(b) Pro Hac Vice
4   dated December 27, 2023, remains in effect.

5   DATED this 5th day of March, 2024

FREY BUCK

By: /s/ *Ted Buck*
Ted Buck, WSBA # 22029
FREY BUCK
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
(206) 486-8000
Email: tbuck@freybuck.com

Substituting Attorneys for Plaintiffs
CHRISTOPHER J. HADNAGY and SOCIAL-ENGINEER, LLC

NOTICE OF ASSUMPTION OF PRO HAC
VICE DUTIES - 2
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

**Certification of WSBA Member/Local Counsel**

I hereby certify under penalty of perjury under the laws of the State of Washington that:

1. I am an active member in good standing of the Washington State Bar Association.

2. I will be the lawyer of record in this proceeding for Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC ("Plaintiffs"), responsible for the conduct of Plaintiffs' PHV Counsel (Kristofer Riklis), and present at proceedings in this matter unless excused by the Court.

3. The required fees and assessments for each PHV Counsel's pro hac vice application was satisfied during PHV Counsels' original application.

4. I have complied with all the requirements of APR 8(b).

5. I have read the foregoing Notice of Assumption of Pro Hac Vice Duties and the statements contained in it are full, true, and correct.

Signed this 5th day of March, 2024, at Seattle, Washington.

/s/ *Ted Buck*
Ted Buck, WSBA # 22029
Attorneys for Plaintiffs

NOTICE OF ASSUMPTION OF PRO HAC VICE DUTIES - 3
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150