UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>   Plaintiffs,<br><br>   v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>   Defendants. | No. 2:23-cv-01932-BAT<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**[CLERK'S ACTION REQUIRED]** |

TO:        CLERK OF THE COURT

AND TO:    ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, pursuant to Civil Rule 71(d), effective immediately Daniel A. Womac of Tanenbaum Keale LLP hereby withdraws as counsel of record for Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC ("Plaintiffs"), and consents to the substitution of Ted Buck of Frey Buck P.S. ("Substituting Counsel") as local counsel in this matter. Substituting Counsel assumes the responsibilities provided in Rule 8(b) of the Washington Admission to Practice Rules pertaining to Plaintiffs' *pro hac vice* counsel in this action. *See* Notice of Assumption of Pro Hac Vice Duties dated March 5, 2024 [Dkt. 42].

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
Case No. 2:23-cv-01932-BAT

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1  DATED this 5th day of March, 2024.        FREY BUCK

2

3                                             By: /s/ *Ted Buck*
                                              Ted Buck, WSBA # 22029
4                                             FREY BUCK
                                              1200 Fifth Avenue, Suite 1900
5                                             Seattle, WA 98101
                                              (206) 486-8000
6                                             Email: tbuck@freybuck.com

7
                                              By: /s/ *Mark Conrad*
8                                             Mark Conrad, WSBA #48135
                                              FREY BUCK
9                                             1200 Fifth Avenue, Suite 1900
                                              Seattle, WA 98101
10                                            (206) 486-8000
                                              Email: mconrad@freybuck.com
11

12                                            Substituting Attorneys for Plaintiffs
                                              CHRISTOPHER J. HADNAGY and SOCIAL-
13                                            ENGINEER, LLC

14

15 DATED this 5th day of March, 2024.         TANENBAUM KEALE, LLP

16

17
                                              By: s/Daniel A. Womac
18                                            Daniel A. Womac, WSBA #36394
                                              One Convention Place
19                                            701 Pike Street, Suite 1575
                                              Seattle WA 98101
20                                            (206) 889-5150
                                              Email:   dwomac@tktrial.com
21                                                     seattle.service@tktrial.com

22
                                              Withdrawing Attorneys for Plaintiffs Christopher J.
23                                            Hadnagy and Social-Engineer, LLC

24

25

26

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2
Case No. 2:23-cv-01932-BAT