UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER J HADNAGY, SOCIAL ENGINEER LLC,

        Plaintiff,

  v.

JEFF MOSS, DEF CON COMMUNICATIONS INC,

        Defendants.

CASE NO. 2:23-cv-01932-BAT

**ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE**

The Court has reviewed the parties' Joint Status Report (Dkt. 41) and schedules this case for a 5 day Jury trial and orders the following pretrial schedule:

| Event | Date |
| --- | --- |
| Deadline for joining additional parties | **May 30, 2024** |
| Deadline for amending pleadings | **June 28, 2024** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **September 13, 2024** |
| All motions related to discovery must be noted for consideration no later than | **November 15, 2024** |
| Discovery to be completed by | **December 13, 2024** |
| All dispositive motions must be filed pursuant to CR 7(d) | **January 10, 2025** |
| All *Daubert* motions must be filed by (same as dispositive) | **January 10, 2025** |
| Mediation per CR 39.1(c)(3) held no later than | **January 24, 2025** |

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 1

| | |
|---|---|
| Plaintiff's CR 16 Pretrial Statement due | **February 3, 2025** |
| Defendant's CR 16 Pretrial Statement due | **February 17, 2025** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **February 17, 2025** |
| Agreed CR 16.1 Pretrial Order due | **March 21, 2025** |
| Pretrial conference scheduled in Courtroom 12A | **TBD** |
| Jury Trial<br>          Estimated trial length: 5 day | **April 28, 2025** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial dates assigned creates an irreconcilable conflict, counsel must notify Deputy Clerk Andy Quach in writing within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but the trial may have to await the completion of other cases.

### Discovery and Cooperation

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by CR 16.1, except as ordered below.

### Pretrial Statements, Orders and Exhibits

The parties shall submit their respective pretrial statement and the agreed pretrial order in conformity with CR 16 and CR 16.1. The original and one copy of the trial exhibits are to be delivered to Judge Tsuchida's chambers on the date the pretrial order is due. Each exhibit shall be

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 2

clearly marked. The Court hereby alters the CR 16.1 procedure for numbering exhibits: plaintiff's exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next number not used by plaintiff. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

**Settlement and Mediation**

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. If this case settles, plaintiff's counsel shall notify Andy Quach at (206) 370-8421 or via e-mail at: andy_quach@wawd.uscourts.gov, as soon as possible. Pursuant to CR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this Order to all parties of record.

DATED this 29th day of March, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge