THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER J. HADNAGY, an individual;
and SOCIAL-ENGINEER, LLC, a
Pennsylvania limited liability company,

          Plaintiffs,

v.

JEFF MOSS, an individual; DEF CON
COMMUNICATIONS, INC., a Washington
corporation; and DOES 1-10; and ROE
ENTITIES 1-10, inclusive,

          Defendants.

No. 2:23-cv-01932-BAT

SUPPLEMENTAL DECLARATION OF
MARK CONRAD IN SUPPORT OF REPLY
TO PLAINTIFFS' MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT

I, Mark Conrad, declare under penalty of perjury under the laws of Washington State as follows:

1.      I am one of the attorneys representing Plaintiffs Christopher Hadnagy and Social-Engineer, LLC.

2.      I am over the age of 18, and competent to testify to the matters set forth herein; and make this declaration of my own personal knowledge.

3.      Attached hereto as **Exhibit A** is a true and correct copy of my email communications with opposing counsel attempting to reach a stipulation to amend the complaint.

4.      I interpreted this Court's Order dated March 28, 2024, as dismissing claims related to Defendant Jeff Moss spreading "Injurious Falsehood" to Black Hat. I included those allegations

SUPPLEMENTAL DECLARATION OF MARK
CONRAD IN SUPPORT OF REPLY TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT - Page 1

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

in our amended complaint as factual background, understanding the Court's ruling on those claims.

5.      I did not interpret this Court's Order dated March 28, 2024, as dismissing Jeff Moss as a defendant concerning his actions of publicizing the 2/9/22 Transparency Report and the 1/13/23 Update. See attached as Exhibit B a true and correct copy of Jeff Moss posting the Updated Transparency Report from January 13, 2023, on his personal Twitter account. Also included are postings from Jeff Moss's personal Reddit account, "DTangent" (a.k.a. Dark Tangent), providing further updates on the case. The Court did not specifically dismiss all claims against Jeff Moss and stated, "In conclusion, the Court concludes Plaintiffs have sufficiently stated claims of defamation based on Defendants' publications of the 2/9/22 Transparency Report and the 1/13/23 Update on Def Con's website."

6.      I also did not interpret this Court's Order as changing the deadline for amending the complaint as set forth by the Order Setting Trial Date and Pretrial Schedule. Dkt. 45. Instead, I interpreted the Court's Order as offering the plaintiff an opportunity to amend the complaint for claims related to "Injurious Falsehoods by Defendant Moss to provide further facts regarding "to whom, when, and where these statements were made." Similarly, the Court also provided Plaintiff an opportunity to amend to provide more specific information as to Tortious Interference with Contractual Relations and Prospective Business Relations Claims.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 22nd day of July 2024 in Seattle, Washington.

FREY BUCK,

By: _____
Mark Conrad, WSBA #48135

SUPPLEMENTAL DECLARATION OF MARK
CONRAD IN SUPPORT OF REPLY TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT - Page 2

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **SUPPLEMENTAL DECLARATION OF MARK CONRAD IN SUPPORT OF REPLY TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com

[  ]    Via USPS
[X]    Via Electronic Mail
[  ]    Via Electronic Filing (CM/ECF)

DATED this 22nd day of July 2024 at Seattle, Washington.

_____
Amber Holmes, Legal Assistant

SUPPLEMENTAL DECLARATION OF MARK
CONRAD IN SUPPORT OF REPLY TO PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT - Page 3

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

Exhibit A

## Mark Conrad

| | |
|---|---|
| **From:** | Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com> |
| **Sent:** | Thursday, June 27, 2024 6:34 PM |
| **To:** | Mark Conrad |
| **Cc:** | Mertens, Matthew (Perkins Coie); Trambley, Lauren (Perkins Coie); Ted Buck; kristofer@riklislaw.com; Lauren English |
| **Subject:** | Re: Hadnagy, et al. v. Moss, et al. |

Feel free to file your motion and we'll respond.


**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez

On Jun 27, 2024, at 5:50 PM, Mark Conrad <mconrad@freybuck.com> wrote:


Matt-

I understand that you do not agree with these factual assertions. However, it makes no practical difference, as these paragraphs provide factual background and the court's ruling on the claims. I am prepared to file the motion but remain hopeful that you will stipulate to avoid further motions practice. Please let me know by noon tomorrow if you are willing to stipulate.

Thanks,

Mark

## Mark R. Conrad | Attorney

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Thursday, June 27, 2024 4:32 PM
**To:** Mark Conrad <mconrad@freybuck.com>
**Cc:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Trambley, Lauren (Perkins Coie) <LTrambley@perkinscoie.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark—

It appears part of the proposed amended complaint is inconsistent with the court's dismissal order. Specifically, you've left in some factual allegations that only pertain to dismissed claims or dismissed portions of the defamation claim. They include:

1.  Paragraph 78 of the original complaint;
2.  Paragraph 79 of the original complaint;
3.  The reference to "injurious falsehoods" in paragraphs 81, 82, 86, and 92 of the original complaint; and
4.  Paragraph 94 of the original complaint.

We'd ask that you remove paragraphs 78, 79, and 94 from the original complaint; and change the references in paragraphs 81, 82, 86, and 92 of the original complaint from "Injurious Falsehoods" to "Transparency Report and Update" as you've done in the revised first cause of action and new second and third causes of action. With those changes we won't oppose your motion to amend, but reserve all rights including to file a dispositive motion in response.

Thanks,

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Thursday, June 27, 2024 1:11 PM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Matt,

An amended notice of depositions should go out today.

Please let me know your position on the amended complaint once you know.

Thanks,

# Mark R. Conrad | Attorney

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101

206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

---

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Wednesday, June 26, 2024 4:58 PM
**To:** Mark Conrad <mconrad@freybuck.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark, receipt confirmed, thanks. We'll very likely be back to you tomorrow on this.

Can you send around an updated NOD for July 31st this week, just so we can get that locked in? Thanks.

**Matt Mertens** | **Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Wednesday, June 26, 2024 9:59 AM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Matt,

Attached is our proposed amended complaint please let me know if your side is willing to stipulate.

Thanks,

Mark

# Mark R. Conrad | Attorney

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work

product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

---

**From:** Mark Conrad
**Sent:** Monday, June 24, 2024 12:32 PM
**To:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Any chance your side will stipulated to amending the complaint to add a cause of action for "False Light?"

# Mark R. Conrad | Attorney

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

---

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Thursday, June 20, 2024 3:54 PM
**To:** Mark Conrad <mconrad@freybuck.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Thanks, Mark—appreciate it.

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Thursday, June 20, 2024 3:53 PM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

FYI- Lauren English, the paralegal on this matter, is working on finalizing our discovery responses. She was stuck in trial today but will have them sent over this evening.

# Mark R. Conrad | Attorney

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

---

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Monday, June 17, 2024 7:26 PM
**To:** Mark Conrad <mconrad@freybuck.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark, July 31 will work for us. Thanks again for your flexibility here. Really appreciate it.

We'll get you additional emails in production by the end of this week.

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mertens, Matthew (POR)
**Sent:** Monday, June 17, 2024 11:17 AM
**To:** Mark Conrad <mconrad@freybuck.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark, thanks—I'm checking with Jeff now. Appreciate it.

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Monday, June 17, 2024 11:07 AM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mr. Hadnagy cannot make July 23 and I'm booked on July 24. How about July 26 or July 31? Those dates work for our side.

**Mark R. Conrad | Attorney**

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Sunday, June 16, 2024 4:58 PM
**To:** Mark Conrad <mconrad@freybuck.com>
**Subject:** Re: Hadnagy, et al. v. Moss, et al.

I really appreciate the courtesies. Thanks. LMK if it's okay for Mr. Hadnagy when you know.

Matt Mertens
Partner
1120 NW Couch St Fl 10
Portland, OR 97209-4128
503.727.2199

> On Jun 16, 2024, at 3:47 PM, Mark Conrad <mconrad@freybuck.com> wrote:

No worries. July 23 should work for me. Our client was planning on being there so let me confirm that works for him.

**Mark R. Conrad | Attorney**

**Frey Buck**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Saturday, June 15, 2024 6:10 PM
**To:** Mark Conrad <mconrad@freybuck.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark, sorry—the 10th actually won't work for me. I jumped the gun. If we can push by a week to July 23 or 24, that would be excellent. No delay tactic intended. I'm just jammed up because some child care fell through for the week of the 15th.

**Matt Mertens** | **Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mertens, Matthew (POR)
**Sent:** Saturday, June 15, 2024 6:06 PM
**To:** mconrad@freybuck.com
**Subject:** FW: Hadnagy, et al. v. Moss, et al.

Hey, Mark—

I'm reaching out on Jeff's deposition in July. I've just had a child care conflict arise for the week of July 15 that will be very difficult to resolve. I'm hoping that you may still have availability for the deposition on July 10th, or alternatively July 23 or 24?

Would appreciate it if you could make any of those dates work.

Thanks,

**Matt Mertens** | **Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Monday, May 20, 2024 3:14 PM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (SEA) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Let's lock in July 18 at 9am. Let me know if you have a preferred location. Thanks, Matt.

**Mark R. Conrad** | **Attorney**

**Frey Buck, P.S.**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck, P.S. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges. If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

---

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Friday, May 17, 2024 4:23 PM
**To:** Mark Conrad <mconrad@freybuck.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (Perkins Coie) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark, I misunderstood Mr. Moss's travel schedule. He's available in Washington State at any of the dates you indicated. Please let me know what you'd prefer.

Thanks,

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mertens, Matthew (POR)
**Sent:** Thursday, May 16, 2024 3:21 PM
**To:** Mark Conrad <mconrad@freybuck.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (SEA) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Quick update here. I'm in touch with Mr. Moss on availability and should have concrete dates soon.

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

8

**From:** Mertens, Matthew (POR)
**Sent:** Monday, May 13, 2024 5:51 PM
**To:** Mark Conrad <mconrad@freybuck.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (SEA) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Mark, I have to be honest, I was at least somewhat hoping you were itching for an in-person deposition in Singapore.

I'll check with Mr. Moss on those dates, but referring you back to my email dated April 12 (highlighted below) I don't think he's available then. My understanding is that he's traveling through Washington State en route to spending several weeks in Washington, D.C. in July. So, I think his general availability is on the front end of July (on his trip out to D.C.) and then again on the back end of July (on his trip back from D.C.).

I'll reach out to him right now for specific dates of availability in July. He's pretty responsive so I should be back to you quickly.

Thanks,

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Friday, May 10, 2024 10:35 AM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (SEA) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Hi Matt,

While a trip to Singapore sounds enticing, I'll opt for an in-person deposition in Washington. I'm available on July 10, 11, 17, 18, with a start time of 9 am. We can conduct the dep. at a location of your choosing in Seattle. Please let me know which date and a location that works best for your side.

Thanks,
Mark

# Mark R. Conrad | Attorney

**Frey Buck, P.S.**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck, P.S.  It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges.  If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

---

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Wednesday, May 1, 2024 5:10 PM
**To:** Mark Conrad <mconrad@freybuck.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (Perkins Coie) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Hey, Mark—

Mr. Moss is a resident of Washington; he also doesn't currently live there full-time. Those aren't mutually exclusive.

If you'd like to depose him in May, we can do it remotely, or we can do it in person in Singapore. If you want to depose him in person in Washington State, we can make him available in July.

Thanks,

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

---

**From:** Mark Conrad <mconrad@freybuck.com>
**Sent:** Tuesday, April 30, 2024 3:17 PM
**To:** Mertens, Matthew (POR) <MMertens@perkinscoie.com>; Amber Holmes <aholmes@freybuck.com>; Perez, David A. (SEA) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>
**Cc:** Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Hi Matt,

Considering the representation made to the Court that Mr. Ross is a resident of Washington, we would request his availability for an in-person deposition in Washington during May 2024. Please let me know some dates he is available.

Thanks,

## Mark R. Conrad | Attorney

**Frey Buck, P.S.**
1200 Fifth Avenue, Ste. 1900
Seattle, WA 98101
206-486-8000, Ext. 805
206-902-9660 (Fax)
www.freybuck.com

CONFIDENTIALITY NOTICE: This email message and any attachments is a transmission from the law firm Frey Buck, P.S. It may contain information that is confidential and legally protected by the attorney-client, work product and/or other privileges. If you are not the designated or intended recipient, please destroy the message without disclosing any of its contents and notify us immediately by reply email or by calling 1-206-486-8000.

**From:** Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>
**Sent:** Friday, April 12, 2024 2:43 PM
**To:** Amber Holmes <aholmes@freybuck.com>; Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Trambley, Lauren (Perkins Coie) <LTrambley@perkinscoie.com>
**Cc:** Mark Conrad <mconrad@freybuck.com>; Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Hey, Amber—

Chiming in for David here. Jeff will be traveling through Washington State at the beginning and at the end of July, so if you want to take his deposition in person in WA, we can make him available then. If you want to do a remote deposition, I can get specific dates from him for May or June. Just let me know what your collective preference is.

Thanks,

**Matt Mertens | Perkins Coie LLP**
PARTNER
Pronouns: He/Him/His
1120 N.W. Couch Street Tenth Floor
Portland, OR 97209-4128
D. +1.503.727.2199
F. +1.503.346.2199
E. MMertens@perkinscoie.com
www.perkinscoie.com/mmertens

**From:** Amber Holmes <aholmes@freybuck.com>
**Sent:** Friday, April 12, 2024 2:27 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>; Ted Buck <tbuck@freybuck.com>; Mertens, Matthew (POR) <MMertens@perkinscoie.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>

**Cc:** Mark Conrad <mconrad@freybuck.com>; Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

David:

Circling back on the below email. Do you have any dates for the deposition of Jeff Moss?

Thank you.

Amber

**Amber Holmes**
<image001.jpg>
**1200 Fifth Avenue, Ste. 1900**
**Seattle, WA 98101**
**(206) 487-3020**
**aholmes@freybuck.com**
**www.freybuck.com**

This electronic message contains information from Frey Buck P.S.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at aholmes@freybuck.com.

**From:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>
**Sent:** Monday, April 1, 2024 2:25 PM
**To:** Ted Buck <tbuck@freybuck.com>; Amber Holmes <aholmes@freybuck.com>; Mertens, Matthew (Perkins Coie) <MMertens@perkinscoie.com>; Trambley, Lauren (Perkins Coie) <LTrambley@perkinscoie.com>
**Cc:** Mark Conrad <mconrad@freybuck.com>; Lauren English <lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Ted, those dates won't work but we'll get back to you for dates in May, and location.

David

**David A. Perez | Perkins Coie LLP**
**Partner**
**Firmwide Chair of Business Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

**From:** Ted Buck <tbuck@freybuck.com>
**Sent:** Monday, April 01, 2024 12:07 PM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>; Amber Holmes <aholmes@freybuck.com>;
Mertens, Matthew (POR) <MMertens@perkinscoie.com>; Trambley, Lauren (SFO)
<LTrambley@perkinscoie.com>
**Cc:** Mark Conrad <mconrad@freybuck.com>; Lauren English <lenglish@freybuck.com>; Kristofer Riklis
<kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Greetings, David:

We would like to renew our request for dates to depose Mr. Moss. Kindly let me know if
you collectively are available April 18, 23 or 24.  Please also let us know if Mr. Moss is in
Washington.

Thank you.

Ted Buck
Frey Buck PLLC
1200 Fifth Avenue, Suite 1900
Seattle, WA 98101
206-486-8000

**From:** Perez, David A. (Perkins Coie) <DPerez@perkinscoie.com>
**Sent:** Thursday, February 8, 2024 3:20 PM
**To:** Amber Holmes <aholmes@freybuck.com>; Mertens, Matthew (Perkins Coie)
<MMertens@perkinscoie.com>; Trambley, Lauren (Perkins Coie) <LTrambley@perkinscoie.com>
**Cc:** Ted Buck <tbuck@freybuck.com>; Mark Conrad <mconrad@freybuck.com>; Lauren English
<lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** RE: Hadnagy, et al. v. Moss, et al.

Amber,

We're happy to work with you on a date and time for the deposition, but it won't be
until after the Court rules on the pending motion to dismiss. The parties have
already stipulated to stay discovery pending resolution of the MTD. Please see the
attached stipulated order from the District of Nevada case. Moreover, Kris Riklis
conferred last week with my colleague Matt Mertens on the joint status report due
to the Court on March 1, and they reaffirmed their agreement that discovery is
stayed until the Court rules on the MTD.

The deposition is currently noticed as being in-person. We request that the
deposition be over video since Mr. Moss currently lives in Singapore. The parties
should stipulate to this to avoid motion practice under FRCP 30(b)(4).

Best,

David

**David A. Perez | Perkins Coie LLP**

13

**Partner**
**Firmwide Chair of Business Litigation**
**Co-Chair Real Estate Litigation**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
p: 206.359.6767
c: 206.618.4293
e: DPerez@perkinscoie.com
http://www.perkinscoie.com/dperez/

---

**From:** Amber Holmes <aholmes@freybuck.com>
**Sent:** Thursday, February 08, 2024 11:12 AM
**To:** Perez, David A. (SEA) <DPerez@perkinscoie.com>; Mertens, Matthew (POR)
<MMertens@perkinscoie.com>; Trambley, Lauren (SFO) <LTrambley@perkinscoie.com>;
**Cc:** Ted Buck <tbuck@freybuck.com>; Mark Conrad <mconrad@freybuck.com>; Lauren English
<lenglish@freybuck.com>; Kristofer Riklis <kristofer@riklislaw.com>
**Subject:** Hadnagy, et al. v. Moss, et al.

All:

Attached, please find the Notice of Videotaped Deposition of Jeff Moss. We will work with your office to coordinate a date.

Thank you.

Amber

**Amber Holmes**
<image001.jpg>
**1200 Fifth Avenue, Ste. 1900**
**Seattle, WA 98101**
**(206) 487-3020**
**aholmes@freybuck.com**
**www.freybuck.com**

This electronic message contains information from Frey Buck P.S. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at aholmes@freybuck.com.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email has been scanned for spam and viruses. Click here to report this email as spam.

Exhibit B

← Post

⟲ Jeff Moss reposted

☠ **DEF CON** ✔
@defcon

Chris Hadnagy vs. DEF CON lawsuit DISMISSED

Update:
- Judge Beetlestone in PA dismissed the suit w/o pre-trial discovery, ruling that it lacked personal jurisdiction.
- Case dismissed without prejudice, so Mr. Hadnagy is free to refile and attempt to litigate in another venue.



9:13 AM · Jan 13, 2023 · **69.9K** Views

💬 4          ⟲ 61          ♡ 228          🔖 13

Post your reply                    Reply

☠ **DEF CON** ✔ @defcon · Jan 13, 2023
Additional context:
- During our investigation we spoke directly with Mr. Hadnagy about claims of his violations of our Code of Conduct. He confirmed his behavior, and agreed to stop. Unfortunately, the behavior did not stop.

x.com/defcon/status/1613947321607413760

Evaluation Systems... | Military scientist du... | Facial recognition's... | Normal Distribution... | Inverse Normal Distr... | Chapter 8 Accounti... | Depreciation | Product Configurat...

# X

- Home
- Explore
- Notifications
- Messages
- Grok
- Bookmarks
- Communities
- Premium
- Verified Orgs
- Profile
- More

**Post**

FB
@FB12001900

← Post

DEF CON LEGAL UPDATE

9:13 AM · Jan 13, 2023 · **69.9K** Views

💬 4    🔁 61    ♡ 228    🔖 13    📤

Post your reply                    Reply

**DEF CON** ✓ @defcon · Jan 13, 2023
Additional context:
- During our investigation we spoke directly with Mr. Hadnagy about claims of his violations of our Code of Conduct. He confirmed his behavior,  and agreed to stop. Unfortunately, the behavior did not stop.

💬 1    🔁 9    ♡ 54    11K    🔖 📤

**DEF CON** ✓ @defcon · Jan 13, 2023
- Before DEF CON finalized our response, Mr. Hadnagy informed us that his Social Engineering Village would not be returning to DEF CON.

💬 1    🔁 4    ♡ 49    8.4K    🔖 📤

**DEF CON** ✓ @defcon · Jan 13, 2023
- Our investigation also revealed that DEF CON is not the only security conference to receive complaints about Mr. Hadnagy's behavior.  For example, Black Hat received complaints, conducted their own investigation and removed Mr. Hadnagy from their Review Board.

💬 1    🔁 12    ♡ 69    12K    🔖 📤

**DEF CON** ✓ @defcon · Jan 13, 2023
We thank the DEF CON community for supporting our efforts to uphold our Code of Conduct.

All the court documents are available here:
lnkd.in/gsugqMyV ✓

And as always, our code of conduct and transparency report are here:
defcon.org/html/links/dc...

## Relevant peop

**DEF CON** ✓
@defcon
Hacking Confe
defcon.social/

## What's happen

Esports
Esports ·

Trending in United States
**The IT**
6.73M posts

Fashion & beauty · Trend
**PAPER RINGS**
Trending with #Gelsenki

Sports · Trending
**Marcus Williams**
Trending with Kyle Hamil

Trending in United States
**Alaska King**

Show more

Terms of Service    Privacy
Accessibility   Ads info

# Post

🗨 1          ⇅ 4          ♡ 49          ᐧᐧᐧ 8.4K

**DEF CON** ✓ @defcon · Jan 13, 2023                                      ⋯

- Our investigation also revealed that DEF CON is not the only security conference to receive complaints about Mr. Hadnagy's behavior. For example, Black Hat received complaints, conducted their own investigation and removed Mr. Hadnagy from their Review Board.

🗨 1          ⇅ 12          ♡ 69          ᐧᐧᐧ 12K

**DEF CON** ✓ @defcon · Jan 13, 2023                                      ⋯

We thank the DEF CON community for supporting our efforts to uphold our Code of Conduct.

All the court documents are available here:
lnkd.in/gsuqqMyN ✅

And as always, our code of conduct and transparency report are here:
defcon.org/html/links/dc-... ✅
defcon.org/html/links/dc-... ✅

> lnkd.in
> **LinkedIn**
> This link will take you to a page that's not on LinkedIn

🗨 3          ⇅ 15          ♡ 82          ᐧᐧᐧ 14K

**As a large language model trained by Open** @ricksthighga · Jan 14, 2023   ⋯
When are we going to stop practicing law and start doing law for real

🗨          ⇅          ♡ 2          ᐧᐧᐧ 1.2K

## Probable spam

**antemasqued** @antemasqued · Jan 13, 2023                                ⋯
This is pseudo-transparency. Unless I'm missing something, the actual claim of violation of CoC isn't mentioned anywhere in DC's response to the allegations. Hadnagy's claims seem overstated, but valid.

It's also highly ironic that he speaks about cancel culture often.









x.com/defcon/status/1613947321607413760

Regist... Evaluation Systems... Military scientist du... Facial recognition's... Normal Distribution... Inverse Normal Distr... Chapter 8 Accounti... Depreciation Product Configurat...

Home
Explore
Notifications
Messages
Grok
Bookmarks
Communities
Premium
Verified Orgs
Profile
More
Post

FB
@FB12001900

Post

lnkd.in/gsuggMyV

And as always, our code of conduct and transparency report are here:
defcon.org/html/links/dc-...
defcon.org/html/links/dc-...

lnkd.in
LinkedIn
This link will take you to a page that's not on LinkedIn

3 15 82 14K

**As a large language model trained by Open** @ricksthighga · Jan 14, 2023
When are we going to stop practicing law and start doing law for real

2 1.2K

## Probable spam

**antemasqued** @antemasqued · Jan 13, 2023
This is pseudo-transparency. Unless I'm missing something, the actual claim of violation of CoC isn't mentioned anywhere in DC's response to the allegations. Hadnagy's claims seem overstated, but valid.

It's also highly ironic that he speaks about cancel culture often.

3 4 2.3K

**Pokemon Are Cool** @PokemonRCool13 · Jan 13, 2023
When will Tara Reade be keynoting?

1 1K

Search

**Relevant people**

DEF CON
@defcon
Hacking Conference
defcon.social/@defcon

**What's happening**

Esports World Cup 2024
Esports · LIVE

Trending in United States
The IT
6.73M posts

Fashion & beauty · Trending
PAPER RINGS
Trending with #GelsenkirchenTSTheErasTour

Sports · Trending
Marcus Williams
Trending with Kyle Hamilton

Trending in United States
Alaska King

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ··· © 2024 X Corp

x.com/antemasqued/status/1613999230682648576

Evaluation Systems... Military scientist du... Facial recognition's... Normal Distribution... Inverse Normal Distr... Chapter 8 Accounti... Depreciation Product Configurat...

Home
Explore
Notifications
Messages
Grok
Bookmarks
Communities
Premium
Verified Orgs
Profile
More
Post

FB @FB12001900

Post

antemasqued @antemasqued

This is pseudo-transparency. Unless I'm missing something, the actual claim of violation of CoC isn't mentioned anywhere in DC's response to the allegations. Hadnagy's claims seem overstated, but valid.

It's also highly ironic that he speaks about cancel culture often.

12:39 PM · Jan 13, 2023 · **2,351** Views

3 4 1

Post your reply Reply

**cyber-ipman** @Cyberipman · Jan 14, 2023
Agreed. How is this transparent when ppl don't even know what the guy did? This is quite a weird circle jerk of *ruining somebody's career* without telling ppl what happened ..

4 4 1.2K

**Frank McGovern** @FrankMcG · Jan 13, 2023
Your curiosity is not a right. The parties effected do have rights and they exercised those rights in the court of law.

1 20 536

**Abolish Police** @awarham · Jan 13, 2023
You aren't entitled to the details.

9 245

Search

**Relevant people**

antemasqued @antemasqued

DEF CON @defcon
Hacking Conference
defcon.social/@defcon

**What's happening**

Esports World Cup 202
Esports · LIVE

Trending in United States
The IT
6.73M posts

Fashion & beauty · Trending
PAPER RINGS
Trending with #GelsenkirchenTSTheErasTo

Sports · Trending
Marcus Williams
Trending with Kyle Hamilton

Trending in United States
Alaska King

Show more

Terms of Service Privacy Policy Cookie P
Accessibility Ads info More ··· © 2024

x.com/Cyberipman/status/1614267215839972741

gist... Evaluation Systems... Military scientist du... Facial recognition's... Normal Distribution... Inverse Normal Distr... Chapter 8 Accounti... Depreciation Product Configurat...

Home
Explore
Notifications
Messages
Grok
Bookmarks
Communities
Premium
Verified Orgs
Profile
More
Post

FB
@FB12001900

Post

**cyber-ipman**
@Cyberipman

Agreed. How is this transparent when ppl don't even know what the guy did? This is quite a weird circle jerk of *ruining somebody's career* without telling ppl what happened ..

6:24 AM · Jan 14, 2023 · **1,255** Views

4 4

Post your reply Reply

**Runa Sandvik** @runasand · Jan 16, 2023
He's free to tell people what he did, should he choose to do so.
1 107

**Heidi Jacobson** @ms_stressball · Feb 4, 2023
Not really? Who reads tweets not having a clue of context? Imagine: reading AND RE:(!) to EVERY tweet in your feed. Every.Single.1. Oh, -Heh-Why @MrTwitter ...
12

**Probable spam**

**Russian Hackers Cry** @russianhackscry · Jan 17, 2023
Stating details would only make Chris look worse. Chris knows what he did, he just is unwilling to be accountable. DEFCON is being nice by not saying more.
1 2 320

**cyber-ipman** @Cyberipman · Jan 17, 2023
Fair enough, haven't seen a response yet 🤷‍♂️
1 1 288

**Russian Hackers Cry** @russianhackscry · Jan 17, 2023
This tells me Chris knows what its all about he's just claiming he doesn't know

Search

**Relevant people**

**cyber-ipman**
@Cyberipman
Girl dad | Aerospace Se
Engineer/RMF Analyst |
tryhard | Infinite conque
OSRS lifelong nerd

**antemasqued**
@antemasqued

**DEF CON**
@defcon
Hacking Conference
defcon.social/@defcon

**What's happening**

Esports World C
Esports · LIVE

Trending in United States
**The IT**
6.73M posts

Fashion & beauty · Trending
**PAPER RINGS**
Trending with #GelsenkirchenTSThe

Sports · Trending
**Marcus Williams**
Trending with Kyle Hamilton

Trending in United States
**Alaska King**

**Post**

**Heidi Jacobson** @ms_stressball · Feb 4, 2023
Not really? Who reads tweets not having a clue of context? Imagine: reading AND RE:(!) to EVERY tweet in your feed. Every.Single.1. Oh, -Heh-Why @MrTwitter ...

12

### Probable spam

**Russian Hackers Cry** @russianhackscry · Jan 17, 2023
Stating details would only make Chris look worse. Chris knows what he did, he just is unwilling to be accountable. DEFCON is being nice by not saying more.

1    2    320

**cyber-ipman** @Cyberipman · Jan 17, 2023
Fair enough, haven't seen a response yet 👤

1    1    288

**Russian Hackers Cry** @russianhackscry · Jan 17, 2023
This tells me Chris knows what its all about he's just claiming he doesn't know to conceal the truth and act like a victim. Clearly not a victim and clearly has no remorse for his actions. DefCon 100% made the right choice. No room for guys like this.

> # Post DEF CON 29
>
> ((Updates between DC 29 and DC 30) Transparency Report)
>
> **(2022 Feb 9)**
>
> 1. We received multiple CoC violation reports about a DEF CON Village leader, Chris Hadnagy of the SE Village. After conversations with the reporting parties and Chris, we are confident the severity of the transgressions merits a ban from DEF CON
>
> 2. We have also taken the rare action to disband the DEF CON Group DCG414. Code of Conduct violations by the group's primary Point of Contact and subsequent mishandling of the event left us without confidence in the group's leadership.

1    2    4    4.6K

**antemasqued** @antemasqued · Jan 18, 2023
@humanhacker sharing your side of the issue would clear things up? DC isn't willing to talk. how is anyone going to get a clear picture of what really

---

Home

Explore

Notifications

Messages

Grok

Bookmarks

Communities

Premium

Verified Orgs

Profile

More

**Post**

**FB** @FB12001900

---

Search

antemasqued @antemasqued

**DEF CON** ✓ @defcon
Hacking Conference
defcon.social/@defcon

### What's happening

Esports World Cup
Esports · LIVE

Trending in United States
**The IT**
6.73M posts

Fashion & beauty · Trending
**PAPER RINGS**
Trending with #GelsenkirchenTSTheEb

Sports · Trending
**Marcus Williams**
Trending with Kyle Hamilton

Trending in United States
**Alaska King**

Show more

Terms of Service  Privacy Policy  Coo
Accessibility  Ads info  More ···  ©

# Post

(Updates between DC 29 and DC 30) Transparency Report

**(2022 Feb 9)**

1. We received multiple CoC violation reports about a DEF CON Village leader, Chris Hadnagy of the SE Village. After conversations with the reporting parties and Chris, we are confident the severity of the transgressions merits a ban from DEF CON.

2. We have also taken the rare action to disband the DEF CON Group DC0414. Code of Conduct violations by the group's primary Point of Contact and subsequent mishandling of the event left us without confidence in the group's leadership.

💬 1    🔁 2    ♡ 4    📊 4.6K

---

**antemasqued** @antemasqued · Jan 18, 2023

@humanhacker sharing your side of the issue would clear things up? DC isn't willing to talk, how is anyone going to get a clear picture of what really happened?

💬 1    🔁    ♡    📊 401

---

**Christopher Hadnagy** @humanhacker · Jan 18, 2023

I agree and in time I will be able to share all of the details

💬 3    🔁    ♡ 1    📊 578

---

@PermSuspended · Mar 8, 2023

Has anyone shared any details yet? I am curious what transparency means.

💬    🔁    ♡    📊 49

X

Home

Explore

Notifications

Messages

Grok

Bookmarks

Communities

Premium

Verified Orgs

Profile

More

**Post**

FB
@FB12001900

← Post

**Christopher Hadnagy**
@humanhacker

I agree and in time I will be able to share all of the details

2:42 PM · Jan 18, 2023 · **579** Views

3

1

Post your reply                                    **Reply**

@PermSuspended · Mar 8, 2023
Has anyone shared any details yet? I am curious what transparency means.

50

HD Moore is at https://infosec.exchange/@hdr @hdmoor· Jan 18, 2023
I don't see you winning any points here, maybe stop paying lawyers and start apologizing?

2                    498

**Probable spam**

Russian Hackers Cry @russianhackscry · Jan 18, 2023
Umm, the fact you state you know the details discredits part of you legal argument. "Plaintiff Hadnagy made repeated requests for additional, detailed information regarding the alleged violations; his requests were ignored time and
again."

1                    289

Search

**Relevant people**

**Christopher Hadnagy**
@humanhacker
Human Hacking or Soci
about learning how to c
with intent. Check out th
humanhackingbook.com

**antemasqued**
@antemasqued

**Russian Hackers Cry**
@russianhackscry
Tweets are my own and
employer's. Anyhow, Th
Welcome to hell!!

**What's happening**

**2024 Republican**
**Convention**
Politics · Last night

Trending in United States
**BETTER MAN**
28.9K posts

Fashion & beauty · Trending
**PAPER RINGS**
Trending with #GelsenkirchenTSThe

Sports · Trending
**Aikman**

Trending in United States
**Fluff**

X

🏠 Home

🔍 Explore

🔔 Notifications

✉️ Messages

Grok

🔖 Bookmarks

👥 Communities

✖️ Premium

Verified Orgs

👤 Profile

More

**Post**

← **Post**

**Russian Hackers Cry**
@russianhackscry

Umm, the fact you state you know the details discredits part of you legal argument. "Plaintiff Hadnagy made repeated requests for additional, detailed

information regarding the alleged violations; his requests were ignored time and

again."

3:47 PM · Jan 18, 2023 · **290** Views

💬 1     🔁     ♡     🔖     📤

Post your reply          **Reply**

**Probable spam**

**Russian Hackers Cry** @russianhackscry · Jan 18, 2023
Further stating "Defendants provided no evidentiary support or explanation regarding
their abrupt termination of Plaintiffs' attendance, contribution, and participation at
the Event." Just be honest dude.

💬 1     🔁     ♡ 1     📊 90     🔖 📤

**Russian Hackers Cry** @russianhackscry · Jan 18, 2023
Why can't people just be accountable for actions and mistakes. Its childish to go after the person/entity for pointing out your bad behavior. That's what ruins a person reputation more that the initial offense. People do stupid shit fine, do stupid shit then lie, dueces.

💬     🔁     ♡     📊 84     🔖 📤

**FB**
@FB12001900

**Search**

**Relevant people**

**Russian Hackers Cry**          Follow
@russianhackscry

Tweets are my own and not my employer's. Anyhow, This was your idea. Welcome to hell!

**Christopher Hadnagy**          Follow
@humanhacker

Human Hacking or Social Engineering is about learning how to communicate with intent. Check out the new book at humanhackingbook.com

**antemasqued**          Follow
@antemasqued

**What's happening**

**2024 Republican National Convention**
Politics · Last night

Trending in United States
**BETTER MAN**
28.9K posts

Fashion & beauty · Trending
**PAPER RINGS**
Trending with #GelsenkirchenTSTheErasTour

Sports · Trending
**Aikman**

Trending in United States
**Fluff**

 r/Defcon • 6 mo. ago
DTangent

# Chris Hadnagy Sues DEF CON (Again) Lawsuit Update

In the spirit of transparency here is what's been going on: On the first day of DEF CON 31 Christopher Hadnagy filed a new lawsuit, not to be confused with the lawsuit he filed on the first day of DEF CON 30.

After losing the DC 30 lawsuit for lack of jurisdiction (DEF CON is not a Pennsylvania company) Chris filed again, this time in Las Vegas. (DEF CON is not a Nevada corporation)

Here is the story so far:

- Chris filed his new lawsuit in Nevada, requesting damages for mentioning him in our Transparency Report and requested a jury trial.

- We respond that he picked the wrong jurisdiction and the wrong court again.

- We want to transfer the case to the Western District of Washington where DEF CON is incorporated.

- Chris doesn't want to move it.

- Both sides make their arguments.

- The Court agrees with DEF CON as an early XMas present, the case is moved out of Nevada to Washington.

- We expect the first day of DEF CON 32 to kick off with another new lawsuit.

Happy New Year!

Read more ⌄

⬆ 103 ⬇     💬 39          ⬆ Share

＋ Add a Comment

Sort by: Best ⌄     🔍 Search Comments

 **Stylux** • 6mo ago

The Court agrees with DEF CON as an early XMas present, the case is moved out of Nevada to Washington.

---

**r/Defcon**   Join

Defcon

The unofficial subreddit of world's largest hacker convention!

**39K**          **8**          **Top 3%**
Members      ● Online      Rank by size 🔗

Related   DEF CON   Safety & security tech   ›

 r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes • 6 comments

 r/Teddy

TLDR: Ryan Cohen's reply to dismiss the complaints from his lawsuit

194 upvotes • 12 comments

 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the topic...

280 upvotes • 140 comments

 r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes • 53 comments

 r/PowerShell

What did you do with PowerShell today?

101 upvotes • 215 comments

 r/Defcon



**Stylux** • 6mo ago

The Court agrees with DEF CON as an early XMas present, the case is moved out of Nevada to Washington.

Reading between the lines and having successfully argued several 1404 motions to transfer, I'm going to tell you that the judge just didn't want to deal with it and was given an easy out. I have no clue how she made this ruling without anyone filing Rule 26 disclosures, which appeared to be very overdue by time the motion was argued. It seems premature given that the greatest factor across the circuits tends to be convenience of witnesses.

Anyway, defamation cases are absurdly hard to get out of on summary judgment and given that you haven't even started discovery (and these posts are certainly discoverable and you will be asked to provide them), you may want to refrain from posting about it until it's resolved.

↑ 21 ↓   💬 Reply   🏅 Award   ↑ Share   •••

**r/Defcon**                          **Join**

**Defcon**

The unofficial subreddit of world's largest hacker convention!

**39K**           **8**            **Top 3%**
Members      🟢 Online      Rank by size

Related   DEF CON   Safety & security tech   ›



X-Istence • 6mo ago

Are you assuming that DT hasn't received approval from counsel regarding this post before posting it?

↑ 7 ↓   💬 Reply   🏅 Award   ↑ Share   •••

X-Istence • 6mo ago

Are you assuming that DT hasn't received approval from counsel regarding this post before posting it?

↑ 2 ↓   💬 Reply   🏅 Award   ↑ Share   •••

⊕ 8 more replies

⊕ 2 more replies



r/coeurdalene

**NIC Board Majority Still Trying to Fire Swayne**

9 upvotes • 6 comments



r/Teddy

**TLDR: Ryan Cohen's reply to dismiss the complaints from his lawsuit**

194 upvotes • 12 comments



r/SocialEngineering

**I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the topic...**

280 upvotes • 140 comments



**Chongulator** • 6mo ago

I'm sorry you have to deal with this bullshit, Jeff. Hopefully you can take some solace in the fact that Hadnagy is repeatedly hitting himself in the face with the Streisand Effect.

↑ 15 ↓   💬 Reply   🏅 Award   ↑ Share   •••



r/Cisco

**Holy sh#$ (Cisco Live)**

145 upvotes • 53 comments



**itsabuyereconomy** • 6mo ago

The legal dance with DEF CON continues. Hadnagy's persistent lawsuits, now shifting jurisdictions, keep the drama alive. Moving the case from Nevada to Washington adds an interesting twist. Happy New Year!

↑ 12 ↓   💬 Reply   🏅 Award   ↑ Share   •••



r/PowerShell

**What did you do with PowerShell today?**

101 upvotes • 215 comments



 r/Defcon



Happy New Year!

For more detail and the blow by blow you can read the lawyers doing battle:

https://www.courtlistener.com/docket/67740609/hadnagy-v-moss/

↑ 103 ↓    💬 39    Award    ⬆ Share

➕ Add a Comment

Sort by: Best ⌄    🔍 Search Comments

**Stylux** • 6mo ago

The Court agrees with DEF CON as an early XMas present, the case is moved out of Nevada to Washington.

Reading between the lines and having successfully argued several 1404 motions to transfer, I'm going to tell you that the judge just didn't want to deal with it and was given an easy out. I have no clue how she made this ruling without anyone filing Rule 26 disclosures, which appeared to be very overdue by time the motion was argued. It seems premature given that the greatest factor across the circuits tends to be convenience of witnesses.

Anyway, defamation cases are absurdly hard to get out of on summary judgment and given that you haven't even started discovery (and these posts are certainly discoverable and you will be asked to provide them), you may want to refrain from posting about it until it's resolved.

⊖  ↑ 21 ↓    💬 Reply    Award    ⬆ Share    ⋯

**X-Istence** • 6mo ago

Are you assuming that DT hasn't received approval from counsel regarding this post before posting it?

↑ 7 ↓    💬 Reply    Award    ⬆ Share    ⋯

**X-Istence** • 6mo ago

Are you assuming that DT hasn't received approval from counsel regarding this post before posting it?

⊖  ↑ 2 ↓    💬 Reply    Award    ⬆ Share    ⋯

**Stylux** • 6mo ago

Yes, I am assuming that and it's a very safe assumption. If your attorney tells you to go post on Reddit about your current lawsuit, you should retain new counsel. There is literally nothing to gain.

---

### r/Defcon

Join

**Defcon**

The unofficial subreddit of world's largest hacker convention!

**39K** Members    **8** Online    **Top 3%** Rank by size ↗

Related    DEF CON    Safety & security tech ❯

r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes • 6 comments

r/Teddy

TLDR: Ryan Cohen's reply to dismiss the complaints from his lawsuit

194 upvotes • 12 comments

r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the topic...

280 upvotes • 140 comments

r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes • 53 comments

r/PowerShell

What did you do with PowerShell today?

101 upvotes • 215 comments

r/Defcon

Single comment thread                                    See full discussion

 **thesharp0ne** • 6mo ago

Disclaimer: I know nothing about defamation law/civil lawsuits in general and I'm asking out of legit educational curiosity:

How does this post hurt them in court? DT isn't making an continuing alleged defaming statements, just simple facts. I would also think that continuing to be transparent with their community about this helps in that they can show a court they were not defaming him but simply providing transparency as they always have and continue to do.

Like I know the gut reaction is "don't talk about any lawsuit/criminal case you're involved in" and in most cases probably the safest option, but yeah I would expect DT is smart enough to clear this post with counsel.

⊖   ⬆ 1 ⬇   💬 Reply   🏅 Award   ⬆ Share   •••

 **Stylux** • 6mo ago

> How does this post hurt them in court? DT isn't making an continuing alleged defaming statements, just simple facts.

Because during his eight hour deposition, an enterprising attorney may ask him a relatively innocuous question during hour six like, "Have you posted about this lawsuit on social media?" The answer to that question is yes; however, OP might not remember making this post two years from now. If OP says no, then it becomes something to impeach him with at trial. If he says yes, then you get into every social media post he made and why he made it. That kind of gets to your next point.

If counsel asks, "Why did you make this post?" and OP says something like, "to be transparent to the community about what was going on" - then it's open season. The gravamen of this lawsuit is basically that Plaintiff was banned and nobody told him or anyone else why. If Plaintiff's position is assumed to be true, the only people who had been banned previously were blacklisted for sexually egregious/criminal reasons. If I were prosecuting this case (I wouldn't, I'm solely a civil defense attorney) I would then ask why they didn't, "for the sake of transparency", ever tell anyone the reason for the ban. Then I would ask something like this:

> "So you were well apprised of the allegations made by my client in this lawsuit and you actually posted about the procedural posture of this current action as well as the past action, correct?"

Now, if he says no he looks like a liar. If he says yes, then the next question is naturally, "So you could have been transparent in these social media/Reddit posts, but again, you chose not to just clear the air - correct?" Have fun getting out of that one without looking shady.

> Like I know the gut reaction is "don't talk about any lawsuit/criminal case you're involved in" and in most cases probably the safest option, but yeah I would expect DT is smart enough to clear this post with counsel.

It's the only option in my opinion. I've tried cases with press involvement, and your answer should



r/Defcon                                    [Join]

**Defcon**

The unofficial subreddit of world's largest hacker convention!

**39K**          **8**          **Top 3%**
Members    🟢 Online    Rank by size ⬈

[Related]   DEF CON   Safety & security te  ›

 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes • 140 comments

 r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes • 6 comments

 r/Teddy

TLDR: Ryan Cohen's reply to dismiss the complaints from his lawsuit

194 upvotes • 12 comments

 r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes • 53 comments

 r/PowerShell

What did you do with PowerShell today?

101 upvotes • 215 comments

 r/cissp

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes • 43 comments

posted about the procedural posture of this current action as well as the past action, correct?

Now, if he says no he looks like a liar. If he says yes, then the next question is naturally, "So you could have been transparent in these social media/Reddit posts, but again, you chose not to just clear the air - correct?" Have fun getting out of that one without looking shady.

Like I know the gut reaction is "don't talk about any lawsuit/criminal case you're involved in" and in most cases probably the safest option, but yeah I would expect DT is smart enough to clear this post with counsel.

It's the only option in my opinion. I've tried cases with press involvement, and your answer should always just be "no comment" or "we will see what happens in front of a jury." People who try cases "in the court of public opinion" usually have nothing else to fall back on and social media posts about an incident fall under that umbrella in my opinion. I've also represented very clever people and sometimes they can't help but step on their own dick because god forbid they not be the smartest guy in the room. I tell every client I represent to just shut up about the case until it's done - because opposing counsel will ask for, and is entitled to, all public/non-privileged posts, messages, etc.

⊖   ⬆ 15 ⬇   💬 Reply   🏅 Award   ↑ Share   •••

 **mavrc** • 6mo ago

Appreciate this.

If I might defend them a bit, there's definitely a *lot* of internal drama in the community about this case, for a whole variety of reasons, but mostly because DEF CON is a popular target for hate and because particularly vocal members of the hacking community do *not* like codes of conduct or being told what to do - *especially* when the goal is to keep everyone safe. Refusing to acknowledge the effects that individuals can have on community is one of the darkest parts of the scene.

DEF CON as an org has also really leaned into the idea of "transparency" reports, which is to say, releasing the information *that the org thinks the community needs* as, essentially, a moral imperative.

This being one of the only messages about the case that have been shared, I'm guessing it's mostly the transparency piece but also a bit to rally some community support about something a lot of us weren't really that aware of.

But I don't really know nothin'. Just guessing.

And yeah, it may end up being a very bad idea. But time will tell.

⊖   ⬆ 4 ⬇   💬 Reply   🏅 Award   ↑ Share   •••

 **Afraid_Win_9934** • 4mo ago

And can/should a conference's code of conduct be enforced in a workplace disagreement?

⬆ 1 ⬇   💬 Reply   🏅 Award   ↑ Share   •••

⊕ 3 more replies

r/Defcon   ⊕ Join

**Defcon**

The unofficial subreddit of world's largest hacker convention!

39K        8          Top 3%
Members   ● Online   Rank by size ↗

Related   DEF CON   Safety & security te   ⟩

 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes · 140 comments

 r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes · 6 comments

 r/Teddy

TLDR: Ryan Cohen's reply to dismiss the complaints from his lawsuit

194 upvotes · 12 comments

 r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes · 53 comments

 r/Defcon

Hadnagy v. Moss Nov 2023 update

4 comments

 r/PowerShell

What did you do with PowerShell today?

101 upvotes · 215 comments

 r/cisco

8 more replies

2 more replies

**Chongulator** • 6mo ago

I'm sorry you have to deal with this bullshit, Jeff. Hopefully you can take some solace in the fact that Hadnagy is repeatedly hitting himself in the face with the Streisand Effect.

⬆ 15 ⬇   💬 Reply   🏅 Award   ↑ Share   ⋯

**itsabuyereconomy** • 6mo ago

The legal dance with DEF CON continues. Hadnagy's persistent lawsuits, now shifting jurisdictions, keep the drama alive. Moving the case from Nevada to Washington adds an interesting twist. Happy New Year!

⬆ 12 ⬇   💬 Reply   🏅 Award   ↑ Share   ⋯

**quaddi** • 6mo ago

I hope it gets Anti-SLAPPed to oblivion.

⬆ 6 ⬇   💬 Reply   🏅 Award   ↑ Share   ⋯

**captain_obvious_here** • 6mo ago

> Chris filed his new lawsuit in Nevada, requesting damages for mentioning him in our Transparency Report and requested a jury trial.

I'm completely out of the loop here. Can anyone ELI5 this or point me to said *Transparency Report* please?

⊖   ⬆ 5 ⬇   💬 Reply   🏅 Award   ↑ Share   ⋯

**aelwell** • 6mo ago

https://defcon.org/html/links/dc-transparency.html ✅ Scroll down to "Post Def Con 29". Also Verge and TechTarget have articles about the situation if you google.

Basically, the con says they received reports of Chris breaking the Code of Conduct so they banned him. Chris says there were no legitimate reports and they only banned him because they wanted someone new in charge of SE village.

⬆ 14 ⬇   💬 Reply   🏅 Award   ↑ Share   ⋯

5 more replies

**jrobber912** • 6mo ago

What exactly did Chris do to get banned?

---

r/Defcon    [Join]

**Defcon**

The unofficial subreddit of world's largest hacker convention!

**39K** Members   **8** 🟢 Online   **Top 3%** Rank by size ⤢

Related   DEFCON   Safety & security te ›

🅡 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to…

280 upvotes · 140 comments

🅡 r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes · 53 comments

⬣ r/PowerShell

What did you do with PowerShell today?

101 upvotes · 215 comments

🅡 r/cissp

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes · 43 comments

🅡 r/cissp

…I did it?

118 upvotes · 30 comments

r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes · 6 comments

aelwell • 6mo ago

https://defcon.org/html/links/dc-transparency.html ✅ Scroll down to "Post Def Con 29". Also Verge and TechTarget have articles about the situation if you google.

Basically, the con says they received reports of Chris breaking the Code of Conduct so they banned him. Chris says there were no legitimate reports and they only banned him because they wanted someone new in charge of SE village.

⊖  ⌃ 14 ⌄   ⬚ Reply   ⬗ Award   ⬆ Share   •••

# r/Defcon

**Join**

**Defcon**

The unofficial subreddit of world's largest hacker convention!

| **39K** | **8** | **Top 3%** |
|---|---|---|
| Members | ● Online | Rank by size ⬀ |

captain_obvious_here • 6mo ago

Thanks a lot for your great answer!

⌃ 2 ⌄   ⬚ Reply   ⬗ Award   ⬆ Share   •••

netrunnernobody • 6mo ago

> Chris says there were no legitimate reports and they only banned him because they wanted someone new in charge of SE village.

Doesn't Defcon have the right to choose who can and who can't come to their events? What's he actually suing over?

⊖   ⌃ 2 ⌄   ⬚ Reply   ⬗ Award   ⬆ Share   •••

Related   DEF CON   Safety & security te  ›

 **r/SocialEngineering**

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes • 140 comments

Afraid_Win_9934 • 4mo ago

Here's a theoretical question for you. You're a business owner who attends a conference. That conference has banned four people in the past for being a convicted sex offender. No one else has been banned by name. Only the sex offenders. Then one day, that conference says you, u/netrunnernobody is the fifth person to be banned by name. The conference doesn't say anything more other than it's just a code of conduct violation, but you're on that list with four sex offenders. When you ask for the reasoning to be released, the conference responds with nothing.

What's the community going to think? Will your customers want to be associated with you? What will happen to your business? Should you have any recourse to that at all?

Now, is Hadnagy a convicted sex offender? No. Does he have sexual assault allegations against him? Not in the Defcon legal filings. If we read the filings, Defcon alleges that the complaints come from a former employee with a workplace complaint. It isn't even anything that occurred at Defcon, according to the filings.

One thing that I'm wondering is whether the CoC is in effect for workplace disagreements that do not happen at Defcon or are not affiliated with Defcon in any way. Based on what we see in the court documents, it seems that way.

⌃ 2 ⌄   ⬚ Reply   ⬗ Award   ⬆ Share   •••

Square-Spot5519 • 6mo ago

 **r/Cisco**

Holy sh#$ (Cisco Live)

145 upvotes • 53 comments

🅧 **r/PowerShell**

What did you do with PowerShell today?

101 upvotes • 215 comments

**r/cissp**

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes • 43 comments

**r/cissp**

...I did it?

118 upvotes • 30 comments

**r/coeurdalene**

NIC Board Majority Still Trying to Fire Swayne

9 upvotes • 6 comments

Square-Spot5519 • 6mo ago

During DC30 there was a fight outside in the hallway at the SE Village. Goons were trying to remove someone who was out there. I was in a session in a room, so I only heard fighting and yelling. The commotion went on for about 10 minutes. Wonder if this was related.

⊖  ⬆ 2 ⬇   💬 Reply   🏅 Award   ⬆ Share   ⋯

> DTangent OP • 6mo ago
>
> Nope, unrelated.
>
> ⬆ 6 ⬇   💬 Reply   🏅 Award   ⬆ Share   ⋯

jrobber912 • 6mo ago

What exactly did Chris do to get banned?

⬆ 3 ⬇   💬 Reply   🏅 Award   ⬆ Share   ⋯

↪ 3 more replies

[deleted] • 6mo ago

Hmm. I got no dog in this fight, but after reading the complaint, it seems like he could have a case.

Leaving the "code of conduct violation" up to our imaginations is kinda going to make anyone assume the worst, and if it wasn't something like S.A., then you should really clarify that because even the hint of that can destroy someone's life.

Unless it was, and the guy is just using the lawsuit to figure out who snitched, that's a possibility, too.

⬆ 2 ⬇   💬 Reply   🏅 Award   ⬆ Share   ⋯

Afraid_Win_9934 • 5mo ago

I'm reading through the courtlistener documents and in one of Defcon's responses, I read:

> In late 2021, an ex-employee of Plaintiff Social-Engineer LLC ("Social-Engineer")

approached Defendant Def Con through a third party. The ex-employee described to the third party a campaign of abusive, harassing, and controlling behavior by Plaintiff Chris Hadnagy precipitated by her decision to leave Social-Engineer.

One thing that I can't tell is whether that happened **at** Defcon. Is that a workplace complaint or a complaint of something that happened while at Defcon? For the purpose of transparency, I think this should be clarified. Because when I read the Defcon code of conduct, it only refers to behavior **at** the conference. And if this is a workplace complaint, is that within the scope of the code of conduct? Yes, Defcon can ban people for any reason it wants, but the CoC only refers to being "at Defcon", so I wondered how the code of

r/Defcon   [Join]

Defcon

The unofficial subreddit of world's largest hacker convention!

39K            8            Top 3%
Members   ● Online   Rank by size

[ Related ]  DEF CON   Safety & security te… ⟩

r/ r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes • 140 comments

r/ r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes • 53 comments

r/PowerShell

What did you do with PowerShell today?

101 upvotes • 215 comments

r/ r/cissp

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes • 43 comments

r/ r/cissp

...I did it?

118 upvotes • 30 comments

r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes • 6 comments

2 Reply Award Share ···

**DTangent** OP · 6mo ago

Nope, unrelated.

6 Reply Award Share ···

**jrobber912** · 6mo ago

What exactly did Chris do to get banned?

3 Reply Award Share ···

**ICSChoppers** · 4mo ago

i hard he called people the n-word at defcon and was banned

1 Reply Award Share ···

**Afraid_Win_9934** · 4mo ago

That's not what Defcon has in their court documents. Moss/Defcon submitted to the courts that this is a disagreement between Hadnagy and someone who was an employee. Defcon is enforcing their code of conduct for a workplace issue.

2 Reply Award Share ···

**ICSChoppers** · 3mo ago

oh ok yeah i heard about the code of conduct ban and the nword so i thought he was banned after saying the nword, maybe he was banned for doing something else unrelated to saying the nword

1 Reply Award Share ···



**r/Defcon** Join

**Defcon**

The unofficial subreddit of world's largest hacker convention!

38K Members · 8 Online · Top 3% Rank by size

Related  DEFCON  Safety & security te ›

r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes · 140 comments

r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes · 53 comments

r/PowerShell

What did you do with PowerShell today?

101 upvotes · 215 comments

r/cissp

I passed my CISSP and I don't think any of

of something that happened while at Defcon/ for the purpose of transparency. I think this should be clarified. Because when I read the Defcon code of conduct, it only refers to behavior **at** the conference. And if this is a workplace complaint, is that within the scope of the code of conduct? Yes, Defcon can ban people for any reason it wants, but the CoC only refers to being "at Defcon", so I wondered how the code of conduct comes into play if this behavior didn't happen at defcon or while they were affiliated with the conference.

Also, who is the "third party" that spoke to Hadnagy? I thought Jeff has previously said he spoke with Hadnagy, but this legal document just refers to a third party. Was that Jeff? Was it a Defcon lawyer? Was it just a friend of Jeff? We certainly have no right to know who the victims are/were here, but it doesn't sound like the third party person is one of the victims, so who was the third party person? I'm hoping that u/DTangent can help to clarify for transparency.

⌃ 1 ⌄    💬 Reply    🏆 Award    ⤴ Share    ⋯

 **PNWCyberSecCurious** • 4mo ago

DefCon filed their motion to dismiss on 18 January. It was mainly a re-hash of arguments made in the Pennsylvania case and in the Nevada case before it was transferred. The arguments were successful before so why change I guess? (I don't know that for sure as I am not a lawyer but that's what I would be thinking).

Hadnagy filed their response yesterday. Again the arguments are mostly the same about why they stated a claim and the claims are proper. Hadnagy has a new lawyer and this one seems a bit more aggressive and on the ball. Some interesting things:

1. The timeline changed a bit -

   In August of 2021, the Event was held in hybrid form due to COVID restrictions, and Plaintiffs attended virtually. Id. ¶¶ 51, 64. Approximately one month later, Hadnagy discovered that Moss was considering false and disparaging allegations allegedly regarding Plaintiffs' separate business endeavors; Hadnagy discerned this effort arose from his effort to secure his third party nonprofits' confidential information. Id. ¶¶ 53, 64.

   From September 2021 through January of 2022, Hadnagy sent Moss multiple messages attempting to schedule a meeting to discuss these false allegations, but Moss refused to meet and it became clear Defendants would not offer Plaintiffs access to the Event. Id. ¶ 53-55. Accordingly, on January 22, 2022, Plaintiffs notified Defendants that they would be hosting the SEVillage at another location and not participating in the Event. Id. ¶¶ 56.

   On February 9, 2022, Defendants issued a false and defamatory assertions against Plaintiffs, citing severe violations of the Event's code of conduct (the, "Code of Conduct") and banning them, despite the fact that Plaintiffs did not participate in the Event. Id. ¶ 58. See Motion, Exhibit 1.

To me this looks bad for Hadnagy, but again I am not a lawyer so maybe this is normal back and forth in filings, but it looks like he was hiding things.

2. The filing accuses Moss of intentionally smearing Hadnagy by calling him a racist and and saying he is sexually discriminatory at work and repeating these rumors to multiple conferences. This is new, I



**r/Defcon**    Join

**Defcon**

The unofficial subreddit of world's largest hacker convention!

**39K**          **8**          **Top 3%**
Members     ● Online     Rank by size ⤢

Related    DEF CON    Safety & security te ›

 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes • 140 comments

r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes • 53 comments

r/PowerShell

What did you do with PowerShell today?

101 upvotes • 215 comments

r/cissp

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes • 43 comments

r/cissp

...I did it?

118 upvotes • 30 comments

r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes • 6 comments

r/cybersecurity

1. The timeline changed a bit.

**r/Defcon**  Join

**Defcon**

The unofficial subreddit of world's largest hacker convention!

**39K**
Members

**8**
● Online

**Top 3%**
Rank by size ⬀

In August of 2021, the Event was held in hybrid form due to COVID restrictions, and Plaintiffs attended virtually. Id. ¶¶ 51, 64. Approximately one month later, Hadnagy discovered that Moss was considering false and disparaging allegations allegedly regarding Plaintiffs' separate business endeavors; Hadnagy discerned this effort arose from his effort to secure his third party nonprofits' confidential information. Id. ¶¶ 53, 64.

From September 2021 through January of 2022, Hadnagy sent Moss multiple messages attempting to schedule a meeting to discuss these false allegations, but Moss refused to meet and it became clear Defendants would not offer Plaintiffs access to the Event. Id. ¶ 53-55. Accordingly, on January 22, 2022, Plaintiffs notified Defendants that they would be hosting the SEVillage at another location and not participating in the Event. Id. ¶¶ 56.

On February 9, 2022, Defendants issued a false and defamatory assertions against Plaintiffs, citing severe violations of the Event's code of conduct (the, "Code of Conduct") and banning them, despite the fact that Plaintiffs did not participate in the Event. Id. ¶ 58. See Motion, Exhibit 1.

To me this looks bad for Hadnagy, but again I am not a lawyer so maybe this is normal back and forth in filings, but it looks like he was hiding things.

2. The filing accuses Moss of intentionally smearing Hadnagy by calling him a racist and and saying he is sexually discriminatory at work and repeating these rumors to multiple conferences. This is new, I haven't seen this accusation before.

2a. Still no details on the origin of the ban, but based on past statements that it started as a workplace dispute with a former employee and this statement contained in the current filing:

> The Complaint alleges that Mr. Moss spread additional Injurious Falsehoods to Black Hat,
> including that Plaintiffs' employment practices were racially discriminatory and that Mr. Hadnagy
> fosters a hostile work
> environment based on gender. Id. ¶ 76.

I am going to guess Hadnagy was accused of racism and sexual harassment.

3. There is a little more detail on the loss of business Hadnagy alleges occurred because of the ban. Not a lot but a bit. Again I am not a lawyer so maybe this is normal and the rest comes out in discovery, but if I was a judge I would want more detail.

I think that catches everything up. There are some more interesting things but nothing major. I think Defcon has to respond to this by next Friday, but I might be wrong.

https://www.courtlistener.com/docket/68094183/hadnagy-v-moss/ ✓

⬆ 1 ⬇   💬 Reply   🏆 Award   ⬆ Share   •••

⊕ 9 more replies

Related   DEFCON   Safety & security te ❯

 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes · 140 comments

 r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes · 53 comments

 r/PowerShell

What did you do with PowerShell today?

101 upvotes · 215 comments

 r/cissp

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes · 43 comments

 r/cissp

...I did it?

118 upvotes · 30 comments

 r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes · 6 comments

rosters a nostile work environment based on gender. Id. ¶ 76.

I am going to guess Hadnagy was accused of racism and sexual harassment.

3. There is a little more detail on the loss of business Hadnagy alleges occurred because of the ban. Not a lot but a bit. Again I am not a lawyer so maybe this is normal and the rest comes out in discovery, but if I was a judge I would want more detail.

I think that catches everything up. There are some more interesting things but nothing major. I think Defcon has to respond to this by next Friday, but I might be wrong.
https://www.courtlistener.com/docket/68094183/hadnagy-v-moss/ ✅

⊙  ⬆ 1 ⬇   💬 Reply   ⌀ Award   ↥ Share   •••

 **Afraid_Win_9934** • 4mo ago

> To me this looks bad for Hadnagy

Why? What you had above shows that Hadnagy was trying to get a meeting with Moss, but Moss refused. This is different from what Moss has claimed. Moss claimed that Defcon met with Hadnagy. My question is "who" from Defcon met with Hadnagy? Was it Moss himself? Was it Defcon's lawyers? This should be easy for u/Dtangent to answer in the spirit of transparency. Because if Hadnagy is claiming in the docs that he requested a meeting with Moss and Moss said that someone met with Hadnagy, those claims are not lining up.

> it started as a workplace dispute with a former employee

Is that within scope for the Defcon code of conduct? In your post, it still sounds like none of this happened AT Defcon or had anything to do with Defcon. I haven't seen anything that even references any of Hadnagy's behavior at Defcon. So the question for u/DTangent, was Hadnagy's violation at Defcon? Or is Defcon now enforcing its code of conduct for behavior on people's actions outside of and unrelated to Defcon? This is a pretty big distinction. Are all potential attendees subject to Defcon's code of conduct 24/7/365?

⊙  ⬆ 2 ⬇   💬 Reply   ⌀ Award   ↥ Share   •••

 **PNWCyberSecCurious** • 4mo ago

> It looks bad to me because previously Hadnagy has claimed he had no idea why he was banned. I could be mis or overreading this, but it just struck me as a pretty major change in the story.

I think your other questions are reasonable and I still disagree with the way the ban was originally announced and how speculation was allowed to spin out of control.

⬆ 2 ⬇   💬 Reply   ⌀ Award   ↥ Share   •••

⊙ 7 more replies

---

 **r/Defcon**  [Join]

**Defcon**
The unofficial subreddit of world's largest hacker convention!

**39K**
Members

**8**
● Online

**Top 3%**
Rank by size ↗

[ Related ]  [ DEFCON ]  [ Safety & security te ] ›

 r/SocialEngineering
I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...
280 upvotes · 140 comments

 r/Cisco
Holy sh#$ (Cisco Live)
145 upvotes · 53 comments

 r/PowerShell
What did you do with PowerShell today?
101 upvotes · 215 comments

 r/cissp
I passed my CISSP and I don't think any of my advice is all that great.
182 upvotes · 43 comments

 r/cissp
...I did it?
118 upvotes · 30 comments

 r/coeurdalene
NIC Board Majority Still Trying to Fire Swayne
9 upvotes · 6 comments



Single comment thread                              See full discussion

**r/Defcon**                                                    Join

**Defcon**

The unofficial subreddit of world's largest hacker convention!

| **39K** | **11** | **Top 3%** |
| --- | --- | --- |
| Members | ● Online | Rank by size ⬏ |

**PNWCyberSecCurious** • 4mo ago

It looks bad to me because previously Hadnagy has claimed he had no idea why he was banned. I could be mis or overreading this, but it just struck me as a pretty major change in the story.

I think your other questions are reasonable and I still disagree with the way the ban was originally announced and how speculation was allowed to spin out of control.

⊖  ⌃ 2 ⌄   💬 Reply   Award   ⬆ Share   •••

---

**Afraid_Win_9934** • 4mo ago

I guess I'm still not sure. There can be a huge difference between "we have accusations of you being harassing to employees" and knowing what the ban was for. And there was information in one of Defcon's legal filings that included some of that information, that this is about a workplace dispute. Was that information given to Hadnagy up front when *someone (Moss hasn't said who it was) originally talked with Hadnagy? I have no idea.

It is also interesting that like you say, "speculation was allowed to spin out of control." as that does seem to be the case. Like you've also said, I'm no lawyer either, but if you create an environment where a situation spins out of control, and you had the ability to quell it and didn't? That sure doesn't seem good. I mean, we don't let people shout fire in a crowded theater. There's nothing harmful that comes from shouting that. The harm comes from the reaction of everyone in the room, but we put the blame on the person who yelled it. This is Defcon shouting fire and then saying "I had no idea people were going to all trample each other. We have no control over that, not our fault."

And if this is just for a workplace disagreement? I find it interesting that u/DTangent hasn't said who from Defcon had the conversation with Hadnagy.

⊖  ⌃ 1 ⌄   💬 Reply   Award   ⬆ Share   •••

---

**PNWCyberSecCurious** • 4mo ago

Defcon has replied in the motion to dismiss. Again it seems to be a rehash of the Pennsylvania arguments. I guess we'll see what happens in a few weeks.
https://www.courtlistener.com/docket/68094183/hadnagy-v-moss/

⊖  ⌃ 3 ⌄   💬 Reply   Award   ⬆ Share   •••

---

**Afraid_Win_9934** • 4mo ago

So Pennsylvania is no good because Defcon has nothing to do with it. Nevada is no good because Defcon is only there a couple days a year. Now Washington is no good...because Defcon isn't there, in spite of being Moss's home address? I don't get it. If you're going to fight against venue, there should be a point where you gotta say which jurisdiction you won't fight and let it get to the perceived merits of the case.

⌃ 2 ⌄   💬 Reply   Award   ⬆ Share   •••

---

Related     DEF CON     Safety & security te  ›

🄡 r/Cisco

Holy sh#$ (Cisco Live)

145 upvotes · 53 comments

🄡 r/SocialEngineering

I am Chris Hadnagy, a professional Human Hacker. I have written 5 books on the to...

280 upvotes · 140 comments

▣ r/PowerShell

What did you do with PowerShell today?

101 upvotes · 215 comments

🄡 r/cissp

I passed my CISSP and I don't think any of my advice is all that great.

182 upvotes · 43 comments

🄡 r/coeurdalene

NIC Board Majority Still Trying to Fire Swayne

9 upvotes · 6 comments

🄡 r/cissp

...I did it?

118 upvotes · 30 comments