THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**DEFENDANT DEF CON COMMUNICATIONS, INC.'S NOTICE OF INTENT TO FILE SURREPLY** |

NOTICE OF INTENT TO FILE SURREPLY – 1
(No. 2:23-CV-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Defendant Def Con Communications, Inc. ("Def Con") hereby submits notice pursuant to Local Civil Rule 7(g) of its intent to file a Surreply "to strike material contained in or attached to" Plaintiffs Christopher Hadnagy and Social-Engineer, LLC's ("Plaintiffs") Reply in Support of Motion to Amend (ECF 51) and Declaration of Mark Conrad in Support of Plaintiffs' Reply (ECF 51-01).

Dated: July 24, 2024

*David A. Perez*
David A. Perez, WSBA No. 43959
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
DPerez@perkinscoie.com

Matthew J. Mertens (Admitted Pro Hac Vice)
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
MMertens@perkinscoie.com

Lauren A. Trambley (Admitted Pro Hac Vice)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
LTrambley@perkinscoie.com

NOTICE OF INTENT TO FILE SURREPLY – 2
(No. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000