THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,

        Plaintiffs,

v.

JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,

        Defendants.

No. 2:23-cv-01932-BAT

DECLARATION OF LAUREN ENGLISH IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY

I, Lauren English, declare under penalty of perjury under the laws of Washington State as follows:

    1.    I am the paralegal in the above-captioned matter.

    2.    I am over the age of 18, and competent to testify to the matters set forth herein; and make this declaration of my own personal knowledge.

    3.    As early as May 2024, after receiving Defendants' first set of discovery requests, I have been assisting our client with document collection. I have spent many hours communicating and working with our client identifying sources of potential information, collecting, and reviewing relevant documents responsive to discovery. When files are produced by client, we review those files to ensure they are produced in native format, there are no missing attachments, and that the

DECLARATION OF LAUREN ENGLISH IN
SUPPORT OF PLAINTIFFS' RESPONSE TO
DEFENADNTS' MOTION TO COMPEL
DISCOVERY - Page 1

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1    communications are complete. We have also continued to inquire about additional sources of

2    information that may reveal additional information responsive to Def Con's requests.

3        4.    On June 20, 2024, I produced our first set of responses and documents, in native

4    format, to Defendants' discovery requests. This production contained 445 documents. During a

5    Rule 26(f) Conference, held between the parties on July 16, 2024, Defendants' counsel informed

6    attorney Mark Conrad and I, that the first production was not produced in native format. When

7    clarification was requested, Defendants' counsel explained that no dat files accompanied the

8    production, leaving out information such as title of document, custodian, modification date, etc.

9    After informing Defendants' counsel that the production was exported in native format from our

10   discovery platform, Digital War Room (DWR), both parties agreed to investigate the issue more

11   in depth.

12       5.    Immediately following the conference with Defendants' counsel, I looked more

13   closely at the production and noticed that although the documents were produced in native format

14   when they were exported from DWR the dat files did not transfer with the production. I

15   immediately scheduled a call with a technician at Digital War Room (DWR), to figure out why

16   the issue occurred. After two hours, the problem was identified, and the tools provided to fix it.

17   This was not an issue that client contributed to as all documents were provide in native format but

18   instead an issue with the DWR platform which has now been remedied.

19       6.    On July 25, 2024, the first production was re-produced to Defendants, along with

20   the dat files. A subsequent production was also turned over, equaling out 495 documents. Bringing

21   our production total to 958 documents, or 264 megabytes worth of data. All of these productions

22   included ESI information including metadata and dat files.

23       7.    On July 25, 2024, Defendants served a second set of discovery. I am currently in

DECLARATION OF LAUREN ENGLISH IN
SUPPORT OF PLAINTIFFS' RESPONSE TO
DEFENADNTS' MOTION TO COMPEL
DISCOVERY - Page 2

the process of continuing to work with client, on gathering the responsive documents, and preparing them to be turned over by August 26, 2024.

8.    Over the course of four months, Defendants have produced only 180 pages, or 70 megabytes worth of data.

9.    Defendants claim that we have not turned over internal communications, documents related to ILF, documents related to Cat Murdock, or text messages. This is untrue. SE_0000120 – 000139, is a text thread between Defendant Hadnagy and Neil Wyler. SE_000951 – 000958 is the employment agreement between Cat Murdock and Social-Engineer. SE_348 – 000401, and 000410 – 000425 are internal communications between Social Engineer employees. SE_000401 – 000410, 000926 – 000939 are communications with contractual counterparts. SE_000426 is a document related to the ILF project that Def Con requested.

10.    Plaintiffs with my assistance are continuing to conduct diligent searches and turn over responsive documents as they are located.


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.


DATED this 16th day of August 2024 in Seattle, Washington.


By: _____
Lauren English

DECLARATION OF LAUREN ENGLISH IN
SUPPORT OF PLAINTIFFS' RESPONSE TO
DEFENADNTS' MOTION TO COMPEL
DISCOVERY - Page 3

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies under the penalty of perjury according to the laws of the United

3
States and the State of Washington that on this date I caused to be served in the manner noted

4
below a copy of this document entitled **DECLARATION OF LAUREN ENGLISH IN**

5
**SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO COMPEL**

6
**DISCOVERY** on the following individuals:

7
David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)

8
Lauren A. Trambley (Pro Hac Vice)
Perkins Coie LLP

9
1201 Third Avenue, Suite 4900
Seattle, Washington 98101

10
dperez@perkinscoie.com
mmertens@perkinscoie.com

11
ltrambley@perkinscoie.com

12
[   ]    Via USPS
[X]    Via Electronic Mail

13
[   ]    Via Electronic Filing (CM/ECF)

14
DATED this 16th day of August 2024 at Seattle, Washington.

15

16
_____
Amber Holmes, Legal Assistant

17

18

19

20

21

22

23

DECLARATION OF LAUREN ENGLISH IN
SUPPORT OF PLAINTIFFS' RESPONSE TO
DEFENADNTS' MOTION TO COMPEL
DISCOVERY - Page 4

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660