THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>DECLARATION OF MARK CONRAD IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR CONFIDENTIALITY |

I, Mark Conrad, declare under penalty of perjury under the laws of Washington State as follows:

1. I am one of the attorneys representing Plaintiffs Christopher Hadnagy and Social-Engineer, LLC.

2. I am over the age of 18, and competent to testify to the matters set forth herein; and make this declaration of my own personal knowledge.

3. Prior to the protection order being put into place, the parties met and conferred to discuss alternatives to marking all pages of the Basecamp communications as confidential. An agreement could not be reached for less restrictive alternatives to fully marking each page of communication as confidential. Since Plaintiffs intend on and have used these Basecamp

DECLARATION OF MARK CONRAD IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR CONFIDENTIALITY - Page 1

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1  communications in future pleadings and depositions, the parties decided to use LCR 37 to address
2  the issue now.

3   4. Plaintiffs agreed to the Stipulated Protective Order because they were under the
4  impression the Basecamp communications contained discussions regarding specific individuals
5  who made accusations against our client. The Basecamp communications were released after the
6  stipulated protective order was entered by the Court on June 10, 2024. It was then discovered that
7  there were no or very few discussions regarding those specific individuals, but it isn't clear to me
8  from the documents who those individuals are, if any.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED this 16th day of August 2024 in Seattle, Washington.

FREY BUCK,

By: _____
Mark Conrad, WSBA #48135

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **DECLARATION OF MARK CONRAD IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR CONFIDENTIALITY** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com

[  ]  Via USPS
[X]  Via Electronic Mail
[  ]  Via Electronic Filing (CM/ECF)

DATED this 16th day of August 2024 at Seattle, Washington.

_____
Amber Holmes, Legal Assistant