UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-01932-BAT<br><br>**ORDER REGARDING EXPEDITED JOINT MOTION FOR DISCOVERY (DKT. 57)** |

Before the Court is an Expedited Joint Motion for Discovery. Dkt. 57. The motion reveals the parties are locked in a discovery dispute in which each side criticizes and complains about the other. Their dispute revolves around the way discovery is being collected, preserved, and produced. As the parties are unable to come to a mutual agreement, the Court **ORDERS**:

1. Counsel for each party shall certify to the Court **by September 11, 2024**, that:

    a) Counsel or a third-party vendor has collected all discovery requested and identified in a party's discovery request.

    b) The discovery requested was collected in a forensically sound manner to preserve the integrity of the discovery and inclusion of all native metadata.

    c) The discovery collected was reviewed utilizing the search terms propounded by the requesting party, and all discovery falling within or that returned a positive hit of the propounded search terms has been provided to the requesting party.

2. The Court further directs the parties to fulfill their on-going duty to supplement disclosures or discovery responses whenever a prior disclosure or response is incomplete or incorrect, or when new facts come to light or change.

DATED this 21st day of August, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge