THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**JOINT CERTIFICATION OF COUNSEL IN RESPONSE TO COURT'S AUGUST 21, 2024, ORDER REGARDING DISCOVERY** |

JOINT CERTIFICATION OF COUNSEL IN RESPONSE TO COURT'S AUGUST 21, 2024, ORDER REGARDING DISCOVERY – 1 (No. 2:23-CV-01932-BAT)

169051903.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    Counsel for Plaintiffs Christopher Hadnagy and Social-Engineer LLC and
2 counsel for Defendants Def Con Communications, Inc. and Jeff Moss jointly file this
3 certification in response to the Court's August 21, 2024, Order regarding discovery.

4    As officers of the Court, counsel undersigned hereby certify that Plaintiffs have
5 retained a third-party vendor as subsection (a) of the Order requires; that Plaintiffs
6 and Defendants have collected documents from the custodians currently within the
7 parties' possession, custody, or control; that counsel undersigned conferred in good
8 faith on Friday, September 6, regarding Plaintiffs' proposed search terms; that as
9 part of this conferral, counsel for Plaintiffs agreed to eliminate certain terms and
10 narrow other terms, and counsel for Defendants agreed to randomly sample certain
11 other specified terms for responsiveness and cooperate with Plaintiffs regarding
12 additional review of these terms as warranted; that the parties are cooperating in
13 good faith in document collection, review, and production; and that production of all
14 documents hitting on the other side's proposed search terms is not currently the best
15 way to ensure the just, speedy, and inexpensive resolution of the document discovery
16 process in this action.

17    Based on the certifications above, counsel undersigned accordingly jointly
18 request that the parties be permitted to exchange, review, and negotiate reasonable
19 search terms, and thereafter review and produce responsive documents, rather than
20 producing all documents hitting on the other side's proposed search terms.

JOINT CERTIFICATION OF COUNSEL IN RESPONSE
TO COURT'S AUGUST 21, 2024, ORDER REGARDING
DISCOVERY – 2 (No. 2:23-cv-01932-BAT)

169051903.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: September 10, 2024. | *s/Matt Mertens* |
| 2 | | David A. Perez, WSBA No. 43959 |
| | | **PERKINS COIE LLP** |
| 3 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, WA 98101-3099 |
| 4 | | Telephone: 206.359.8000 |
| | | DPerez@perkinscoie.com |

Matthew J. Mertens (Admitted Pro Hac Vice)
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
MMertens@perkinscoie.com

Lauren A. Trambley (Admitted Pro Hac Vice)
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
LTrambley@perkinscoie.com

Dated: September 10, 2024.

*s/Mark Conrad*
Theron A Buck
Mark Conrad, WSBA No. 48135
**FREY BUCK PS**
1200 FIFTH AVENUE
STE 1900
SEATTLE, WA 98101
206-486-8000
Email: tbuck@freybuck.com

JOINT CERTIFICATION OF COUNSEL IN RESPONSE TO COURT'S AUGUST 21, 2024, ORDER REGARDING DISCOVERY – 3 (NO. 2:23-CV-01932-BAT)

169051903.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000