UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-c-v-01932-BAT<br><br>**ORDER GRANTING STIPULATED DISCOVERY REQUEST (DKT. 65)** |

Pursuant to the Court's Order Regarding Expedited Joint Motion of Discovery (Dkt. 63), counsel for all parties have provided certifications relating to the collection preservation, and production of discovery. Dkt. 65 (¶¶ 1(a), (b), and (c)). As to the certification requirement set forth in ¶1(c) of the Order, the parties have determined that production of all documents hitting on the other side's proposed search terms is not currently the best way to ensure the just, speedy, and inexpensive resolution of the document discovery process in this action and jointly request an amendment to that certification requirement.

Accordingly, it is **ORDERED** that pursuant to the Joint Certification of Counsel (Dkt. 65), the parties are permitted to exchange, review, and negotiate reasonable search terms, and

- 1

thereafter review and produce responsive documents, rather than producing all documents hitting on the other side's proposed search terms.

DATED this 10th day of September, 2024.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge