THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND DEADLINES AND CONTINUE TRIAL**<br><br>NOTED FOR CONSIDERATION:<br>November 15, 2024 |

DECLARATION OF MATTHEW J. MERTENS ISO
DEFENDANTS' MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I, Matthew J. Mertens, declare and state as follows:

1. I am a partner at Perkins Coie LLP, and I serve as counsel for Defendants Def Con Communications, Inc. ("Def Con") and Jeff Moss (collectively, "Defendants") in the above-entitled action. I submit this declaration in support of Defendants' motion to continue deadlines in the scheduling order and continue trial.

2. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

3. On August 21, 2024, the Court granted Def Con's motion to compel (the "Order") against Plaintiffs Christopher Hadnagy and Social-Engineer LLC (collectively, "Plaintiffs").

4. On August 21, 2024, following the Court's Order, I sent Defendants' list of proposed custodians and search terms to Plaintiffs.

5. On August 23, 2024, counsel for Plaintiffs, Mark Conrad, sent a list of seven additional custodians and search terms to Defendants.

6. Defendants quickly worked to process over 200,000 documents from the seven additional custodians, and I began negotiations with Plaintiffs regarding narrowing their overbroad search terms.

7. On September 5, 2024, Mr. Conrad confirmed that Plaintiffs had hired a third-party vendor to handle the forensic collection pursuant to the Court's Order and would run the search terms I provided on August 21, 2024.

8. On September 6, 2024, I met and conferred with Mr. Conrad and negotiated parameters to narrow the scope of Plaintiffs' search terms.

9. On September 9, 2024, I asked Mr. Conrad for an update on the search term report for Defendants' proposed search terms.

DECLARATION OF MATTHEW J. MERTENS ISO
DEFENDANTS' MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

10. On September 13, 2024, Mr. Conrad provided for the first time a search term report for Defendants' search terms, three weeks after I provided the proposed search terms on August 21, 2024. Mr. Conrad informed me that the search terms were too broad.

11. On September 17, 2024, I sent Mr. Conrad revisions to the search terms to narrow the scope of those search terms.

12. On September 18, 2024, I met and conferred with Mr. Conrad and asked him for a firm date by which Plaintiffs' vendor could provide an updated search term report for Defendants' revised search terms.

13. On September 25, 2024, one week later, Plaintiffs provided a new search term report for Defendants' revised search terms.

14. Between September 25, 2024, and October 23, 2024, I followed up several times with Plaintiffs' counsel to confirm that Plaintiffs had begun reviewing the results of the search term report and the expected date of Plaintiffs' production.

15. On October 23, 2024, after several follow-ups, Plaintiffs made their first document production comprising over 5,740 pages of documents. Plaintiffs indicated that the document production was not complete and that a second production would be made in the near future.

16. To date, Plaintiffs have not made that second production.

17. On September 30, 2024, I requested Mr. Hadnagy's availability for a deposition. I also told Mr. Conrad that a deposition could not take place until Plaintiffs had produced their documents and Defendants had the opportunity to review the documents.

18. On October 4, 2024, Mr. Conrad informed me that Mr. Hadnagy's earliest availability for a deposition was the first week of December, one week before the close of discovery.

DECLARATION OF MATTHEW J. MERTENS ISO
DEFENDANTS' MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01932-BAT) – 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

19. Concerned that new topics for discovery may be learned during Mr. Hadnagy's deposition, my colleague Jacob Dean raised the need for an extension of the current case deadlines with Mr. Conrad. Mr. Conrad indicated that he would speak to Plaintiffs regarding the extension.

20. On October 23, 2024, I raised with Mr. Conrad again the need for an extension on current case deadlines and a continuance of a trial date because Defendants have yet to receive the bulk of Plaintiffs' document production and would need time to review those documents and engage in further meet and confers, if needs, to resolve any deficiencies.

21. On October 28, 2024, Mr. Conrad told me that he did not have authority to agree to a continuance.

Dated: October 31, 2024

s/*Matthew J. Mertens*

Matthew J. Mertens

---

DECLARATION OF MATTHEW J. MERTENS ISO
DEFENDANTS' MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01932-BAT) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000