UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-c-v-01932-BAT<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TRIAL AND PRETRIAL DEADLINES** |

Defendants Def Con Communications, Inc. and Jeff Moss request the Court extend the current case deadlines by 60 days and continue the trial date by 90 days. Dkt. 69. Plaintiffs Christopher Hadnagy and Social-Engineer, LLC oppose the motion (Dkt. 71).

A court has discretion to grant a motion for continuance as part of its inherent power to control its own docket to ensure that cases proceed before it in a timely and orderly manner. Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Case schedules may be modified for "good cause." Fed. R. Civ. P. 16(b)(4); LCR 16(b)(4); LCR 10(g).

Having reviewed the parties' briefing and relevant portions of the record, the Court finds good cause exists for the requested extension and that the requested extension is reasonable under the circumstances as it will allow needed time for the parties to complete written and

- 1

deposition discovery (including all necessary follow-up discovery and motions), fully prepare for trial, and engage in further discussions related to resolution.

Accordingly, it is **ORDERED**:

1. Defendants' Motion to Extend Deadlines (Dkt. 69) is **GRANTED**;

2. The following revised trial date and deadlines shall govern the parties' pretrial filings in this matter:

| EVENT | DATE |
|---|---|
| Close of Discovery | **February 13, 2025** |
| Discovery Motions must be noted for consideration no later than | **February 28, 2025** |
| Daubert Motions Deadline | **March 14, 2025** |
| Dispositive Motions Deadline | **March 14, 2025** |
| Mediation per CR 39.1(c)(3) held no later than | **March 28, 2025** |
| Plaintiffs' CR 16 Pre-Trial Statement | **April 4, 2025** |
| Defendants' CR 16 Pre-Trial Statement | **April 18, 2025** |
| Motions in Limine (must be filed by this date and noted no later than the second Friday after filing) | **April 18, 2025** |
| Agreed CR 16.1 Pretrial Order | **May 23, 2025** |
| **JURY TRIAL** Estimated trial length: 5 days | **July 28, 2025, 9:30 AM, Courtroom 12A** |

DATED this 15th day of November, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge