THE HONORABLE BRIAN A. TSCUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>                Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>                Defendants. | NO. 2:23-cv-01932-BAT<br><br>**NOTICE OF UNAVAILABILITY**<br><br>[*CLERK'S ACTION REQUIRED*] |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL

Plaintiffs hereby give notice that their counsel, Mark Conrad, will be out of the country, on the following dates: **April 13, 2025 – April 23, 2025**. Mr. Conrad will be unavailable to respond to motions, depositions, or other formal action during this time. Plaintiffs formally request that no action in the above case be noted between those dates or for one week immediately thereafter to provide adequate time for preparation.

NOTICE OF UNAVAILABILITY - 1

**FREY BUCK**
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

DATED this 11th day of February 2025.

        FREY BUCK,

        By: _____
        Mark Conrad, WSBA #48135
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **NOTICE OF UNAVAILABILITY** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Jacob (Jake) Dean (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com
jacobdean@perkinscoie.com
rhand@perkinscoie.com
ltrambley@perkinscoie.com
fmahaffey@perkinscoie.com

[ ]     Via USPS
[X]    Via Electronic Mail
[ ]     Via Electronic Filing (CM/ECF)

DATED this 11th day of February 2025 at Seattle, Washington.

_____
Amber Holmes, Legal Assistant