THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF**<br><br>**Noted for Consideration:** February 18, 2025 |

DEFENDANTS' MOTION FOR LEAVE TO FILE
OVER-LENGTH BRIEF (NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to Local Civil Rule 7(f), Defendants Def Con Communications, Inc. and Jeff Moss (collectively, "Defendants") respectfully seek leave to exceed the 8,400-word limit for their forthcoming motion for summary judgment (the "Motion").

Good cause exists to exceed the word limits for the Motion. The discovery exchanged by the parties and non-parties in this case is extensive, including thousands of individual documents, over twelve depositions, and two expert reports, which makes it difficult to adequately address the claim and relevant facts within LCR 7(e)(3)'s 8,400-word response limit. In order to adequately lay the extensive factual foundation, Defendants require an additional 600 words to enumerate the facts and evidence at issue, and to demonstrate that no genuine issues of material fact exist.

Defendants respectfully request that the Court grant this motion to file an over-length brief.

DATED this 18th day of February 2025.

**PERKINS COIE LLP**

*s/David A. Perez*
David A. Perez, WSBA No. 43959
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
E-mail: DPerez@perkinscoie.com

Matthew J. Mertens
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Email: MMertens@perkinscoie.com

DEFENDANTS' MOTION FOR LEAVE TO FILE
OVER-LENGTH BRIEF (NO. 2:23-cv-01932-BAT) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1
2
3
4
5
6

Lauren A. Trambley
**PERKINS COIE LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Email: LTrambley@perkinscoie.com

*Attorneys for Defendants Jeff Moss and Def Con Communications, Inc.*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DEFENDANTS' MOTION FOR LEAVE TO FILE
OVER-LENGTH BRIEF (NO. 2:23-cv-01932-BAT) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000