UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-c-v-01932-BAT<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR OVERLENGTH BRIEF, DKT. 77** |

The Court having reviewed Defendants' motion to file an overlength brief, hereby ORDERS:

(1)  Defendants' motion to file a brief that is 600 words, overlength, is GRANTED. Dkt. 77.

(2)  Plaintiff is also granted leave to file a response that is 600 words overlength.

DATED this 19th day of February, 2054.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

- 1