THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Noted for Consideration:** March 21, 2025<br><br>**ORAL ARGUMENT REQUESTED** |

[PROPOSED] ORDER
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  This matter came before the above-entitled Court on Defendant Def Con
2  Communications, Inc. and Jeff Moss's (collectively, "Defendants") Motion for Sum-
3  mary Judgment (the "Motion").  The Court has thoroughly considered the Motion,
4  all materials submitted in support of and in opposition to the Motion, the applicable
5  law, and relevant portions of the record and finds that there are no genuine issues
6  of material fact and Defendants are entitled to summary judgment as a matter of
7  law.
8  The Court hereby **GRANTS** the Motion, and all claims of Plaintiffs Christo-
9  pher J. Hadnagy and Social-Engineer LLC are hereby **DISMISSED** with prejudice.
10 **IT IS SO ORDERED.**
11
12 DATED this ___ day of _____ 2025.
13
14
   _____
   Honorable Brian A. Tsuchida
15 United States District Court Judge
16
17 Presented by:
18
19 *s/ David A. Perez*
   David A. Perez, WSBA No. 43959
20 **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
21 Seattle, WA 98101-3099
   Telephone: 206.359.8000
22 E-mail: DPerez@perkinscoie.com
23
   Matthew J. Mertens
24 **PERKINS COIE LLP**
   1120 N.W. Couch Street 10th Floor
25 Portland, OR 97209-4128
   Telephone: 503.727.2000
26

[PROPOSED] ORDER – 1
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1 | Email: MMertens@perkinscoie.com

2 | Lauren A. Trambley
3 | **PERKINS COIE LLP**
  | 505 Howard Street, Suite 1000
4 | San Francisco, CA 94105-3204

5 | Telephone: 415.344.7000
  | Email: LTrambley@perkinscoie.com
6 |

7 | *Attorneys for Defendants Jeff Moss*
  |  *and Def Con Communications, Inc.*

[PROPOSED] ORDER – 2
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000