1

THE HONORABLE BRIAN A. TSUCHIDA

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9　CHRISTOPHER J. HADNAGY, an
individual; and SOCIAL-ENGINEER,
10　LLC, a Pennsylvania limited liability
company,

No. 2:23-cv-01932-BAT

**DECLARATION OF STEVE
WYLIE**

11

Plaintiffs,

12

v.

13

JEFF MOSS, an individual; DEF CON
14　COMMUNICATIONS, INC., a Washington
corporation; and DOES 1-10; and ROE
15　ENTITIES 1-10, inclusive,

16

Defendants.

17

18

19

20

21

22

23

24

25

26

DECLARATION OF STEVE WYLIE IN SUPPORT OF
~~Gloria Action Classification Several~~
_____
(No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    I, Steve Wylie, declare and state as follows:

2        1.    I am     <u>Steve Wylie, General Manager, Black Hat</u>

3        2.    The information contained in this declaration is true and correct to the

4    best of my knowledge, and I am of majority age and competent to testify about the

5    matters set forth herein.

6        3.    In or around August 2021, Black Hat received complaints about Chris

7    Hadnagy, including complaints by Maxie Reynolds, among others. After receiving

8    these complaints, Black Hat investigated the allegations, communicated with the

9    individuals who complained about Mr. Hadnagy, communicated with Neil Wyler (who

10   was also made aware of these complaints by Maxie Reynolds), and communicated

11   with Mr. Hadnagy regarding the allegations.

12       4.    After conducting this investigation, Black Hat decided to discontinue

13   Mr. Hadnagy's involvement in Black Hat as both a Trainer and Review Board

14   Member. Black Hat made this decision on its own investigation, did not rely on Def

15   Con's investigation, and did not make this decision based on public reaction to Def

16   Con's ban of Mr. Hadnagy. Black Hat removed Mr. Hadnagy solely based on its own

17   investigation and the pattern of discriminatory and bullying allegations against Mr.

18   Hadnagy.

19       5.    Attached as **<u>Exhibit A</u>** is a true and correct copy of an email exchange

20   between Mr. Hadnagy and me, among others, discussing the allegations against Mr.

21   Hadnagy. In this email, I informed Mr. Hadnagy that Black Hat made the decision

22   to discontinue Mr. Hadnagy's involvement in Black Hat as both a Trainer and Review

23   Board Member, effective immediately. I also informed Mr. Hadnagy that Black Hat

24   strives to be a welcoming, inclusive and safe environment for all participants, and the

25   decision to remove Mr. Hadnagy was based on a series of credible allegations of Code

26

DECLARATION OF STEVE WYLIE IN SUPPORT OF

(No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  of Conduct violations and an unacceptable pattern of harassment, hostility, and

2  retaliatory behavior by Mr. Hadnagy.

3

4      I declare under penalty of perjury under the laws of the State of Washington

5  that the foregoing is true and correct.

6

7  Dated: January 17, 2025

DocuSigned by:

*Steve Wylie*

CF3EFF64D2924FF...

9      Steve Wylie

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Information Classification: General

DEFENDANT DEF CON COMMUNICATIONS,
INC.'S MOTION TO RETAIN
CONFIDENTIALITY
(No. 2:23-cv-01932-BAT) - 3

168694690.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# Exhibit A

| | |
|---|---|
| **From:** | Wylie, Steve |
| **Sent:** | Thursday, February 10, 2022 6:18 PM |
| **To:** | Christopher Hadnagy; Oldenbourg, Steven; Tyra, Sarah; Timothy J Maloney |
| **Cc:** | Ryan MacDougall |
| **Subject:** | RE: Black Hat / Chris H |

Chris,

Was just about to hit the send button on this. Our response as follows:

Chris,

I am writing to inform you that we have made the decision to discontinue your involvement in Black Hat as both a Trainer and Review Board Member, effective immediately.

Black Hat strives to be a welcoming, inclusive and safe environment for all participants. We are basing this decision on a series of credible allegations of Code of Conduct violations and an unacceptable pattern of harassment, hostility and retaliatory behavior on your part.

We do not plan to make a public statement about this decision.

Regards,
Steve

Steve Wylie
Vice President, Cybersecurity Market
Informa Tech
+1 650 284 3326

Information Classification: General

**From:** Christopher Hadnagy <chris@social-engineer.com>
**Sent:** Thursday, February 10, 2022 3:15 PM
**To:** Wylie, Steve <Steve.Wylie@informa.com>; Oldenbourg, Steven <Steve.Oldenbourg@informa.com>; Tyra, Sarah <Sarah.Tyra@informa.com>; Timothy J Maloney <tmaloney@maloneylawpc.com>
**Cc:** Ryan MacDougall <ryan@social-engineer.com>
**Subject:** Re: Black Hat / Chris H

Steve,

I have included my lawyer in this thread. We are formally requesting you reply to my many attempts to find out what is happening with these FALSE accusations. As you stated during our call, 1) you have no proof of the truth of these and 2) you didn't even hear these first hand.

DEF CON has decided to go a very public route and I would like to avoid that with BH regardless of your decision. This is my formal request for you to get your legal team or to give me some meeting times that we can chat.

1

Thank you.

Christopher Hadnagy
Chief Human Hacker
Social-Engineer, LLC.
570.234.3734
www.social-engineer.com

Are you interested in becoming the best version of YOU? Check out the Human Behavior Conference to learn how you can understand the fullness, totality and exquisite nature of human behavior. www.humanbehaviorcon.com

Grab a copy of my new book *Human Hacking: Win Friends, Influence People, and Leave Them Better Off for Having Met You* HERE!

Have you seen my TedX Talk on how we are being hacked daily? https://www.youtube.com/watch?v=9e6k_PtEXdM

---

**From:** Christopher Hadnagy <chris@social-engineer.com>
**Date:** Friday, January 14, 2022 at 6:30 PM
**To:** Wylie, Steve <Steve.Wylie@informa.com>, Oldenbourg, Steven <Steve.Oldenbourg@informa.com>, Tyra, Sarah <Sarah.Tyra@informa.com>
**Cc:** shane.m@innocentlivesfoundation.org <shane.m@innocentlivesfoundation.org>, Ryan MacDougall <ryan@social-engineer.com>
**Subject:** Black Hat / Chris H

BH Team,

I wanted to send a few quick notes and a thank you for meeting with us today. It is always after the fact that thoughts come up.

But first I wanted to reiterate that if you need to talk to some folks, Alethe Denis and Patrick Laverty (I can get you in touch with both) have been approached by Maxie, Cat and Stephanie asking them to join forces with them to bring me down. Not a joke. Alethe was even offered a position in a tv show for her loyalty. They can attest to this.

The accusations were also given to the FBI with much more serious ones and they found no evidence and dropped it and we still work with them in the ILF and I am training the BAU in this month, that would not have happened if there are any relevance to any accusation.

Are you sure there was 15 people on that call? Or was it just stated there was 15 people?

And finally, if after your investigation you find that all I said is true, I would like to formally request that you then not allow Stephanie to return as a trainer to Black Hat. This is liable and an egregious lie about me and my company and she is part of it. I would question that after your investigation when you find these are all lies and fabrications that your CoE and CoC should dictate that someone who would maliciously lie about another trainer should not be allowed to have your platform.

I hope you can look at our 16 year history of good working conditions, never having a complaint from OFFSEC days to now, and having worked with, employed and mentoried many men and women in the community as well as running a nonprofit that fought revenge porn and now child abuse should help you see the true caliber of the type of person I am.

2

Either way, please let me know and I again apologize that as busy as we all are you have to now deal with this stuff due to personal grievances.

Stay safe this weekend.


Christopher Hadnagy
Chief Human Hacker
Social-Engineer, LLC.
570.234.3734
www.social-engineer.com

Are you interested in becoming the best version of YOU? Check out the Human Behavior Conference to learn how you can understand the fullness, totality and exquisite nature of human behavior. www.humanbehaviorcon.com

Grab a copy of my new book *Human Hacking: Win Friends, Influence People, and Leave Them Better Off for Having Met You* HERE!

Have you seen my TedX Talk on how we are being hacked daily? https://www.youtube.com/watch?v=9e6k_PtEXdM

---

**From:** Steve.Wylie@informa.com
**When:** 1:30 PM - 1:55 PM January 14, 2022
**Subject:** Black Hat / Chris H
**Location:** Microsoft Teams Meeting


You don't often get email from steve.wylie@informa.com. Learn why this is important

---

# Microsoft Teams meeting

**Join on your computer or mobile app**
Click here to join the meeting

**Join with a video conferencing device**
689585506@t.plcm.vc
Video Conference ID: 119 330 405 7
Alternate VTC instructions

**Or call in (audio only)**
+1 857-327-9298,,745112935# United States, Boston

Phone Conference ID: 745 112 935#
Find a local number | Reset PIN

Learn More | Meeting options

All information transmitted hereby is intended only for the use of the addressee(s) named above and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of confidential and privileged information is prohibited. If the reader of this message is not the intended recipient(s) or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you must not read this transmission and that disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.