THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**DECLARATION OF MATT MERTENS IN SUPPORT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Noted For Consideration: March 21, 2025 |

DECLARATION OF MATT MERTENS IN SUPPORT
OF DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I, Matt Mertens, declare and state as follows:

1. I am an attorney at Perkins Coie LLP, and I serve as counsel for Defendant Def Con Communications, Inc. ("Def Con") in the above-entitled action. I submit this declaration in support of Def Con's Motion for Summary Judgment.

2. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of DEF CON Conference Transparency Report marked as Defense Exhibit 9 at the deposition of Neil Wyler.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a DEF CON Legal Update "Transparency Update" marked as Defense Exhibit 10 at the deposition of Neil Wyler.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced in discovery with Bates number SE_000922-3.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a true and correct screenshot of the following URL, which I visited on February 18, 2025: https://www.innocentlivesfoundation.org/our-team/chris-hadnagy/."

7. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt from the deposition of Maxie Reynolds conduced September 27, 2024.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced in discovery with Bates number SE_000404-9.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced in discovery with Bates number DENIS00000385-86. Defendants have redacted the individuals' names whose appearance Hadnagy is insulting.

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT - (No. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1      10.    Attached hereto as **Exhibit 8** is a true and correct copy of a document

2 produced in discovery with Bates number SE_17170.

3      11.    Attached hereto as **Exhibit 9** is a true and correct copy of a document

4 produced in discovery with Bates number DENIS00000321–23.

5      12.    Attached hereto as **Exhibit 10** is a true and correct copy of an excerpt

6 from the deposition of Christopher Hadnagy conduced January 28, 2025.

7      13.    Attached hereto as **Exhibit 11** is a true and correct copy of a document

8 produced in discovery with Bates number SE_001519.

9      14.    Attached hereto as **Exhibit 12** is a true and correct copy of a document

10 marked as Defense Exhibit 3 at the deposition of Maxie Reynolds.

11      15.    Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt

12 from the deposition of Neil Wyler conduced November 14, 2024.

13      16.    Attached hereto as **Exhibit 14** is a true and correct copy of a document

14 marked as Defendants Exhibit 3 at the deposition of Neil Wyler.

15      17.    Attached hereto as **Exhibit 15** is a true and correct copy of a document

16 produced in discovery with Bates number WYLER_0178-179.

17      18.    Attached hereto as **Exhibit 16** is a true and correct copy of a document

18 produced in discovery with Bates number SE_001520.

19      19.    Attached hereto as **Exhibit 17** is a true and correct copy of a document

20 produced in discovery with Bates number DEFCON00000470

21      20.    Attached hereto as **Exhibit 18** is a true and correct copy of. an excerpt

22 from the deposition of Jeff Moss conduced July 31, 2024.

23      21.    Attached hereto as **Exhibit 19** is a true and correct copy of a document

24 produced in discovery with Bates number DEFCON00000463

25      22.    Attached hereto as **Exhibit 20** is a true and correct copy of an excerpt

26 from the deposition of Michelle Fincher conduced October 14, 2024.

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - (No. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

23. Attached hereto as **Exhibit 21** is a true and correct copy of Plaintiffs' June 20, 2024, responses to Defendants' discovery requests.

24. Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt from the deposition of Cat Murdock conduced October 24, 2024.

25. Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt from the deposition of Jessica Levine conduced September 19, 2024.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced in discovery with Bates number MURDOCK00000045-6.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a document produced in discovery with Bates number SE_62671.

28. Attached hereto as **Exhibit 26** is a true and correct copy of a document marked as Defense Exhibit 4 at the deposition of Cat Murdock.

29. Attached hereto as **Exhibit 27** is a true and correct copy of a document produced in discovery with Bates number DENIS00000049.

30. Attached hereto as **Exhibit 28** is a true and correct copy of a document produced in discovery with Bates number DENIS00000226.

31. Attached hereto as **Exhibit 29** is a true and correct copy of a document produced in discovery with Bates number DENIS00000290.

32. Attached hereto as **Exhibit 30** is a true and correct copy of a document produced in discovery with Bates number NCDOL0000094-96.

33. Attached hereto as **Exhibit 31** is a true and correct copy of a document produced in discovery with Bates number DEFCON00000149–52.

34. Attached hereto as **Exhibit 32** is a true and correct copy of a document produced in discovery with Bates number DEFCON00000133-34.

35. Attached hereto as **Exhibit 33** is a true and correct copy of a document produced in discovery with Bates number SE_000526.

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - (No. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

36. Attached hereto as **Exhibit 34** is a true and correct copy of a document produced in discovery with Bates number SE_015066.

37. Attached hereto as **Exhibit 35** is a true and correct copy of a document produced in discovery with Bates number SE_015434-47.

38. Attached hereto as **Exhibit 36** is a true and correct copy of a document produced in discovery with Bates number DENIS00000107.

39. Attached hereto as **Exhibit 37** is a true and correct copy of a document produced in discovery with Bates number DENIS00000143.

40. Attached hereto as **Exhibit 38** is a true and correct copy of a document produced in discovery with Bates number SE_001126.

41. Attached hereto as **Exhibit 39** is a true and correct copy of a document produced in discovery with Bates number SE_015470.

42. Attached hereto as **Exhibit 40** is a true and correct copy of an excerpt from the deposition of Samantha Gamble conducted January 15, 2025.

43. Attached hereto as **Exhibit 41** is a true and correct copy of a document marked as Defendants Exhibit 1 at the deposition of Samantha Gamble.

44. Attached hereto as **Exhibit 42** is a true and correct copy of a document produced in discovery with Bates number SE_000426.

45. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced in discovery with Bates number SE_17966.

46. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced in discovery with Bates number SE_30867.

47. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced in discovery with Bates number SE_21768.

48. Attached hereto as **Exhibit 46** is a true and correct copy of a document produced in discovery with Bates number SE_18515.

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - (No. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

49. Attached hereto as **Exhibit 47** is a true and correct copy of a document produced in discovery with Bates number DENIS00000339.

50. Attached hereto as **Exhibit 48** is a true and correct copy of an excerpt from the deposition of Alethe Denis conduced September 24, 2024. Defendants have redacted the individuals' names whose appearance Mr. Hadnagy is insulting.

51. Attached hereto as **Exhibit 49** is a true and correct copy of a document marked as Defense Exhibit 19 at the deposition of Alethe Denis.

52. Attached hereto as **Exhibit 50** is a true and correct copy of a document produced in discovery with Bates number SE_54307.

53. Attached hereto as **Exhibit 51** is a true and correct copy of a document marked as Defense Exhibit 18 at the deposition of Alethe Denis.

54. Attached hereto as **Exhibit 52** is a true and correct copy of a document marked as Defense Exhibit 23 at the deposition of Alethe Denis.

55. Attached hereto as **Exhibit 53** is a true and correct copy of a document marked as Defense Exhibit 24 at the deposition of Alethe Denis..

56. Attached hereto as **Exhibit 54** is a true and correct copy of a document produced in discovery with Bates number SE_20143-47.

57. Attached hereto as **Exhibit 55** is a true and correct copy of a document produced in discovery with Bates number SE_28851.

58. Attached hereto as **Exhibit 56** is a true and correct copy of a document produced in discovery with Bates number SE_48478.

59. Attached hereto as **Exhibit 57** is a true and correct copy of a document produced in discovery with Bates number SE_50401-35.

60. Attached hereto as **Exhibit 58** is a true and correct copy of a document produced in discovery with Bates number SE_67966.

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

61.     Attached hereto as **Exhibit 59** is a true and correct copy of a document produced in discovery with Bates number SE_21610.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: February 21, 2025

                         s/*Matt Mertens*

                         Matt Mertens

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000