THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,

Plaintiffs,

v.

JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,

Defendants.

No. 2:23-cv-01932-BAT

**DECLARATION OF CHRISTOPHER HADNAGY IN SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND SANCTIONS**

Noted for Consideration: March 24, 2025

ORAL ARGUMENT REQUESTED

I, Christopher Hadnagy, declare under penalty of perjury under the laws of Washington State as follows:

1.      I am one of the Plaintiffs in this case and the CEO of Social-Engineer, LLC.

2.      On February 21, 2025, Defendants filed a Motion for Summary Judgment, accompanied by an exhibit file containing 779 pages. Within that exhibit, Defendants publicly disclosed multiple pieces of information that were explicitly designated as Confidential under the protective order governing this case. Specifically, they disclosed:

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

- A detailed list of my company's clients, including the dollar amounts of their contracts.
- My personal salary information for the years 2019 through 2024.
- The names of my medical providers along with information regarding my treatment.

3.     Social-Engineer, LLC provides sensitive security consulting services to Fortune 500 companies, government agencies, and other organizations worldwide. Our business relationships are governed by strict non-disclosure agreements (NDAs), and we do not publicly disclose the identities of our clients, the nature of our services, or the amounts they pay us. Unauthorized exposure of Social Engineer's clients poses severe security risks and makes them vulnerable to malicious actors.

4.     Defendants' public disclosure of our confidential client information poses an immediate and severe risk to my company. Such exposure could lead to clients terminating their relationships with us, as they may no longer trust us to protect their confidentiality. This disclosure jeopardizes our business and threatens the very survival of the company, which is already struggling as Defendants are well aware of. Publicly revealing our client names and contract amounts directly undermines our efforts to rebuild trust and restore lost business.

5.     The disclosure of my personal salary information is also a severe invasion of my privacy and deeply distressing. My financial history was not previously public and reveals personal financial struggles. If I seek new employment, this disclosure will negatively impact my ability to negotiate salary with future employers. Additionally, by exposing my financial difficulties, Defendants have provided further ammunition for online harassment and ridicule. Needless to say, this has caused me significant distress.

DECLARATION OF CHRISTOPHER HADNAGY IN
SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL
CONTEMPT AND SANCTIONS - Page 2

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

6.      Defendants also disclosed the names of my medical providers along with details of my medical treatment. I consider this an egregious violation of my medical privacy, causing me further humiliation and embarrassment.

7.      I have already suffered significant fear due to Defendants' public transparency reports, including receiving death threats and witnessing my family—my wife, son, and daughter—being subjected to harassment. Recently, I received an email containing threats that directly reference my medical and financial information therein. Attached hereto as **Exhibit A** is a true and correct copy of an email titled 'Outed. Don't show your face,' dated March 1, 2025.

8.      Learning that others now have access to my private medical information, including the identities of my healthcare providers, has intensified my anxiety immeasurably. Due to this prior harassment, I even felt compelled to warn my medical provider that her name had been disclosed in this litigation, as I fear she too may now be targeted.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 3rd day of March 2025, in Orlando, Florida.

By: _____
Christopher Hadnagy

DECLARATION OF CHRISTOPHER HADNAGY IN
SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL
CONTEMPT AND SANCTIONS - Page 3

1

2

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United

States and the State of Washington that on this date I caused to be served in the manner noted

below a copy of this document entitled **DECLARATION OF CHRISTOPHER HADNAGY**

**IN SUPPORT OF PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND SANCTIONS**

on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Jacob (Jake) Dean (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com
jacobdean@perkinscoie.com


[  ]    Via USPS
[X]    Via Electronic Mail
[X]    Via Electronic Filing (CM/ECF)


DATED this 3rd day of March 2025 at Seattle, Washington.


_____
Amber Holmes, Legal Assistant

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

# Exhibit A

| | |
|---|---|
| **From:** | nulln0de@tutamail.com |
| **Sent:** | Saturday, March 1, 2025 10:28 AM |
| **To:** | Christopher Hadnagy |
| **Subject:** | Outed. Don't show your face |

 You don't often get email from nulln0de@tutamail.com. Learn why this is important

I have attended your village for many years and always touted how your the nice guy, leave everyone happier or some shit. But then reading your court docs posted by def con you are filthy. I can't believe I actually believed in your utter bullshit.

I am glad you are depressed and I am glad you are on meds, you don't deserve peace and happiness with how you treat women.  You are disgusting

You should never show your face at any con, and if you do we will treat you as you treated your victims.

The way you talk to your own son. You filthy disgusting piece of shit.

One more question you twat .... If you are only making 9k a year how are you affording all this? I bet you've been stealing from ILF... Your worse than a child rapist

Piece of shit