THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE BEN THOMAS**<br><br>**Noted for Consideration:** April 4, 2025 |

[PROPOSED] ORDER
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

This matter came before the above-entitled Court on Defendants Def Con Communications, Inc. and Jeff Moss's (collectively, "Defendants") Motion to Exclude Plaintiffs Christopher Hadnagy and Social-Engineer, LLC (collectively, "Plaintiffs') expert (the "Motion"). The Court, having thoroughly considered the Motion, all materials submitted in support of and in opposition to the Motion, the applicable law, and relevant portions of the record, hereby **GRANTS** the Motion and excludes the expert testimony of Plaintiffs' damages expert, Ben Thomas.

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2025.

_____
Honorable Brian A. Tsuchida
United States District Court Judge

Presented by:

*s/ David A. Perez*
David A. Perez, WSBA No. 43959
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
E-mail: DPerez@perkinscoie.com

Matthew J. Mertens
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Email: MMertens@perkinscoie.com

Lauren A. Trambley
**PERKINS COIE LLP**

[PROPOSED] ORDER – 1
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| 1 | 505 Howard Street, Suite 1000 |
| 2 | San Francisco, CA 94105-3204 |
| 3 | Telephone: 415.344.7000<br>Email: LTrambley@perkinscoie.com |
| 4 | |
| 5 | *Attorneys for Defendants Jeff Moss and Def Con Communications, Inc.* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

[PROPOSED] ORDER – 2
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000