THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**DECLARATION OF MATT MERTENS IN SUPPORT DEFENDANTS' MOTION TO EXCLUDE BEN THOMAS**<br><br>**Noted For Consideration:** April 4, 2025 |

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE - 1 (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I, Matt Mertens, declare and state as follows:

1. I am an attorney at Perkins Coie LLP, and I serve as counsel for Defendants Def Con Communications, Inc. and Jeff Moss (collectively, "Defendants") in the above-entitled action. I submit this declaration in support of Defendants' Motion to Exclude Plaintiffs Christopher Hadnagy and Social-Engineer, LLC's (collectively, "Hadnagy") Expert Ben Thomas.

2. The information contained in this declaration is true and correct to the best of my knowledge, and I am of majority age and competent to testify about the matters set forth herein.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Expert Report of Ben Thomas.

4. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt from the deposition of Ben Thomas conduced November 4, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of the spreadsheet prepared by Hadnagy and produced in discovery with Bates number SE_001761.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: March 7, 2025

s/*Matt Mertens*
Matt Mertens

DECLARATION OF MATT MERTENS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE - 2 (No. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000