THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>        Plaintiffs,<br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>        Defendants. | No. 2:23-cv-01932-BAT<br><br>DECLARATION OF COLIN HADNAGY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

I, Colin Hadnagy, declare under penalty of perjury under the laws of Washington State as follows:

1. I am over the age of 18, and competent to testify to the matters set forth herein; and make this declaration of my own personal knowledge.

2. Jess Levine and I had a friendship before becoming coworkers, that was mostly focused around gaming

3. I, do not view Jess as a trustworthy confidante.

4. Jess was often found gossiping and sharing personal information in Discord calls with her Collegiate Overwatch team.

DECLARATION OF COLIN HADNAGY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - Page 1
2:23-cv-01932-BAT

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

6. I never told Jess that my father, Christopher Hadnagy, called me an idiot or incompetent.

7. According to Jess, she has witnessed my father make degrading comments about/to me, such calling me a retard, or stupid, on multiple occasions. These events never took place.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Executed at Denver, Colorado, this __14__ day of March, 2025.

_____
Colin Hadnagy

DECLARATION OF COLIN HADNAGY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - Page 2
2:23-cv-01932-BAT

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **DECLARATION OF COLIN HADNAGY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Jacob (Jake) Dean (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com
jacobdean@perkinscoie.com

[ ]   Via USPS
[X]   Via Electronic Mail
[X]   Via Electronic Filing (CM/ECF)

DATED this _14_ day of _March_ 2025 at Seattle, Washington.

_____
Amber Holmes, Legal Assistant

DECLARATION OF COLIN HADNAGY IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - Page 3
2:23-cv-01932-BAT

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660