THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**JOINT STIPULATION AND PROPOSED ORDER EXTENDING MEDIATION DEADLINE**<br><br>**Noted for Consideration:** March 21, 2025 |

JOINT STIPULATION AND PROPOSED ORDER
(NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1     Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC (collectively, "Hadnagy") and Defendants Def Con Communications, Inc. and Jeff Moss (collectively, "Def Con"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The Court entered a Scheduling Order on March 29, 2024 (ECF 45);

2. Def Con filed a Motion to Extend the Deadlines in the Scheduling Order on October 31, 2024 (ECF 69);

3. The Court granted Def Con's Motion to Extend the Deadlines in the Scheduling Order and issued a revised Scheduling Order on November 15, 2024 (ECF 75);

4. The revised Scheduling Order set the parties' deadlines as follows:

| Event | Current Deadline |
| --- | --- |
| Mediation Deadline | March 28, 2025 |
| Plaintiffs' Pre-Trial Statement | April 4, 2025 |
| Defendants' Pre-Trial Statement | April 18, 2025 |
| Motions in Limine | April 18, 2025 |
| Agreed CR 16.1 Pretrial Order | May 23, 2025 |
| Jury Trial | July 28, 2025 |

5. On February 21, 2025, Def Con filed its Motion for Summary Judgment (ECF 79);

6. Hadnagy filed his Response to Def Con's Motion for Summary Judgment on March 14, 2025;

7. Def Con is to file its Reply in support of its Motion for Summary Judgment on March 21, 2025;

8. The parties respectfully and jointly request that the Court extend the following deadlines, to allow time for Def Con's Def Con's Motion for Summary

JOINT STIPULATION AND PROPOSED ORDER
– 1 (NO. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Judgment to be ruled upon and for the parties to have a more productive mediation,
2  as well as to accommodate Hadnagy's counsel's unavailability for an urgent family
3  matter in April 2025:

| Event | Proposed Deadline |
|---|---|
| Mediation Deadline | May 16, 2025 |
| Plaintiffs' Pre-Trial Statement | May 23, 2025 |
| Defendants' Pre-Trial Statement | June 6, 2025 |
| Motions in Limine | June 6, 2025 |
| Agreed CR 16.1 Pretrial Order | June 27, 2025 |

9.  The date of trial shall remain on July 28, 2025;

10. Good cause exists for the parties' proposed extension of the deadlines in the revised Scheduling Order.

**PERKINS COIE LLP**

DATED this 21st of March 2025.

*/s/David A. Perez*
David A. Perez, WSBA No. 43959
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
E-mail: DPerez@perkinscoie.com

Matthew J. Mertens
**PERKINS COIE LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Email: MMertens@perkinscoie.com

Lauren A. Trambley
**PERKINS COIE LLP**
505 Howard Street, Suite 1000

JOINT STIPULATION AND PROPOSED ORDER – 2 (NO. 2:23-cv-01932-BAT)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| | San Francisco, CA 94105-3204 |
| | Telephone: 415.344.7000 |
| | Email: LTrambley@perkinscoie.com |
| | |
| | *Attorneys for Defendants Jeff Moss and Def Con Communications, Inc.* |
| | |
| | **FREY BUCK** |
| | |
| DATED this 21st of March 2025. | /s/ *Mark Conrad* |
| | Ted Buck, WSBA #22029 |
| | Mark Conrad, WSBA #48135 |
| | FREY BUCK |
| | 1200 Fifth Avenue, Suite 1900 |
| | Seattle, WA 98101 |
| | Telephone: 206.486.8000 |
| | |
| | *Attorneys for Plaintiffs Christopher J. Hadnagy and Social-Engineer, LLC* |

JOINT STIPULATION AND PROPOSED ORDER – 3 (NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1   Finding good cause to extend the parties' deadlines, the Court hereby
2   GRANTS the parties' Joint Stipulation and sets the remaining deadlines as follows:

| Event | Proposed Deadline |
|---|---|
| Mediation Deadline | May 16, 2025 |
| Plaintiffs' Pre-Trial Statement | May 23, 2025 |
| Defendants' Pre-Trial Statement | June 6, 2025 |
| Motions in Limine | June 6, 2025 |
| Agreed CR 16.1 Pretrial Order | June 27, 2025 |
| Jury Trial | July 28, 2025 |

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2025.

_____
Honorable Brian A. Tsuchida
United States District Court Judge

JOINT STIPULATION AND PROPOSED ORDER
– 4 (NO. 2:23-cv-01932-BAT)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000