THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**SUPPLEMENTAL DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF DEF CON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT**<br><br>Noted for Consideration: March 21, 2025 |

SUPPLEMENTAL DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF DEF CON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT
(No. 2:23-cv-01932-BAT)
180493403.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I, Matthew J. Mertens, declare and state as follows:

1. I am a partner at Perkins Coie LLP, and I serve as counsel for Defendants Def Con Communications, Inc. and Jeff Moss (collectively, "Def Con") in the above-entitled action. I have personal knowledge of the matters attested to herein.

2. Attached as **Exhibit A** is a true and correct copy of my January 29, 2025, email to counsel for Hadnagy and a true and correct copy of my attachment thereto.

3. Attached as **Exhibit B** is a true and correct copy of my email correspondence to Hadnagy's counsel dated May 28, 2024.

4. Attached as **Exhibit C** is a true and correct copy of my email correspondence to Hadnagy's counsel dated June 13, 2024.

5. Attached as **Exhibit D** is a true and correct copy of an excerpt from the deposition of Michelle Fincher conducted on October 14, 2024.

6. Attached as **Exhibit E** is a true and correct copy of an excerpt from the deposition of Maxie Reynolds conducted on September 27, 2024.

7. Attached as **Exhibit F** is a true and correct copy of an excerpt from the deposition of Cat Murdock conducted on October 24, 2024.

8. Attached as **Exhibit G** is a true and correct copy of an excerpt from the deposition of Neil Wyler conducted on November 14, 2024.

9. Attached as **Exhibit H** is a true and correct copy of an excerpt from the deposition of Jeff Moss conducted on July 31, 2024.

10. Attached as **Exhibit I** is a true and correct copy of email correspondence from my colleague Lauren Trambley to Hadnagy's counsel dated November 14, 2024. Attached as **Exhibit J** is a true and correct copy of the production link from

SUPPLEMENTAL DECLARATION OF MATTHEW J. MERTENS IN SUPPORT OF DEF CON'S REPLY IN SUPPORT OF SUMMARY JUDGMENT
(No. 2:23-cv-01932-BAT)
180493403.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Kiteworks sent to Hadnagy's counsel. I contemporaneously received these
2  communications.

3     11.   Attached as **Exhibit K** is a true and correct copy of an excerpt from the
4  deposition of Jessica Levine conducted on September 19, 2024.

5     I declare under penalty of perjury under the laws of the State of Washington
6  that the foregoing is true and correct.

8  Dated: March 21, 2025

9                               s/*Matthew J. Mertens*
10                              Matthew J. Mertens

SUPPLEMENTAL DECLARATION OF MATTHEW J.
MERTENS IN SUPPORT OF DEF CON'S REPLY IN SUPPORT
OF SUMMARY JUDGMENT
(No. 2:23-cv-01932-BAT) –3
180493403.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000