THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | No. 2:23-cv-01932-BAT<br><br>**[PROPOSED]** ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' DAMAGES EXPERT BEN THOMAS<br><br>Noted for Consideration: April 4, 2025 |

Having considered Defendants' Motion to Exclude Plaintiffs' Damages Expert Ben Thomas, and the pleadings and records on file;

The Court hereby **DENIES** the Defendants' Motion to Exclude Plaintiffs' Damages Expert Ben Thomas.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2025.

_____
Honorable Brian A. Tsuchida

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' DAMAGES
EXPERT BEN THOMAS - 1

2:23-cv-01932-BAT

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

1

2  Presented by:

3  FREY BUCK

4  _____
   Ted Buck, WSBA #22029
   Mark Conrad, WSBA #48135
5  *Attorneys for Plaintiffs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION TO EXCLUDE PLAINTIFFS' DAMAGES
EXPERT BEN THOMAS - 2

2:23-cv-01932-BAT

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' DAMAGES EXPERT BEN THOMAS** on the following individuals:

David Perez, WSBA #43959
Matthew J. Mertens (Pro Hac Vice)
Lauren A. Trambley (Pro Hac Vice)
Jacob Dean (Pro Hac Vice)
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
dperez@perkinscoie.com
mmertens@perkinscoie.com
ltrambley@perkinscoie.com
jacobdean@perkinscoie.com

[  ]   Via USPS
[X]   Via Electronic Mail
[X]   Via Electronic Filing (CM/ECF)

DATED this 28th day of March 2025, at Seattle, Washington.

_Amber S Holmes_
Amber Holmes, Legal Assistant

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS' DAMAGES EXPERT BEN THOMAS - 3

2:23-cv-01932-BAT

FREY BUCK
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000 F: (206) 902-9660