UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:23-c-v-01932-BAT<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SEAL** |

Before the Court is Defendants' Motion to Seal Documents Filed in Support of Their Motion to Exclude Plaintiffs' Damages Expert, Ben Thomas. Dkt. 88. Plaintiffs do not oppose sealing these documents. Dkt. 103 at 6.

Accordingly, it is **ORDERED** that Defendants' Motion to Seal (Dkt. 88) is **GRANTED**.

DATED this 11th day of April, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' MOTION
TO SEAL - 1