# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>JEFF MOSS; an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:23-cv-01932-BAT |

___　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

　　Defendants' Motion for Summary Judgment (Dkt. 79) is GRANTED; all pending motions are **denied as moot**; and this case is DISMISSED WITH PREJUDICE.

　　Dated this 13th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　RAVI SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/ *Andy Quach*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk