THE HONORABLE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER J. HADNAGY, an individual; and SOCIAL-ENGINEER, LLC, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MOSS, an individual; DEF CON COMMUNICATIONS, INC., a Washington corporation; and DOES 1-10; and ROE ENTITIES 1-10, inclusive,<br><br>Defendant. | No. 2:23-cv-01932-BAT<br><br>NOTICE OF CHANGE OF ADDRESS |

PLEASE TAKE NOTICE that, effective the date of this notice, the Seattle office address for Perkins Coie LLP and the undersigned attorneys has changed to the following:

1301 Second Ave.

Suite 4200

Seattle, WA 98101

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's local telephone and fax numbers will remain the same: 206-359-8000 (telephone) and 206-359-9000 (fax).

NOTICE OF CHANGE OF ADDRESS
(No. 2:23-cv-01932-BAT) –1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: June 16, 2025

By: s/ *David Perez*
David A. Perez, WSBA No. 43959
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101
Telephone: 206.359.8000
E-mail: DPerez@perkinscoie.com

Matthew J. Mertens
**Perkins Coie LLP**
1120 N.W. Couch Street 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Email: MMertens@perkinscoie.com

Lauren A. Trambley
**Perkins Coie LLP**
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Email: LTrambley@perkinscoie.com

*Attorneys for Defendants Jeff Moss and Def Con Communications, Inc.*

NOTICE OF CHANGE OF ADDRESS
(No. 2:23-cv-01932-BAT) –2
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000