|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 30 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

CHRISTOPHER J. HADNAGY and SOCIAL ENGINEER, LLC, a Pennsylvania limited liability company,

    Plaintiffs - Appellants,

 v.

JEFF MOSS and DEF CON COMMUNICATIONS, INC., a Washington corporation,

    Defendants - Appellees.

No. 25-3754

D.C. No. 2:23-cv-01932-BAT
Western District of Washington, Seattle

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator